Fill in this information to identify the case:

United States Bankruptcy Court for the:

Northern District of Illinois

Case number (if known): _____   Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Ford City Condominium Association |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 3 6 – 3 0 2 3 7 7 9 |

**4. Debtor's address**

**Principal place of business**

Number     Street
4300 Ford City Drive Unit 105
City                         State      ZIP Code
Chicago, IL 60652

Cook
County

**Mailing address, if different from principal place of business**

Number       Street

P.O. Box

City                         State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number       Street

City                         State      ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 1

| Debtor | Ford City Condominium Association | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* | |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as described in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

**B.** *Check all that apply:*

☑ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__ __   __ __

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br><br>☐ Chapter 7<br><br>☐ Chapter 9<br><br>☑ Chapter 11. *Check **all** that apply:*<br><br>  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br><br>  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and **it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br><br>  ☐ A plan is being filed with this petition.<br><br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br><br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br><br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br><br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>                                          MM / DD / YYYY<br>       District _____ When _____ Case number _____<br>                                          MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>       District _____ When _____<br>                                          MM / DD / YYYY<br>       Case number, if known _____ |

| Debtor | Ford City Condominium Association | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* | |
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |

| | | |
|---|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No | |
| | ☐ Yes. | Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

_____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

|  | |
|---|---|
| Number | Street |

_____

|  | | |
|---|---|---|
| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* | |
| | ☑ Funds will be available for distribution to unsecured creditors. | |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |

| **14. Estimated number of creditors** | ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|---|---|
| | ☐ 200-999 | | | ☐ 10,001-25,000 | | ☐ 50,000-100,000 |
| | | | | | | ☐ More than 100,000 |

| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Official Form 201　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　page 3

| Debtor | Ford City Condominium Association | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4/19/2021___
MM/ /DD/ YYYY

X _Wendy Watson_          Wendy Watson
Signature of authorized representative of debtor        Printed name

Title ___President___

**18. Signature of attorney**

X _____        Date 04/19/2021
Signature of attorney for debtor          MM/ DD/ YYYY

Shanita Q.T. Straw
Printed name

Golden Law
Firm name

6602 Roosevelt Road
Number      Street

Oak Park              IL        60304
City                State      ZIP Code

(708) 613-4433            sstraw@goldenlawpc.com
Contact phone            Email address

6298398              IL
Bar number            State

---

Fill in this information to identify the case:

Debtor name _____Ford City Condominium Association_____

United States Bankruptcy Court for the:
_____Northern District of Illinois_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property                                                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**
    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2.  **Cash on hand** | | | _____ |
| 3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1  **Burling Bank** | **Checking account** | | **$12,515.96** |
| 4.  **Other cash equivalents** *(Identify all)* | | | |
| **None** | | | |

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                                     $12,515.96

### Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**
    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit
    **None**

Debtor   **Ford City Condominium Association**                                    Case number *(if known)* _____
      Name

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    **None**

9.  **Total of Part 2**
    Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                                    **$0.00**

---

**Part 3:**  Accounts receivable

---

10. **Does the debtor have any accounts receivable?**
    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11. **Accounts Receivable**

11a. 90 days old or less:  _____ - _____ = ...... ➔  _____
         face amount    doubtful or uncollectible accounts

11b. Over 90 days old:  **$497,620.86** - **$0.00** = ...... ➔  **$497,620.86**
         face amount    doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                                    **$497,620.86**

---

**Part 4:**  Investments

---

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of fund or stock:                                    % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

---

Debtor    **Ford City Condominium Association**                                          Case number *(if known)*
Name

**None**

17. **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                                          $0.00

---

**Part 5:**  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

**None**

20. **Work in progress**

**None**

21. **Finished goods, including goods held for resale**

**None**

22. **Other inventory or supplies**

**None**

23. **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                                          $0.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

Debtor    **Ford City Condominium Association**                                    Case number *(if known)* _____
           Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.  Crops — either planted or harvested**

