UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   21-05193 |
| Ford City Condominium Association | ) | |
| | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER AUTHORIZING EMPLOYMENT OF ATTORNEYS  POST-PETITION
AND PAYMENT OF POST-PETITION RETAINER**

THIS MATTER COMING TO BE HEARD on the Motion of FORD CITY CONDOMINIUM ASSOCIATION, Subchapter V Chapter 11 debtor, debtor-debtor-in-possession herein ("Debtor"), to employ attorneys post-petition and for payment of post-petition retainer;

IT IS HEREBY ORDERED the application is granted as follows:

1.  The Debtor is authorized to employ Scott R. Clar and the law firm of Crane, Simon, Clar & Goodman as its attorneys to perform the necessary legal services on its behalf in this bankruptcy case, retroactive to June 8, 2021 with compensation subject to further Order of this Court;

2.  The Debtor is authorized to pay a $35,000 post-petition retainer to Crane, Simon, Clar & Goodman; and

3.  CSCG is authorized to deposit the $35,000 post-petition in its operating account.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  June 17, 2021

**Prepared by:**

DEBTOR'S PROPOSED COUNSEL:
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Goodman
135 S. LaSalle, #3950
Chicago, IL 60603
(312) 641-6777
sclar@cranesimon.com