UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: | CASE NO: 21-05193 |
|---|---|
| FORD CITY CONDOMINIUM ASSOCIATION | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 7/7/2021, I did cause a copy of the following documents, described below,

Notice of Motion and Motion of the United States Trustee to Remove the Debtor In Possession or, in the Alternative, to Dismiss Case

Exhibit A

Exhibit B

Proposed Order

Proposed Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/7/2021

/s/ Jeffrey Gansberg
Jeffrey Gansberg   6242943
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
219 S DEARBORN STREET
CHICAGO, IL  60604
202 503 7104

**Exhibit 1**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: | CASE NO: 21-05193 |
|---|---|
| FORD CITY CONDOMINIUM ASSOCIATION | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 7/7/2021, a copy of the following documents, described below,

Notice of Motion and Motion of the United States Trustee to Remove the Debtor In Possession or, in the Alternative, to Dismiss Case

Exhibit A

Exhibit B

Proposed Order

Proposed Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/7/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey Gansberg
OFFICE OF THE UNITED STATES TRUSTEE
219 S DEARBORN STREET
CHICAGO, IL  60604

**Exhibit 1**

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | DEBTOR | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 07521<br>CASE 21-05193<br>NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION<br>WED JUL 7 12-18-03 CDT 2021 | FORD CITY CONDOMINIUM ASSOCIATION<br>4300 FORD CITY DRIVE UNIT 105<br>CHICAGO IL 60652-1283 | PARKWAY ELEVATORS INC<br>SULLIVAN HINCKS  CONWAY<br>120 WEST 22ND STREET<br>SUITE 100<br>OAK BROOK IL 60523-4067 |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~EASTERN DIVISION~~<br>~~219 S DEARBORN~~<br>~~7TH FLOOR~~<br>~~CHICAGO IL 60604-1702~~ | ACR NET ELEVATOR SERVICES<br>ANTHONY WHITE<br>402 W BOUGHTON ROAD STE G<br>BOLINGBROOK IL 60440-1872 | ATT<br>PO BOX 5080<br>CAROL STREAM IL 60197-5080 |
| ANDERSON ELEVATORSOUTHWEST INDUSTRY<br>BANKRUPTCY DEPT<br>2801 S 19TH AVE<br>BROADVIEW IL 60155-4758 | ANTOINE L MACKMORE<br>JENNIFER J C KELLEY<br>ANESI OZMON RODIN<br>NOVAK  KOHEN LTD<br>161 N CLARK STREET 21ST FLOOR<br>CHICAGO IL 60601-3204 | CERVANTES CHATT  PRINCE PC<br>16W343 83RD STREET SUITE A<br>BURR RIDGE IL 60527-7950 |
| CHAD  PRINCE<br>BK DEPT<br>16W343 83RD STREET A<br>BURR RIDGE IL 60527-7950 | CITY OF CHICAGO DEPARTMENT OF BUILDINGS<br>BANKRUPTCY DEPARTMENT<br>2045 W WASHINGTON BLVD<br>CHICAGO IL 60612-2428 | COMED<br>PO BOX 6111<br>CAROL STREAM IL 60197-6111 |
| COMCAST<br>ATTN BK DEPT<br>PO BOX 70219<br>NEW YORK NY 10176 | COMMONWEALTH EDISON COMPANY<br>ATTN BANKRUPTCY DEPARTMENT<br>1919 SWIFT DRIVE<br>OAK BROOK IL 60523-1502 | FORD CITY CH LLC<br>525 W MONROE ST<br>CHICAGO IL 60661 |
| FORD CITY CH LLC<br>BANKRUPTCY DEPT<br>747 MIDDLE NECK ROAD 200<br>GREAT NECK NY 11024-1950 | FORD CITY MALL<br>BANKRUPTCY DEPARTMENT<br>7601 S CICERO AVE<br>CHICAGO IL 60652-1022 | FORD CITY NASSIM<br>BANKRUPTCY DEPT<br>747 MIDDLE NECK ROAD 101<br>GREAT NECK NY 11024-1950 |
| FORD CITY NASSIM LLC<br>525 W MONROE ST<br>CHICAGO IL 60661 | FORD CITY REALTY LLC<br>525 W MONROE ST<br>CHICAGO IL 60661 | FORD CITY REALTY LLC<br>BANKRUPTCY DEPT<br>150 GREAT NECK ROAD 304<br>GREAT NECK NY 11021-3309 |
| GEORGE SPATHARAKIS<br>7320 S CORK AVE<br>JUSTICE IL 60458-1008 | HURST LLC<br>KENNETH HURST<br>8605 MELVINA<br>BURBANK IL 60459-2439 | JOANNA STALLWORTH<br>LEETHEL FRANKLIN<br>THELMA SWIMS<br>CO PHYLLIS PRICE<br>30 N MICHIGAN AVE STE 1310<br>CHICAGO IL 60602-4806 |
| KATTEN MUCHIN ROSENMAN LLP<br>525 W MONROE<br>CHICAGO IL 60661-3693 | LEVIN  GINSBURG<br>BK DEPARTMENT<br>180 N LASALLE STREET 3200<br>CHICAGO IL 60601-2800 | PARKWAY ELEVATOR<br>BANKRUPTCY DEPT<br>2944 W LAKE STREET<br>CHICAGO IL 60612-1924 |

