**Fill in this information to identify the case:**

Debtor name    **Ford City Condominium Association**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **21-05193**

■ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Burling Bank**<br>**141 W. Jackson Blvd**<br>**Chicago, Illinois 60604** | Checking Account | 6683 | $12,515.96 |
| 3.2. | **Burling Bank**<br>**141 W. Jackson Blvd.**<br>**Chicago, Illinois 60604** | Savings | 3532 | $225.00 |
| 3.3. | **Fifth Third Bank**<br>**9400 South Cicero Avenue**<br>**Oak Lawn, IL 60453** | Checking Account | 1398 | $0.00 |
| 3.4. | **Republic Bank**<br>**6501 S. Pulaski Rd.**<br>**Chicago, IL 60629** | Checking Account | 8715 | $1.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$12,741.96

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                     page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Ford City Condominium Association** | Case number *(If known)* **21-05193** |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **4,117.57** | - | **0.00** | = .... | **$4,117.57** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **493,503.29** | - | **0.00** | =.... | **$493,503.29** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$497,620.86

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.    **Office furniture**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Ford City Condominium Association**
Name

Case number (If known)   **21-05193**

**3 file cabinets**
**1 small refrigerator (dorm room size)**
**31 washing machines**
**22 dryers**
**6 office desks**
**3 computers 1 laptop**
**10 office chairs**                                              $0.00                                              $0.00

---

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and**
      **communication systems equipment and software**

42.   **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                    $0.00
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **See Attached Debtor estimates that each unit is worth approximately $25,000** | Investment Property | Unknown | | Unknown |

---

| Debtor | **Ford City Condominium Association** | Case number *(If known)*  **21-05193** |
|---|---|---|
| | Name | |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

|  |
|---|
| **$0.00** |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Ford City Condominium Association** | Case number *(If known)* __21-05193__ |
|---|---|---|
| | Name | |

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $12,741.96 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $497,620.86 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $510,362.82 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $510,362.82 |

SCHEDULE A/B

55.    Any building, improved real estate, or land Debtor owns or has an interest.

(Units that are being rented by the Association)

| Unit | Rent |
|------|------|
| A-604 | $950/month |
| A-803 | $900/month |
| A-806 | $700/month |
| B1-206 | $700/month |
| B1-301 | $700/month |
| B2-207 | Empty |
| B2-208 | Empty |

**Fill in this information to identify the case:**

Debtor name **Ford City Condominium Association**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) **21-05193**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1   Total Masonry, LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Entire complex** | **$219,085.08** | **Unknown** |

**2.1   Total Masonry, LLC**
Creditor's Name

**390 Monaco Drive
Roselle, IL 60172**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Entire complex**

Describe the lien
**Mechanic's lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $219,085.08

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did<br>you enter the related creditor? | Last 4 digits of<br>account number for<br>this entity |
|---|---|---|
| **Levin & Ginsburg**<br>**BK Department**<br>**180 N. LaSalle, #3200**<br>**Chicago, IL 60601** | Line __2.1__ | 7214 |

| Fill in this information to identify the case: |
| --- |

Debtor name **Ford City Condominium Association**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) **21-05193**

■ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,000.00 |
| --- | --- | --- | --- |

**ACR Net Elevator Services**
**Anthony White**
**402 W. Bougton Road, Suite G**
**Bolingbrook, IL 60440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Elevator Repair**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,465.00 |
| --- | --- | --- | --- |

**Anderson Elevator/Southwest Industr**
**Bankruptcy Dept.**
**2801 S. 19th Ave.**
**Broadview, IL 60155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Elevator Repair**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Antoine L. Mackmore**
**c/o Jennifer J.C. Kelley**
**161 N. Clark St., 21st Floor**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,631.33 |
| --- | --- | --- | --- |

**AT&T**
**PO Box 5080**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **1263**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Ford City Condominium Association**

Name

Case number (if known)   **21-05193**

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,539.75 |
|-----|-----|-----|-----|

