UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   21-05193 |
| Ford City Condominium Association | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ALLOWING INTERIM COMPENSATION AND
## REIMBURSEMENT OF EXPENSES TO DEBTOR'S COUNSEL

THIS MATTER COMING TO BE HEARD upon the Motion of Golden Law, counsel for Ford City Condominium Association, debtor-in-possession ("Debtor"), for allowance of interim compensation and reimbursement of expenses to Golden Law as counsel,

IT IS HEREBY ORDERED the application is granted as follows:

1)    Golden Law is allowed interim compensation and reimbursement of expenses for its representation of the Debtor during the period March 27, 2021 through August 18, 2021, in the amounts of $14,865.00 and $1,837.00, respectively; and

2)    The Debtor is authorized to pay all sums allowed under this Order to Golden Law.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  September 16, 2021

**Prepared by:**

Shanita Q. T. Straw (6298398)
Golden Law
6602 Roosevelt Road
Oak Park, Illinois 60304
708 613 4433
sstraw@goldenlawpc.com