UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   21-05193 |
| Ford City Condominium Association | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING PAYMENT OF INTERIM COMPENSATION AND EXPENSES TO CRANE, SIMON, CLAR & GOODMAN

THIS MATTER COMING TO BE HEARD upon the Motion of Scott R. Clar and the law firm of Crane, Simon, Clar & Goodman ("CSCG"), counsel for Ford City Condominium Association, Debtor herein, for allowance of interim compensation and reimbursement of expenses to CSCG as counsel, pursuant to Section 331 of the Bankruptcy Code;

IT IS ORDERED that the application is granted as follows:

1. CSCG is allowed interim compensation and reimbursement of expenses for its representation of the Debtor during the period from June 8, 2021 through September 10, 2021 in the amounts of $51,106.00 and $141.16, respectively; and

2. That the Debtor is authorized to pay said sum, less the post-petition retainer of $35,000.00 previously paid to CSCG.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  October 21, 2021

**Prepared by:**

DEBTOR'S COUNSEL:
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Goodman
135 S. LaSalle, #3950
Chicago, IL 60603
(312) 641-6777
sclar@cranesimon.com