    **None**

**29.  Farm animals** *Examples*: Livestock, poultry, farm-raised fish

    **None**

**30.  Farm machinery and equipment** (Other than titled motor vehicles)

    **None**

**31.  Farm and fishing supplies, chemicals, and feed**

    **None**

**32.  Other farming and fishing-related property not already listed in Part 6**

    **None**

**33.  Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.                                          _____ $0.00

**34.  Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

Debtor   **Ford City Condominium Association**                    Case number *(if known)* _____
               Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** Office furniture | | | |
| 39.1 **4 Desks** | (Unknown) | | $1,500.00 |
| **40.** Office fixtures | | | |
| **None** | | | |
| **41.** Office equipment, including all computer equipment and communication systems equipment and software | | | |
| 41.1 **Washer Machines and Dryers** | (Unknown) | | (Unknown) |
| **42.** Collectibles *Examples:* Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |
| **43.** Total of Part 7 Add lines 39 through 42. Copy the total to line 86. | | | $1,500.00 |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **None** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Debtor    **Ford City Condominium Association**    Case number *(if known)*
Name

**None**

49.  **Aircraft and accessories**

**None**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**None**

51.  **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.    $0.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:    Real Property

54.  **Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

| General description | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | | (Where available) | | |

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

**None**

56.  **Total of Part 9**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.    $0.00

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:    Intangibles and Intellectual Property

Debtor    **Ford City Condominium Association**                                          Case number *(if known)*
Name

---

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

None

**61. Internet domain names and websites**

None

**62. Licenses, franchises, and royalties**

None

**63. Customer lists, mailing lists, or other compilations**

None

**64. Other intangibles, or intellectual property**

None

**65. Goodwill**

None

**66. Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                          $0.00

**67. Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:  All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

Debtor   **Ford City Condominium Association**                    Case number *(if known)* _____
Name

|  | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

**None**

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**None**

**73.** **Interests in insurance policies or annuities**

**None**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76.** **Trusts, equitable or future interests in property**

**None**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.                                   $0.00

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    **Ford City Condominium Association**                                      Case number *(if known)* _____
Name

## Part 12:  Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $12,515.96 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $497,620.86 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*..................................... | → | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $511,636.82 | + 91b. $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................... | | $511,636.82 |

Fill in this information to identify the case:

Debtor name _____ Ford City Condominium Association _____

United States Bankruptcy Court for the:

_____ Northern District of Illinois _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration *Monthly Income & Expenses* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _04/19/2021_
          MM/ DD/ YYYY

X _Wendy Watson_____
Signature of individual signing on behalf of debtor

Wendy Watson
Printed name

President
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name _____ Ford City Condominium Association _____

United States Bankruptcy Court for the:

_____ Northern District of Illinois _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2.**  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* | *Column B* |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| | |
|---|---|
| **2.1** **Creditor's name** <br> Total Masonry, LLC | **Describe debtor's property that is subject to a lien**        $219,085.08      unknown <br> **Describe the lien** <br> _____ |
| **Creditor's mailing address** <br> 390 Monaco Drive <br> Roselle, IL 60172 | **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes. |
| **Creditor's email address, if known** <br> _____ | **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). |
| **Date debt was incurred** _____ | **As of the petition filing date, the claim is:** <br> Check all that apply. |
| **Last 4 digits of account number** __ __ __ __ | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| **Do multiple creditors have an interest in the same property?** <br> ☑ No. <br> ☐ Yes. Specify each creditor, including this creditor, and its relative priority. | |

**3.**  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**       $219,085.08

| Debtor | Ford City Condominium Association | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Levin & Ginsburg<br>BK Department<br>180 N. LaSalle Street 3200<br>Chicago, IL 60601 | Line  2.1 | 7  2  1  4 |

Fill in this information to identify the case:

Debtor name _____ Ford City Condominium Association _____

United States Bankruptcy Court for the:
_____ Northern District of Illinois _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
    priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
|---|---|---|---|---|

Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account
number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ____

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account
number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ____

| Debtor | **Ford City Condominium Association** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $45,000.00 |
|---|---|---|
| **ACR Net Elevator Services** | *Check all that apply.* | |
| | ☐ Contingent | |
| **Anthony White** | ☐ Unliquidated | |
| | ☐ Disputed | |
| **402 W. Boughton Road Ste. G** | Basis for the claim:  **Elevator Repair** | |
| **Bolingbrook, IL 60440** | Is the claim subject to offset? | |
| | ☑ No | |
| Date or dates debt was incurred _____ | ☐ Yes | |
| Last 4 digits of account number ___ ___ ___ ___ | | |

**3.2**
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,465.90 |
|---|---|---|
| **Anderson Elevator/Southwest Industry** | *Check all that apply.* | |
| | ☐ Contingent | |
| **Bankruptcy Dept** | ☐ Unliquidated | |
| | ☐ Disputed | |
| **2801 S. 19th Ave.** | Basis for the claim:  **Elevator Repair** | |
| **Broadview, IL 60155** | Is the claim subject to offset? | |
| | ☑ No | |
| Date or dates debt was incurred _____ | ☐ Yes | |
| Last 4 digits of account number ___ ___ ___ ___ | | |