Exhibit 1

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
PARKWAY ELEVATORS INC                PEOPLES GAS                          SFI FORD CITY   CHICAGO LLC
CO JOHN CONWAY                       PO BOX 6050                          BANKRUPTCY DEPARTMENT
SULLIVAN HINCKS   CONWAY             CAROL STREAM IL 60197-6050           1114 AVENUE OF THE AMERICAS 39TH FLOOR
120 W 22ND STREET SUITE 100                                               NEW YORK NY 10036-7702
OAK BROOK IL 60523-4067



T MOBILE                             TOTAL MASONRY LLC                    DANIEL W DIAMOND
C O AMERICAN INFOSOURCE LP           390 MONACO DRIVE                     GOLDEN LAW
4515 N SANTA FE AVE                  ROSELLE IL 60172-1954                6602 ROOSEVELT ROAD
OKLAHOMA CITY OK 73118-7901                                               OAK PARK IL 60304-2589



                                                                          EXCLUDE
JOANNA STALLWORTH                    LEETHEL FRANKLIN                     PATRICK S LAYNG
4350 FORD CITY DRIVE UNIT 308        4280 W FORD CITY DR 206              OFFICE OF THE US TRUSTEE REGION 11
CHICAGO IL 60652-1292                CHICAGO IL 60652-1293                219 S DEARBORN ST
                                                                          ROOM 873
                                                                          CHICAGO IL 60604-2027



SCOTT R CLAR                         SHANITA Q STRAW                      THELMA SWIMS
CRANE SIMON CLAR  GOODMAN            GOLDEN LAW                           4350 W FORD CITY DR
135 S LASALLE ST SUITE 3950          6602 ROOSEVELT ROAD                  UNIT 305
CHICAGO IL 60603-4127                OAK PARK IL 60304-2589               CHICAGO IL 60652-1292



WILLIAM B AVELLONE
CHARTERED MANAGEMENT COMPANY INC
10 S RIVERSIDE PLAZA
SUITE 875
CHICAGO IL 60606-3717
```

Exhibit 1

Case 21-05193    Doc 58-1    Filed 07/07/21    Entered 07/07/21 14:59:36    Desc Exhibit
                                    1    Page 5 of 6

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA CM/ECF E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S
NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(Creditor)
TOTAL MASONRY, LLC
represented by:
Matthew R Bowman
Levin Ginsburg
180 N LaSalle St
Suite 3200
Chicago, IL 60601

rbowman@lgattorneys.com

(Creditor)
Thelma Swims
4350 W. Ford City Dr.
Unit 305
Chicago, IL 60652
represented by:
Phyllis Y Price
LAW OFFICE OF PHYLLIS PRICE
30 N MICHIGAN AVE STE 1310
Chicago, IL 60602

pprice@pricelawofc.com

(Creditor)
Joanna Stallworth
4350 Ford City Drive Unit #308
Chicago, IL 60652
represented by:
Phyllis Y Price
LAW OFFICE OF PHYLLIS PRICE
30 N MICHIGAN AVE STE 1310
Chicago, IL 60602

pprice@pricelawofc.com

(Creditor)
Parkway Elevators, Inc.
Sullivan Hincks & Conway
120 West 22nd Street
Suite 100
Oak Brook, IL 60523United States
represented by:
John J Conway
Sullivan, Hincks & Conway
122 W 22nd Street Suite 100
Oak Brook, IL 60523

johnconway@shlawfirm.com

(U.S. Trustee)
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

USTPRegion11.ES.ECF@usdoj.gov

(Creditor)
Leethel Franklin
4280 W Ford City Dr #206
Chicago, IL 60652
represented by:
Phyllis Y Price
LAW OFFICE OF PHYLLIS PRICE
30 N MICHIGAN AVE STE 1310
Chicago, IL 60602

pprice@pricelawofc.com

(Creditor)
Ford City Realty LLC
represented by:
Peter A Siddiqui
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661

peter.siddiqui@katten.com

(Creditor)
Ford City Nassim LLC
represented by:
Peter A Siddiqui
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661

peter.siddiqui@katten.com

Shanita Q Straw
Golden Law
6602 Roosevelt Road
Oak Park, IL 60304

sstraw@goldenlawpc.com

Daniel W Diamond
Golden Law
6602 Roosevelt Road
Oak Park, IL 60304

ddiamond@goldenlawpc.com

Ford City Condominium Association
4300 Ford City Drive Unit 105
Chicago, IL 60652
Tax ID / EIN: 36-3023779
(Debtor 1)
represented by:
Scott R Clar
Crane, Simon, Clar & Goodman
135 S Lasalle St Suite 3950
Chicago, IL 60603

sclar@cranesimon.com

(Creditor)
Ford City CH LLC
represented by:
Peter A Siddiqui
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661

peter.siddiqui@katten.com

**Exhibit 1**

ADDRESSES WHERE MAIL IS PRESUMED WERE SERVED VIA TO OBJECT E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S
NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(Trustee)
William B Avellone
Chartered Management Company, Inc.
10 S. Riverside Plaza
Suite 875
Chicago, IL 60606

bill.avellone@charteredmgt.com

**Exhibit 1**