**Cervantes Chatt & Prince**
**Bk Dept**
**16w343 83rd Street A**
**Burr Ridge, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $995.00 |
|-----|-----|-----|-----|

**City of Chicago Department of Build**
**Bankruptcy Department**
**2045 W. Washington Blvd.**
**Chicago, IL 60612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $319.16 |
|-----|-----|-----|-----|

**Comcast**
**Attn: Bk Dept**
**PO Box 70219**
**New York, NY 10176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **2240**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $138.11 |
|-----|-----|-----|-----|

**Comcast**
**Attn: Bk Dept**
**PO Box 70219**
**New York, NY 10176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **2513**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,937.61 |
|-----|-----|-----|-----|

**ComEd**
**PO Box 6111**
**Carol Stream, IL 60197-6111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **2004**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $843,000.00 |
|------|-----|-----|-----|

**Ford City Realty LLC**
**Bankruptcy Dept**
**10 Great Neck Road 304**
**Great Neck, NY 11021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Water Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,837.03 |
|------|-----|-----|-----|

**George Spatharakis**
**7320 S. Cork Ave.**
**Justice, IL 60458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Judgment**
**George Spatharakis v. Ford City Condominium Association; Case No.**
**19-C-11933**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Ford City Condominium Association** | Case number (if known) | **21-05193** |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,871.15 |
|---|---|---|---|

**Parkway Elevator**
**Bankruptcy Dept.**
**2944 W. Lake St.**
**Chicago, IL 60612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Elevator Repair**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,660.70 |
|---|---|---|---|

**Peoples Gas**
**PO Box 6050**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Hurst LLC**<br>**Keneth Hurst**<br>**8605 Melvina**<br>**Burbank, IL 60459** | Line  **3.11**<br><br>☐ Not listed. Explain ____ | __ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 1,070,394.84 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,070,394.84 |

**Fill in this information to identify the case:**

Debtor name __**Ford City Condominium Association**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) __**21-05193**__

☒ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
| | State the term remaining | **1/1/2021** | **Angela Burnett** |
| | List the contract number of any government contract | | **4300 W Ford City Dr., Unit 702 Chicago, IL 60652** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Basic Rental Agreement or Residential Lease** | |
| | State the term remaining | **December 2021** | **Peter Reyna** |
| | List the contract number of any government contract | | **4300 W. Ford City Dr., Unit A-604 Chicago, IL 60652** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Antenna Site Lease Agreement New contract to be entered into T-Mobil is currently still paying $1,625/per month.** | |
| | State the term remaining | **expired, but T-Mobile is still paying** | **T-Mobile USA, Inc. Lease Compliance/CH92312B 12920 SE 38th Street Bellevue, WA 98006** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name   **Ford City Condominium Association**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **21-05193**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | | Street | | | ☐ D |
| | | | | | ☐ E/F |
| | | | | | ☐ G |
| | | City | State | Zip Code | |
| 2.2 | | Street | | | ☐ D |
| | | | | | ☐ E/F |
| | | | | | ☐ G |
| | | City | State | Zip Code | |
| 2.3 | | Street | | | ☐ D |
| | | | | | ☐ E/F |
| | | | | | ☐ G |
| | | City | State | Zip Code | |
| 2.4 | | Street | | | ☐ D |
| | | | | | ☐ E/F |
| | | | | | ☐ G |
| | | City | State | Zip Code | |

7/26/21 3:59PM

Fill in this information to identify the case:

Debtor name   **Ford City Condominium Association**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **21-05193**

■ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐   *Schedule H: Codebtors* (Official Form 206H)
- ☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒   Amended Schedule   **A/B, D, E/F, G, H**
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 27, 2021         x  *Wendy Watson*
                                      Signature of individual signing on behalf of debtor

**Wendy Watson**
Printed name

**President**
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Ford City Condominium Association**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  **21-05193**