**3.3**
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|
| **Antoine L. Mackmore** | *Check all that apply.* | |
| | ☐ Contingent | |
| **Jennifer J. C. Kelley** | ☐ Unliquidated | |
| **Anesi, Ozmon, Rodin,** | ☑ Disputed | |
| **Novak & Kohen, Ltd.** | | |
| **161 N. Clark Street 21st Floor** | Basis for the claim: _____ | |
| **Chicago, IL 60601** | Is the claim subject to offset? | |
| | ☑ No | |
| Date or dates debt was incurred _____ | ☐ Yes | |
| Last 4 digits of account number ___ ___ ___ ___ | | |

**3.4**
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,631.33 |
|---|---|---|
| **AT&T** | *Check all that apply.* | |
| | ☐ Contingent | |
| **PO Box 5080** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | Basis for the claim: _____ | |
| **Carol Stream, IL 60197** | Is the claim subject to offset? | |
| | ☑ No | |
| Date or dates debt was incurred _____ | ☐ Yes | |
| Last 4 digits of account number  1  2  6  3 | | |

**3.5**
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $57,539.75 |
|---|---|---|
| **Chad & Prince** | *Check all that apply.* | |
| | ☐ Contingent | |
| **Bk Dept** | ☐ Unliquidated | |
| | ☐ Disputed | |
| **16w343 83rd Street A** | Basis for the claim: _____ | |
| **Burr Ridge, IL 60527** | Is the claim subject to offset? | |

Debtor     **Ford City Condominium Association**                                    Case number *(if known)* _____
            Name

---

| **Part 2:** | Additional Page |

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $995.00
City of Chicago Department of Buildings

Bankruptcy Department

2045 W. Washington Blvd.

Chicago, IL 60612

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $319.16
Comcast

Attn: Bk Dept

PO Box 70219

New York, NY 10176

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _2_ _2_ _4_ _0_

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $138.11
Comcast

Attn: Bk Dept

PO Box 70219

New York, NY 10176

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _2_ _5_ _1_ _3_

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,937.61
ComEd

Po Box 6111

Carol Stream, IL 60197-6111

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _2_ _0_ _0_ _4_

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $843,000.00
Ford City Realty LLC

Bankruptcy Dept

150 GREAT NECK ROAD 304

Great Neck, NY 11021

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Water Bill

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

---

Debtor  **Ford City Condominium Association**  Case number *(if known)* _____
         Name

---

| Part 2: | Additional Page |
|---|---|

**3.11** Nonpriority creditor's name and mailing address

George Spatharakis

7320 S. Cork Ave.

Justice, IL 60458

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.12** Nonpriority creditor's name and mailing address

Parkway Elevator

Bankruptcy Dept

2944 W. Lake Street

Chicago, IL 60612

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Elevator Repair

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$57,871.15

---

**3.13** Nonpriority creditor's name and mailing address

People's Gas

PO Box 6050

Carol Stream, IL 60197

Date or dates debt was incurred _____

Last 4 digits of account number  0  0  0  1

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$7,660.70

---

Debtor **Ford City Condominium Association** _____     Case number *(if known)* _____
　　　　Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1　**Ford City CH LLC**<br>**Bankruptcy Dept.**<br>**747 MIDDLE NECK ROAD 200**<br>**Great Neck, NY 11024** | Line **3.10** ____<br>☐ Not listed. Explain _____<br>_____ | ___ ___ ___ ___ |
| 4.2　**Ford City Mall**<br>**Bankruptcy Department**<br>**7601 S. Cicero Ave.**<br>**Chicago, IL 60652** | Line **3.10** ____<br>☐ Not listed. Explain _____<br>_____ | ___ ___ ___ ___ |
| 4.3　**Ford City Nassim**<br>**Bankruptcy Dept.**<br>**747 MIDDLE NECK ROAD 101**<br>**Great Neck, NY 11024** | Line **3.10** ____<br>☐ Not listed. Explain _____<br>_____ | ___ ___ ___ ___ |
| 4.4　**Hurst LLC**<br>**Kenneth Hurst**<br>**8605 Melvina**<br>**Burbank, IL 60459** | Line **3.11** ____<br>☐ Not listed. Explain _____<br>_____ | ___ ___ ___ ___ |
| 4.5　**Katten Muchin Rosenman, LLP**<br>**525 W. Monroe**<br>**Chicago, IL 60661** | Line **3.10** ____<br>☐ Not listed. Explain _____<br>_____ | ___ ___ ___ ___ |
| 4.6　**SFI Ford City - Chicago LLC**<br>**Bankruptcy Department**<br>**1114 Avenue of the Americas 39th Floor**<br>**New York, NY 10036** | Line **3.10** ____<br>☐ Not listed. Explain _____<br>_____ | ___ ___ ___ ___ |