☒ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ☒ Operating a business<br>☐ Other | $189,325.78 |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ☒ Operating a business<br>☐ Other | $565,702.91 |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ☒ Operating a business<br>☐ Other | $704,712.06 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | **Rental Income** | $7,125.00 |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | **Laundry Income** | $1,475.00 |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | **TMobile Contract** | $4,875.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor   **Ford City Condominium Association**                                    Case number (if known)   **21-05193**

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | **Parking Lot Income** | $31,525.00 |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | **Rental Income** | $28,200.00 |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | **Laundry Income** | $6,000.00 |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | **TMobile Contract** | $19,500.00 |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | **Parking Lot Income** | $135,000.00 |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | **Rental Income** | $28,200.00 |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | **Laundry Income** | $6,000.00 |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | **TMobile Contract** | $19,500.00 |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | **Parking Lot Income** | $135,000.00 |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.   **ACR Net Elevator Services**<br>**402 W. Boughton Road, Suite G**<br>**Bolingbrook, IL 60440** | 4/9/21 | $28,515.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2.   **AT&T**<br>**PO Box 5080**<br>**Carol Stream, IL 60197** | 4/7/21 | $8,187.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **Ford City Condominium Association**                                     Case number *(if known)*   **21-05193**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.3. | **ComEd**<br>PO Box 6111<br>Carol Stream, IL 60197-6111 | 3/8/2021 | $17,122.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. | **First Insurance**<br>450 Skokie Blvd., #1000<br>Northbrook, IL 60062 | 3/4/2021 | $7,124.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Workers Compensation Insurance** |
| 3.5. | **Peoples Gas**<br>PO Box 6050<br>Carol Stream, IL 60197 | 3/3/2021 | $11,081.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. | **Hernandez, Roberto** | 3/1/2021  ??<br>4/4/2021<br>$20,335 | $20,335.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. | **Republic Services** | 2/8/2021<br>3/8/2021<br>4/7/21<br>($8,862.18) | $8,862.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8. | **The Property Law Group**<br>641 E. Persing Rd E<br>Chicago, IL 60653 | 5/1/2021 | $25,125.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Brent Watson**<br>4540 S. Prairie Ave.<br>Chicago, IL 60653<br>**Board President's spouse** | | $19,200.00 | **Employee being paid via payroll $6,400/month** |

Debtor   **Ford City Condominium Association**                    Case number *(if known)*   **21-05193**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2.   **Cyrus Watson**<br>**4351 W 76th Street, Unit C1-207**<br>**Chicago, IL 60652**<br>**Board President's brother in law** | | **$8,400.00** | **Employee who is paid via<br>payroll $2,800 per month** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **George Spatharakis v. Ford City Condominium Association**<br>**19CH11933** | **Collections** | **Circuit Court of Cook County**<br>**First District**<br>**50 W. Washington Street**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Ford City Realty LLC et al. v. Ford City Condominium Association**<br>**2019 L 8190** | **Receivership** | **Clerk of Circuit Court of Cook County**<br>**Illinois** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Total Masonry, LLC v. Ford City Condominium Association**<br>**2020CH7214** | **Breach of Contract** | **Circuit Court of Cook County**<br>**50 W. Washington Street**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Antoine L. Mackmore v. Ford City Condominium Association** | **Case related to alleged work place injury** | **Illinois Workers Compensation Commission**<br>**100 W. Randolph St., 8th Floor**<br>**Chicago, IL 60601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **Ford City Condominium Association** | | | Case number *(if known)* **21-05193** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **Joanna Stallworth, et al v. Aleman Edgardo, et al**<br>**2020 CH 05755** | **Cause of action agaist the board for actions related to operatons of the condo assocation** | **Cook County Clerk of the Circuit Ct**<br>**Chancery Division - First Municipal**<br>**50 W Washington**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **CERVANTES CHATT & PRINCE**<br>**2019 L 4583** | **Contract** | **Circuit Court of Cook County**<br>**Law Division - Richard J. Daley Center**<br>**50 W Washington**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **SFI Ford City - Chicago, Et al. v. Ford City Condominium Association**<br>**2018 L 2090** | **Litigation pertaining to water payments. Debtor estimates each unit is worth approximately $25,000** | **Circuit Court of Cook County**<br>**Law Division**<br>**50 W. Washington Street**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Ford City Condo v. Diane Devroe, Lady Di's Bakery and all unknown occupants.**<br>**21  M1 700130** | **Assessment Collection** | **Circuit Court of Cook County**<br>**First Municipal District**<br>**50 W. Washington Street**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Andy Bartucci Foresite Realty**<br>**8727 W. Higgins Rd., #850**<br>**Chicago, IL 60631** | **Payments for water bill for Ford City Realty LLC** | **$20,000.00** |
| | Case title<br>**Ford City Realty LLC et al. v. Ford City** | Court name and address<br>**Circuit Court of Cook County**<br>**First District** |
| | Case number<br>**2018 L 8190** | |
| | Date of order or assignment | |