Debtor    **Ford City Condominium Association**                                    Case number *(if known)* _____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. $+$ | $1,047,558.71 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $1,047,558.71 |

Fill in this information to identify the case:

Debtor name _____ Ford City Condominium Association _____

United States Bankruptcy Court for the:
_____ Northern District of Illinois _____

Case number (if known): _____  Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.  List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest** Antenna Site Lease Agreement <br> Contract to be ASSUMED <br> **State the term remaining** 0 months <br> **List the contract number of any government contract** | T-Mobile USA, Inc. <br> Lease Compliance/CH92312B <br> 12920 SE 38th Street <br> Bellevue, WA 98006 |
| **2.2** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | |
| **2.3** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | |
| **2.4** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | |
| **2.5** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | |

Fill in this information to identify the case:

Debtor name _____ Ford City Condominium Association _____

United States Bankruptcy Court for the:
_____ Northern District of Illinois _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> _____ <br> City ____ State ____ ZIP Code ____ | | |
| 2.2 _____ | Street _____ <br> _____ <br> City ____ State ____ ZIP Code ____ | | |
| 2.3 _____ | Street _____ <br> _____ <br> City ____ State ____ ZIP Code ____ | | |
| 2.4 _____ | Street _____ <br> _____ <br> City ____ State ____ ZIP Code ____ | | |
| 2.5 _____ | Street _____ <br> _____ <br> City ____ State ____ ZIP Code ____ | | |

| Debtor | Ford City Condominium Association | Case number *(if known)* |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.6 | Street | | |
| | | | |
| | City          State          ZIP Code | | |

| Fill in this information to identify the case: |
| --- |
| Debtor name        Ford City Condominium Association |
| United States Bankruptcy Court for the: |
|        Northern District of Illinois |
| Case number (if known): _____     Chapter __11__ |

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:**   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    **1a. Real Property:**

       Copy line 88 from *Schedule A/B*.........................................................................................................................

$0.00

    **1b. Total personal property:**

       Copy line 91A from *Schedule A/B*.....................................................................................................................

$511,636.82

    **1c. Total of all property:**

       Copy line 92 from *Schedule A/B*......................................................................................................................

$511,636.82

**Part 2:**   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................

$219,085.08

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**

       Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................................

$0.00

    **3b. Total amount of claims of non-priority amount of unsecured claims:**

       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................................

**+**   $1,047,558.71

4. **Total liabilities**.............................................................................................................................

Lines 2 + 3a + 3b

$1,266,643.79

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name _____ Ford City Condominium Association _____

United States Bankruptcy Court for the:
_____ Northern District of Illinois _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ACR Net Elevator Services<br>Anthony White<br>402 W. Boughton Road Ste. G<br>Bolingbrook, IL 60440 | | Elevator Repair | | | | $45,000.00 |
| 2 | Anderson Elevator/Southwest Industry<br>Bankruptcy Dept<br>2801 S. 19th Ave.<br>Broadview, IL 60155 | | Elevator Repair | | | | $23,465.90 |
| 3 | AT&T<br>PO Box 5080<br>Carol Stream, IL 60197 | | | | | | $1,631.33 |
| 4 | Chad & Prince<br>Bk Dept<br>16w343 83rd Street A<br>Burr Ridge, IL 60527 | | | | | | $57,539.75 |
| 5 | City of Chicago Department of Buildings<br>Bankruptcy Department<br>2045 W. Washington Blvd.<br>Chicago, IL 60612 | | | | | | $995.00 |
| 6 | Comcast<br>Attn: Bk Dept<br>PO Box 70219<br>New York, NY 10176 | | | | | | $319.16 |
| 7 | Comcast<br>Attn: Bk Dept<br>PO Box 70219<br>New York, NY 10176 | | | | | | $138.11 |
| 8 | ComEd<br>Po Box 6111<br>Carol Stream, IL 60197-6111 | | | | | | $9,937.61 |