Debtor   **Ford City Condominium Association**                                          Case number *(if known)*   **21-05193**

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Robert J. Emanuel**<br>**Noonan and Lieberman Ltd.**<br>**105 W. Adams St., #1800**<br>**Chicago, IL 60603** | **$36,750 being held for unpaid assessments for** | **$36,750.00** |

| | Case title<br>**Ford City Condo. Assoc. vs. Wilmington** | Court name and address<br>**Circuit Court of Cook** |
|---|---|---|
| | Case number<br>**17 M1 715301** | **County**<br>**Municipal Department** |
| | Date of order or assignment<br>**January 23, 2019** | **First District**<br>**50 W. Washington St.**<br>**Daley Center**<br>**Chicago, IL 60602** |

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Unit A203 and A204**<br>**Tenant in Unit A203 caused a kitchen fire that caused damage to Unit A204 as well as the common areas of the 4300 W. Ford City Dr., Chicago, Illinios building** | **$131,801.16** | **3/6/2021** | **$141,000.00** |

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

---

Debtor    **Ford City Condominium Association**                          Case number *(if known)*   **21-05193**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Golden Law** 6602 Roosevelt Rd. Oak Park, IL 60304-2023 | | 3/24/2021 | $5,000.00 |
| | **Email or website address** | | | |
| | Who made the payment, if not debtor? **Ford City Condominium Association** | | | |
| 11.2. | **Ebony Lucas The Property Law Group** | | 4/19/21 | $25,000.00 |
| | **Email or website address** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Ford City Condominium Association**   Case number *(if known)*   **21-05193**

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

<table>
<tr><td>**Part 9:**</td><td>**Personally Identifiable Information**</td></tr>
</table>

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐   No.

■   Yes. State the nature of the information collected and retained.

      **Name and date of birth.**

      Does the debtor have a privacy policy about that information?

      ■   No

      ☐   Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■   No. Go to Part 10.

☐   Yes. Does the debtor serve as plan administrator?

<table>
<tr><td>**Part 10:**</td><td>**Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**</td></tr>
</table>

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■   None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■   None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■   None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

<table>
<tr><td>**Part 11:**</td><td>**Property the Debtor Holds or Controls That the Debtor Does Not Own**</td></tr>
</table>