Debtor    Ford City Condominium Association                 Case number *(if known)* _____

            Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Ford City Realty LLC<br>Bankruptcy Dept<br>150 GREAT NECK ROAD 304<br>Great Neck, NY 11021 | | Water Bill | Disputed | | | $843,000.00 |
| 10 | Parkway Elevator<br>Bankruptcy Dept<br>2944 W. Lake Street<br>Chicago, IL 60612 | | Elevator Repair | | | | $57,871.15 |
| 11 | People's Gas<br>PO Box 6050<br>Carol Stream, IL 60197 | | | | | | $7,660.70 |
| 12 | Total Masonry, LLC<br>390 Monaco Drive<br>Roselle, IL 60172 | | | | | | $219,085.08 |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Ford City Condominium Association |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2021 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $189,325.78 |
| For prior year: | From 01/01/2020 to 12/31/2020<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $656,702.91 |
| For the year before that: | From 01/01/2019 to 12/31/2019<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $704,712.06 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2021 to Filing date<br>MM/ DD/ YYYY | Rental Income | $7,125.00 |
| | | Laundry Income | $1,475.00 |
| | | Tmobile Contract | $4,875.00 |
| | | Parking Lot Income | $31,525.00 |
| | | **Total Gross Revenue:** | **$45,000.00** |

| Debtor | Ford City Condominium Association | | | | Case number (if known) | |
| | Name | | | | | |

| For prior year: | From | 01/01/2020 | to | 12/31/2020 | Rental Income | $28,200.00 |
| | | MM/ DD/ YYYY | | MM/ DD/ YYYY | Laundry Income | $6,000.00 |
| | | | | | Tmobile Contract | $19,500.00 |
| | | | | | Parking Lot Income | $135,000.00 |
| | | | | | **Total Gross Revenue:** | $188,700.00 |

| For the year before that: | From | 01/01/2019 | to | 12/31/2019 | Rental Income | $28,200.00 |
| | | MM/ DD/ YYYY | | MM/ DD/ YYYY | Laundry Income | $6,000.00 |
| | | | | | Tmobile Contract | $19,500.00 |
| | | | | | Parking Lot Income | $135,000.00 |
| | | | | | **Total Gross Revenue:** | $188,700.00 |

---

**Part 2:　List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |
| 3.1.　ACR Net Elevator<br>Creditor's name<br>402 W. Boughton Road G<br>Street<br><br>Bolingbrook, IL 60440<br>City　　State　ZIP Code | 01/14/2021<br>03/19/2021 | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.2.　AT&T<br>Creditor's name<br>PO Box 5080<br>Street<br><br>Carol Stream, IL 60197<br>City　　State　ZIP Code | 01/13/2021<br>03/04/2021 | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.3.　ComEd<br>Creditor's name<br>Po Box 6111<br>Street<br><br>Carol Stream, IL 60197-6111<br>City　　State　ZIP Code | 01/13/2021<br>03/08/2021 | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

| Debtor | Ford City Condominium Association | Case number (if known) |
|---|---|---|
| | Name | |

**3.4.** First Insurance
Creditor's name

450 Skokie Blvd. 1000
Street

60062
City　　　　　　State　　ZIP Code

03/04/2021

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  Workers Compensation Insurance

**3.5.** People's Gas
Creditor's name

PO Box 6050
Street

Carol Stream, IL 60197
City　　　　　　State　　ZIP Code

01/19/2021

03/03/2021

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

**3.6.** Hernandez, Roberto
Creditor's name

Street

City　　　　　　State　　ZIP Code

03/01/2021

04/04/2021

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

**3.7.** Republic Services
Creditor's name

Street

City　　　　　　State　　ZIP Code

02/08/2021

03/08/2021

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

**3.8.** Thorpe Asphalt
Creditor's name

Street

City　　　　　　State　　ZIP Code

01/28/2021

02/02/2021

03/04/2021

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

**3.9.** The Property Law Group
Creditor's name

641 E. Pershing Rd E
Street

Chicago, IL 60653
City　　　　　　State　　ZIP Code

03/01/2021

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

Debtor  Ford City Condominium Association                    Case number (if known)
        Name

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

4.1. _____   _____  _____        _____
     Creditor's name              _____               _____

     Street                       _____               _____

     _____  _____

     _____  _____
     City        State   ZIP Code

     **Relationship to debtor**    _____
     _____

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.
☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