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐   None

| Debtor | **Ford City Condominium Association** | | Case number *(if known)* | **21-05193** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Agnieszka Kaszynka Rusak**<br>**4300 W. Ford City Drive, A-604**<br>**Chicago, IL 60652** | **Same as above** | **Condo Unit** | **$25,000.00** |
| **Steven Shuttleworth**<br>**4300 W. Ford Drive, Unit A-803**<br>**Chicago, IL 60652** | **Same as above** | **Condo Unit** | **$25,000.00** |
| **Tycecka Kacandwski**<br>**4300 W. Ford Drive, Unit A-803**<br>**Chicago, IL 60652** | **Same as above** | **Condo Unit** | **$25,000.00** |
| **Wayne Holloway**<br>**4300 W. Ford Drive, Unit B1-206**<br>**Chicago, IL 60652** | **Same as above** | **Condo Unit** | **$30,000.00** |
| **Martha Hernandez**<br>**4300 W. Ford Drive, Unit B1-301**<br>**Chicago, IL 60652** | **Same as above** | **Condo Unit** | **$30,000.00** |
| **Wilmington Bank**<br>**4280 W. Ford City Dr., Unit B2-207**<br>**Chicago, IL 60652** | **Same as above** | **Condo Unit** | **$15,000.00** |
| **Juan Munoz**<br>**4280 W. Ford Drive, Unit B2-208**<br>**Chicago, IL 60652** | **Same as above** | **Condo Unit** | **$15,000.00** |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Ford City Condominium Association<br>Board of Directors<br>4300 Ford City Drive<br>Chicago, IL** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor   **Ford City Condominium Association**                                                  Case number *(if known)*   **21-05193**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Wendy Watson** | **4540 S. Prairie Ave.**<br>**Chicago, IL 60653** | **Board President, 2019 - current** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Edgardo Alemon** | **4350 W. Ford Drive**<br>**Chicago, IL 60652** | **Board Vice President, 2019 - current** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Daphne Brownlee** | **4300 W. Ford Drive**<br>**Chicago, IL 60652** | **Board Secretary, 2019 - current** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Diane Todd** | **4281 W. 76th Street**<br>**Chicago, IL 60652** | **Board Treasurer, 2019 - current** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Pauline Prater** | **4350 W. Ford Drive**<br>**Chicago, IL 60652** | **Board Member, 2019 - current** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Diane Devroe** | **4280 W. Ford City Drive.**<br>**Chicago, IL 60652** | **Board Member, 2019 - current** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gregory Castillo | **4350 W. Ford Drive**<br>**Chicago, IL 60652** | **Board Member, 2019 - current** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Provindencia Gonzalez | **4300 W. Ford Drive**<br>**Chicago, IL 60652** | **Board Member, 2019 - current** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Edgar Frutos** | **4300 W. Ford Drive**<br>**Chicago, IL 60652** | **Board Member, 2019 - current** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Hilda Zmorah** | **3930 W 68th Place**<br>**Chicago, IL 60629** | **Board Member, 2019 - current** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Frank Carrillo** | **4281 W. 76th St.**<br>**Chicago, IL 60652** | | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Emmette Brown** | **6000 S. Ashland Ave.**<br>**Chicago, IL 60636** | | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**

Debtor    **Ford City Condominium Association**                    Case number *(if known)*   **21-05193**

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐    No
■    Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Yousef Doulah** | **8611 Meade Ave. Burbank, IL 60459** | **Board Vice President** | **2019** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Emmett Brown** | **6000 S. Ashland Av. Chicago, IL 60656** | **Board Member** | **2019 - 2020** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Joseph Johnson** | | **Board Member (deceased)** | **2019 - 2020** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Carzie Jones** | **4281 W 76th Street Chicago, IL 60652** | **Board Member** | **2019 - 2020** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Terry Reed** | **4280 W Ford City Dr. Chicago, IL 60652** | **Board Member** | **2019 - 2021 before filing** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐    No
■    Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Brent Watson** | **$19,200** | **payments made every two weeks** | **Wages for maintenance for each of the buildings** |
| | Relationship to debtor **Board President's spouse** | | | |
| 30.2. | **Cyrus Watson** | **$8,400** | **payments made every two weeks** | **4300 Ford City Drive** |
| | Relationship to debtor **Board President's brother in law** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor    **Ford City Condominium Association** _____    Case number *(if known)*  **21-05193** _____

■ No
☐ Yes. Identify below.

**Name of the parent corporation**                                    **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

**Name of the pension fund**                                          **Employer Identification number of the parent corporation**

7/28/21  3:59PM

Debtor    **Ford City Condominium Association**                                        Case number *(if known)*  **21-05193**

---

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

Signature of individual signing on behalf of the debtor        **Wendy Watson**
                                                                 Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207)* attached?
■ No
☐ Yes