5.1. _____   _____   _____   _____
     Creditor's name

     Street
     _____

     _____

     _____
     City        State   ZIP Code

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.
☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

5.1. _____   _____   _____   _____
     Creditor's name
                                   XXXX– ___ ___ ___ ___
     Street
     _____

     _____

     _____
     City        State   ZIP Code

**Part 3:  Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.
☐ None

| Debtor | Ford City Condominium Association | Case number (if known) _____ |
|---|---|---|
| | Name | |

**7.1.** 

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| George Spatharakis v. Ford City Condominium Association | Collection | Circuit Court of Cook County First District | ☑ Pending |
| | | Name | ☐ On appeal |
| | | Street | ☐ Concluded |
| **Case number** | | | |
| 19CH11933 | | City          State     ZIP Code | |

**7.2.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Ford City Realty LLC et al. v. Ford City Condominium Association | Receivership | Clerk of Circuit Court of Cook County Illinois | ☑ Pending |
| | | Name | ☐ On appeal |
| | | Street | ☐ Concluded |
| **Case number** | | | |
| 2018 L 8190 | | City          State     ZIP Code | |

**7.3.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Total Masonry, LLC v. Ford City Condominium Assoc. | Breach of Contract | Clerk of the Circuit Court of Cook County, Illinois | ☑ Pending |
| | | Name | ☐ On appeal |
| | | Street | ☐ Concluded |
| **Case number** | | | |
| 2020CH7214 | | City          State     ZIP Code | |

**7.4.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Antoine L. Mackmore v. Ford City Condominium Association | Case related to alleged work place injury | Illinois Workers Compensation Commission | ☑ Pending |
| | | Name | ☐ On appeal |
| | | 100 W. Randolph Street 8th Floor | ☐ Concluded |
| **Case number** | | Street | |
| | | Chicago, IL 60601 | |
| | | City          State     ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Andy Bartucci | Water Bill | |
| Custodian's name | | |
| 8725 W. Higgins Road 850 | **Case title** | **Court name and address** |
| Street | Ford City Realty LLC et al. v. Ford City Condominium Association | Circuit Court of Cook County First District |
| | | Name |
| Chicago, IL 60631 | **Case number** | Street |
| City          State     ZIP Code | 2018 L 8190 | |
| | **Date of order or assignment** | City          State     ZIP Code |

| Debtor | Ford City Condominium Association | | Case number (if known) |
|---|---|---|---|
| | Name | | |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name | | | |
| | Street | | | |
| | City            State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| 10.1. | | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor    Ford City Condominium Association                          Case number *(if known)* _____
          Name

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| Golden Law | Retainer | 03/25/2021 | $5,000.00 |
| **Address** | | | |
| 6602 Roosevelt Rd | | | |
| Street | | | |
| Oak Park, IL 60304-2023 | | | |
| City                State        ZIP Code | | | |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |
| Ford City Condominium Association | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.
☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |
| **Trustee** | | | |
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.
☑ None

| 13.1. Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |
| **Address** | | | |
| Street | | | |
| | | | |
| City                State        ZIP Code | | | |
| **Relationship to debtor** | | | |
| | | | |

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 7

Debtor    Ford City Condominium Association                          Case number (if known)
Name

---

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| **Address** | **Dates of occupancy** |
| --- | --- |
| 14.1. _____ | From _____ To _____ |
| Street | |
| _____ | |
| _____ | |
| City            State      ZIP Code | |

---

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| --- | --- | --- |
| 15.1. _____ | _____ | _____ |
| Facility name | | |
| _____ | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| Street | | *Check all that apply:* |
| _____ | _____ | ☐ Electronically |
| City        State    ZIP Code | _____ | ☐ Paper |

---

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

---

Debtor   Ford City Condominium Association                                    Case number *(if known)* _____
         Name

**17.** **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

Name of plan                                          Employer identification number of the plan

_____              EIN: __ __ – __ __ __ __ __ __ __

Has the plan been terminated?

☐ No
☐ Yes

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1  Fifth Third Bank<br>Name<br><br>Street<br><br><br>City          State   ZIP Code | XXXX– __ __ __ __ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |
| 18.2  Republic Bank<br>Name<br><br>Street<br><br><br>City          State   ZIP Code | XXXX– __ __ __ __ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1  Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br><br>Street<br><br><br>City          State   ZIP Code | _____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____<br>_____ | ☐ No<br><br>☐ Yes |

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 9

Debtor    Ford City Condominium Association                                      Case number (if known)
         Name

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|---------------------------|-----------------------------------|------------------------------|----------------------------|
|      | _____ | _____ | _____ | ☐ No |
|      | Name | _____ | _____ | ☐ Yes |
|      | _____ | _____ | _____ | |
|      | Street | **Address** | _____ | |
|      | _____ | _____ | | |
|      | City          State    ZIP Code | _____ | | |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|--------------------------|--------------------------|------------------------------|-------|
| _____ | _____ | _____ | _____ |
| Name | _____ | _____ | |
| _____ | _____ | _____ | |
| Street | | _____ | |
|  List every condo unit you are in possession of and who the current owner is | | _____ | |
| _____ | | | |
| City          State    ZIP Code | | | |

**Part 12:   Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

---

Official Form 207                     Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                     page **10**

Debtor    Ford City Condominium Association                                    Case number (if known) _____
            Name

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State    ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**
☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**
☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.
☑ None

Debtor    Ford City Condominium Association    Case number (if known)
_____
Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1. _____        _____        EIN: __ __ – __ __ __ __ __ __ __

Name    _____        **Dates business existed**

Street    _____        From _____  To _____

_____
_____

City        State    ZIP Code

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | | Dates of service |
|---|---|---|

26a.1. _____        From _____  To _____

Name    _____

Street    _____

_____
_____

City        State    ZIP Code

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | | Dates of service |
|---|---|---|

26b.1. _____        From _____  To _____

Name    _____

Street    _____

_____
_____

City        State    ZIP Code

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | | If any books of account and records<br>are unavailable, explain why |
|---|---|---|

26c.1. _____

Name    _____        _____

Street    _____        _____

_____
_____

City        State    ZIP Code

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 12

| Debtor | Ford City Condominium Association | Case number *(if known)* |
|---|---|---|
| | Name | |

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

**26d.1.**

_____
Name

_____
Street

_____

_____
City      State      ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

**Name and address of the person who has possession of inventory records**

**27.1.**

_____
Name

_____
Street

_____

_____
City      State      ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| _____ | _____ | _____ | 0.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

Debtor    Ford City Condominium Association                                    Case number (if known)
          Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1. _____    _____    _____    _____

Name _____

Street _____

City _____ State _____ ZIP Code _____

**Relationship to debtor**

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

   Name of the parent corporation                          Employer Identification number of the parent corporation

   _____          EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

   Name of the pension fund                               Employer Identification number of the pension fund

   _____          EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

**Part 14:   Signature and Declaration**

Official Form 207              Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 14

Debtor    Ford City Condominium Association _____    Case number *(if known)* _____
          Name

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____04/19/2021_____
             MM/ DD/ YYYY

X ~~Wendy Watson~~
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor
          President
    _____

Printed name _____Wendy Watson_____

**Are additional pages** to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No
☐ Yes

B2030 (Form 2030)(12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Ford City Condominium Association**            Case No. _____
        Debtor(s)                                            Chapter   **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    ☐   **FLAT FEE**

        For legal services, I have agreed to accept _____     _____

        Prior to the filing of this statement I have received _____     _____

        Balance Due _____     _____

    ☑   **RETAINER**

        For legal services, I have agreed to accept and received a retainer of _____    **$5,000.00**

        The undersigned shall bill against the retainer at an hourly rate of _____    **$270.00**
        [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   **$1,738.00** of the filing fee has been paid.

3.   The source of the compensation to be paid to me was:

       ☑ Debtor           ☐ Other (specify)

4.   The source of compensation to be paid to me is:

       ☑ Debtor           ☐ Other (specify)

5.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

       ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

In re    **Ford City Condominium Association**    Case No. _____
          Debtor(s)

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

    b.   Preparation and filing of any petition, schedules, statements of affairs and plan which
        may be required;

    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and
        any adjourned hearings thereof;

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:
      Representation of Debtor at or in adversary proceedings

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__04/20/2021_____     _____
Date                           Signature of Attorney

                      **Golden Law**_____
                      Name of law firm

---

ACR Net Elevator Services
Anthony White
402 W. Boughton Road Ste. G
Bolingbrook, IL 60440

Anderson
Elevator/Southwest Industry
Bankruptcy Dept
2801 S. 19th Ave.
Broadview, IL 60155

Antoine L. Mackmore
Jennifer J. C. Kelley
Anesi, Ozmon, Rodin,
Novak & Kohen, Ltd.
161 N. Clark Street 21st Floor
Chicago, IL 60601

AT&T
PO Box 5080
Carol Stream, IL 60197

Chad & Prince
Bk Dept
16w343 83rd Street A
Burr Ridge, IL 60527

City of Chicago Department
of Buildings
Bankruptcy Department
2045 W. Washington Blvd.
Chicago, IL 60612

Comcast
Attn: Bk Dept
PO Box 70219
New York, NY 10176

ComEd
Po Box 6111
Carol Stream, IL 60197-6111

Ford City CH LLC
Bankruptcy Dept.
747 MIDDLE NECK ROAD 200
Great Neck, NY 11024


Ford City Mall
Bankruptcy Department
7601 S. Cicero Ave.
Chicago, IL 60652


Ford City Nassim
Bankruptcy Dept.
747 MIDDLE NECK ROAD 101
Great Neck, NY 11024


Ford City Realty LLC
Bankruptcy Dept
150 GREAT NECK ROAD 304
Great Neck, NY 11021


George Spatharakis
7320 S. Cork Ave.
Justice, IL 60458


Hurst LLC
Kenneth Hurst
8605 Melvina
Burbank, IL 60459


Katten Muchin Rosenman, LLP
525 W. Monroe
Chicago, IL 60661


Levin & Ginsburg
BK Department
180 N. LaSalle Street 3200
Chicago, IL 60601

Parkway Elevator
Bankruptcy Dept
2944 W. Lake Street
Chicago, IL 60612


People's Gas
PO Box 6050
Carol Stream, IL 60197


SFI Ford City - Chicago LLC
Bankruptcy Department
1114 Avenue of the Americas 39th Floor
New York, NY 10036


T-Mobile USA, Inc.
Lease Compliance/CH92312B
12920 SE 38th Street
Bellevue, WA 98006


Total Masonry, LLC
390 Monaco Drive
Roselle, IL 60172

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE: **Ford City Condominium Association**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____04/19/2021_____    Signature _____

Wendy Watson, President

**Monthly Income and Expenses of Ford City Condominium Association**

|  |  |
|---|---:|
| Assessments | **$58,029.00** |
| Parking | **$9,500.00** |
| Laundry | **$500.00** |
| Rent Income | **$2,375.00** |
| Tmobile Contract | **$1,625.00** |
| **Total Income** | **$72,029.00** |

**Monthly Expenses**

|  |  |
|---|---:|
| AT& T | $2,500.00 |
| Comed | $4,167.00 |
| City of Chicago -Inspections | $91.25 |
| Comcast | $441.80 |
| Building & Worker's Comp Insurance | $8,166.00 |
| People's Gas | $4,000.00 |
| Republic Disposal Service | $3,333.00 |
| Smithereen Pest Management | $833.00 |
| Office Supplies, including Postage | $889.00 |
| Plumbing | $2,355.83 |
| Alarm Detection Systems | $55.09 |
| Snow Removal | $2,000.00 |
| Payroll Wages, Taxes & ADP | $16,833.00 |
| Legal Fees - Bankruptcy & Assessment Collections | $10,000.00 |
| Court Costs | $833.00 |
| Upkeep & Maintenance | $3,333.00 |
| Trustee Quarterly Disbursements | $750.00 |
| **Total Monthly Expenses** | **$60,580.97** |

|  |  |
|---|---:|
| **Disposable Income** | **$11,448.03** |

**Required Capital Expenditures**

|  |  |
|---|---:|
| Roofing & Plumbing | $2,000,000.00 |
| Architect | $18,000.00 |
| Permit Fees | $10,000.00 |
| New Elevators | $1,500,000.00 |
| Critical Study | $640,000.00 |
| **Total Required Captial Expenditures** | **$4,168,000.00** |

Attestation:

I, Wendy Watson, President of Ford City
Condominium Association, swear under penalty of
perjury, that the above represents the income
and expenses of Ford City Condominium
Association and that no balance sheet, statement
of operations, or cash-flow statement has been
prepared and no Federal tax return has been filed

Wendy Watson, President
Ford City Condominium Association

4/19/2021

Date

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE: **Ford City Condominium
Association**

CASE NO

CHAPTER **11**

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date 04/19/2021 _____

Wendy Watson
President
EIN No.  3  7  7  9

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date 04/19/2021 _____

Shanita Q.T. Straw
Attorney