**Fill in this information to identify the case:**

Debtor Name  Ford City Condominium Association

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 21-5193

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:          September                                 Date report filed:

̄11/30/2021

Line of business:  Condominium Association              NAISC code:        813990

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:          William Avellone

Original signature of responsible party

Printed name of responsible party          William Avellone

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Ford City Condominium Association                          Case number 21-5193

17. Have you paid any bills you owed before you filed bankruptcy?                    ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 189,875.29

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 75,517.51

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 86,784.85

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -11,267.34

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 178,607.95

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0.00

    *(Exhibit E)*

Debtor Name  Ford City Condominium Association                          Case number 21-5193

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                           $ 1,124,038.2

 (Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?                                      4

27. What is the number of employees as of the date of this monthly report?                         4

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ 1,275.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 36,275.00

30. How much have you paid this month in other professional fees?                                  $ 0.00

31. How much have you paid in total other professional fees since filing the case?                 $ 25,125.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | Column B | Column C |
|---|---|---|---|
|  | **Projected** − | **Actual** = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 98,531.00 − | $ 75,517.51 = | $ 23,043.49 |
| 33. **Cash disbursements** | $ 88,165.68 − | $ 86,784.85 = | $ 1,381.68 |
| 34. **Net cash flow** | $ 10,365.32 − | $ 11,267.34 = | $ -902.02 |

35. Total projected cash receipts for the next month:                                          $ 98,531.00

36. Total projected cash disbursements for the next month:                                   − $ 88,228.90

37. Total projected net cash flow for the next month:                                        = $ 10,302.10

Debtor Name  Ford City Condominium Association                    Case number 21-5193

| | 8. Additional Information |
|---|---|

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

**This report was completed by the debtor's accountant with the best information available and reviewed by debtor's counsel. The Trustee does ]not have complete information immediately available to verify the accuracy of all of the information contained herein, As the Trustee's investigation of the debtor's operations proceeds, he will file amended monthly operating reports if he discovers any discrepancies in material information.

EXHIBIT A
SEPTEMBER MONTHLY OPERATING
REPORT

6. No tax returns from 2019 to present has been filed. We are investigating to determine when the last tax return was filed (or required to be filed) all required filings will be made.

EXHIBIT B

N/A

| Type | Num | Date | Name | Name Account # | Memo | Account | Amount |
|---|---|---|---|---|---|---|---|
| **Deposit** | | **09/01/2021** | | | **Assessment** | **Burling Bank** | **5,248.82** |
| Payment | 189 | 09/01/2021 | Martinez Residence (103) | D1-103 | | Undeposited Funds | -379.27 |
| Payment | 3868 | 09/01/2021 | Jones Residence (404) | C2-404 P22 | | Undeposited Funds | -480.34 |
| Payment | 2034 | 09/01/2021 | Taylor Williams Residence | B2-205 | | Undeposited Funds | -380.96 |
| Payment | 1047 | 09/01/2021 | Carrillo Residence (609) | A-609 | | Undeposited Funds | -303.45 |
| Payment | 794 | 09/01/2021 | Hudson Residence | C2-502 | | Undeposited Funds | -364.00 |
| Payment | 482098 | 09/01/2021 | Urbina Residence (202) | D1-202 | | Undeposited Funds | -393.87 |
| Payment | 273113250 | 09/01/2021 | Farkas Residence | A-404 | | Undeposited Funds | -296.99 |
| Payment | 3623 | 09/01/2021 | Henson Residence | A-208 | | Undeposited Funds | -296.99 |
| Payment | 9248 | 09/01/2021 | Sweeper Residence | B1-205 P14 | | Undeposited Funds | -300.00 |
| Payment | 86122341 | 09/01/2021 | Russell Residence | A-403 | | Undeposited Funds | -268.00 |
| Payment | 995179 | 09/01/2021 | Fairfield Buildings LLC | A-506 | | Undeposited Funds | -299.86 |
| Payment | 26626709 | 09/01/2021 | Dulay Residence | A-1008 | | Undeposited Funds | -303.45 |
| Payment | 1639 | 09/01/2021 | Fortineaux Residence | C1-508 | | Undeposited Funds | -393.87 |
| Payment | 729418245 | 09/01/2021 | Alexandrov Residence | A-1209 | | Undeposited Funds | -309.91 |
| Payment | | 09/01/2021 | Lance Residence | B2-401 | | Undeposited Funds | -97.00 |
| Payment | 1792 | 09/01/2021 | Codos Residence | A-201 | | Undeposited Funds | -380.86 |
| | | | | | | | -5,248.82 |
| **Deposit** | | **09/01/2021** | | | **Parking** | **Burling Bank** | **345.00** |
| | | | | | D1-103 Spot 33/20 A. Martinez | Parking Fee | -150.00 |
| | | | | | C2-404 Spot C17 C. Jones | Parking Fee | -75.00 |
| | | | | | A-1108 Spot Garage E. Tolbert | Parking Fee | -120.00 |
| | | | | | | | -345.00 |
| **Deposit** | | **09/03/2021** | | | **Assessment** | **Burling Bank** | **9,859.76** |
| | | | | | A-803 T. Griffin | Monthly Rent | -900.00 |
| Payment | | 09/03/2021 | Watson Residence (207) | C1-207 | | Undeposited Funds | -370.00 |
| Payment | 478 | 09/03/2021 | Marchetti Residence (304) | C1-304 | | Undeposited Funds | -421.00 |
| Payment | 479 | 09/03/2021 | Marchetti Residence | A-210 | | Undeposited Funds | -330.00 |
| Payment | 5149 | 09/03/2021 | Howard Residence | D2-205 | | Undeposited Funds | -484.30 |
| Payment | 267 | 09/03/2021 | Padilla Residence (403) | C1-403 | | Undeposited Funds | -306.00 |
| Payment | 2162 | 09/03/2021 | Gamboa Residence | B1-108 | | Undeposited Funds | -387.42 |
| Payment | 3026 | 09/03/2021 | Smith Residence | B2-307 | | Undeposited Funds | -341.99 |
| Payment | 113 | 09/03/2021 | Espino Residence | A-305 | | Undeposited Funds | -355.12 |
| Payment | 1399 | 09/03/2021 | Nash Residence (805) | A-805 | | Undeposited Funds | -361.46 |
| Payment | 1091 | 09/03/2021 | Barajas Residence (1007) | A-1007 | | Undeposited Funds | -303.45 |
| Payment | 5707 | 09/03/2021 | Mims Residence | B2-408 | | Undeposited Funds | -380.96 |
| Payment | 708 | 09/03/2021 | Amgun Investments | A-702 | | Undeposited Funds | -700.00 |
| Payment | 4377 | 09/03/2021 | Thomas Residence | A-1110 | | Undeposited Funds | -368.04 |
| Payment | 1102 | 09/03/2021 | Watson Residence | A-801 | | Undeposited Funds | -387.42 |
| Payment | 1102 | 09/03/2021 | Watson Residence (1103) | A-1103 | | Undeposited Funds | -309.91 |
| Payment | 1102 | 09/03/2021 | Watson Residence (1402) | A-1402 P1 P26 | | Undeposited Funds | -387.53 |
| Payment | 1102 | 09/03/2021 | Watson Residence (1506) | A-1506 P34 | | Undeposited Funds | -432.68 |
| Payment | 1102 | 09/03/2021 | Watson Residence (307) | B1-307 | | Undeposited Funds | -355.12 |
| Payment | 1102 | 09/03/2021 | Watson Residence (305) | B2-305 | | Undeposited Funds | -380.96 |
| Payment | 1102 | 09/03/2021 | Watson Residence (101) | D1-101 | | Undeposited Funds | -490.64 |
| Payment | 1100642930 | 09/03/2021 | Rusak Residence | A-604 | | Undeposited Funds | -950.00 |
| Payment | 1102 | 09/03/2021 | Watson Residence (307) | B1-307 | | Undeposited Funds | -155.76 |

|  |  |  |  |  |  | -9,859.76 |
|---|---|---|---|---|---|---|
| **Deposit** | **09/03/2021** |  |  | **Parking** | **Burling Bank** | **1,200.00** |
|  |  |  |  | B2-408 Spot B1-24 L. Mims | Parking Fee | -75.00 |
|  |  |  |  | A-1007 Spot A-66 M. Sanchez | Parking Fee | -75.00 |
|  |  |  |  | C1-403 Spot C1-1 M. Padilla | Parking Fee | -75.00 |
|  |  |  |  | D1-102 Spot B-61 R. Reyes | Parking Fee | -75.00 |
|  |  |  |  | A-702 Spot A-4 A. Burnett | Parking Fee | -75.00 |
|  |  |  |  | B1-108 Spot B1-32 L. Gamboa | Parking Fee | -150.00 |
|  |  |  |  | C1-304 Spot C1-2/12 M. Marchetti | Parking Fee | -150.00 |
|  |  |  |  | A-305 Spot A-45 L. Johnson X9-10 | Parking Fee | -150.00 |
|  |  |  |  | A-507 Spot A-14 L. Mosio | Parking Fee | -75.00 |
|  |  |  |  | A-1010 Spot A-50/55 A. Flores | Parking Fee | -150.00 |
|  |  |  |  | A-804 Spit A-7 S. Singleton | Parking Fee | -75.00 |
|  |  |  |  | A-207 Spot A-30 T. Densmore | Parking Fee | -75.00 |
|  |  |  |  |  |  | -1,200.00 |
| **Deposit** | **09/07/2021** |  |  | **Assessment** | **Burling Bank** | **14,479.98** |
|  |  |  |  | Terrence Chalmurst B1-301 | Monthly Rent | -700.00 |
|  |  |  |  | Terrence Chalmurst B1-301 | Parking Fee | -75.00 |
|  |  |  |  | America Wide Broadband | Uncategorized Income | -5.00 |
| Payment 3004 | 09/07/2021 | Coleman Residence (505) | C1-505 | Undeposited Funds | -393.97 |
| Payment 146 | 09/07/2021 | Andrade Residence | A-708 | Undeposited Funds | -303.45 |
| Payment | 09/07/2021 | Leonard/Chmieleski Residence | B2-504 | Undeposited Funds | -355.00 |
| Payment | 09/07/2021 | Fierro Residence (1408) | A-1408 | Undeposited Funds | -310.00 |
| Payment | 09/07/2021 | Fierro Residence | A-1404 | Undeposited Funds | -303.45 |
| Payment | 09/07/2021 | Fierro Residence (508) | B1-508 | Undeposited Funds | -380.96 |
| Payment 231 | 09/07/2021 | Petrichiki Residence | B2-403 | Undeposited Funds | -355.12 |
| Payment 229 | 09/07/2021 | Powell Residence | A-1304 | Undeposited Funds | -244.00 |
| Payment 6204 | 09/07/2021 | Todd Residence | C2-505 | Undeposited Funds | -394.00 |
| Payment 3446 | 09/07/2021 | Wise Residence | B2-506 | Undeposited Funds | -355.12 |
| Payment 590 | 09/07/2021 | Wawozny Residence (401) | A-401 | Undeposited Funds | -299.86 |
| Payment 103 | 09/07/2021 | Santamaria Residence | A-705 | Undeposited Funds | -360.20 |
| Payment 103 | 09/07/2021 | Santamaria Residence (504) | B1-504 | Undeposited Funds | -381.80 |
| Payment 2491 | 09/07/2021 | Goines Residence | A-602 | Undeposited Funds | -303.45 |
| Payment 90171667816 | 09/07/2021 | Anderson Residence (208) | B1-208 | Undeposited Funds | -380.96 |
| Payment 27542653468 | 09/07/2021 | Wofford Residence | A-405 P38 | Undeposited Funds | -395.00 |
| Payment 2054 | 09/07/2021 | Hardy Residence | C1-208 | Undeposited Funds | -393.87 |
| Payment 1100716032 | 09/07/2021 | Farias Residence | C1-402 | Undeposited Funds | -368.04 |
| Payment 5385 | 09/07/2021 | Believe in Thine Heart Ministries | A-1309 | Undeposited Funds | -309.91 |
| Payment 9500035119 | 09/07/2021 | Jones Residence | B1-207 | Undeposited Funds | -355.12 |
| Payment 1401 | 09/07/2021 | Dixon Residence | A-504 P30 | Undeposited Funds | -335.80 |
| Payment 6568 | 09/07/2021 | Lehne Residence | A-1303 | Undeposited Funds | -309.91 |
| Payment 3120 | 09/07/2021 | Banks Residence | A-1005 | Undeposited Funds | -468.26 |
| Payment 1780 | 09/07/2021 | Spatharakis Residence | A-710 P31 | Undeposited Funds | -387.07 |
| Payment 137609568 | 09/07/2021 | Chavez Residence | A-804 | Undeposited Funds | -292.24 |
| Payment 729950656 | 09/07/2021 | Conley Residence | C2-402 | Undeposited Funds | -368.04 |
| Payment 5315 | 09/07/2021 | Novogroder Condo Fund LTD (404) | C1-404 | Undeposited Funds | -360.86 |
| Payment 5316 | 09/07/2021 | Novogroder Condo Fund LTD (501) | C1-501 | Undeposited Funds | -360.86 |
| Payment 39663749 | 09/07/2021 | Lucatero Residence (1509) | A-1509 | Undeposited Funds | -296.00 |
| Payment 39663748 | 09/07/2021 | Lucatero Residence (810) | A-810 | Undeposited Funds | -349.00 |
| Payment 7008 | 09/07/2021 | O'Neal Residence | A-1508 | Undeposited Funds | -150.00 |
| Payment 730051667 | 09/07/2021 | Desir Residence | C2-305 | Undeposited Funds | -379.27 |

| Payment 730448925 | 09/07/2021 Slattery Residence | D1-201 P15 | | Undeposited Funds | -531.11 |
|---|---|---|---|---|---|
| Payment 4286 | 09/07/2021 Hall Residence | C2-303 | | Undeposited Funds | -322.00 |
| Payment 730079748 | 09/07/2021 Gniadecki Residence | A-209 | | Undeposited Funds | -296.99 |
| Payment 9628 | 09/07/2021 Myrie Residence | D1-207 | | Undeposited Funds | -393.87 |
| Payment 730410935 | 09/07/2021 Judeh Residence | A-501 P18 | | Undeposited Funds | -38.81 |
| Payment 1100643110 | 09/07/2021 Daly Residence | D2-206 | | Undeposited Funds | -355.12 |
| Payment 303976432 | 09/07/2021 Milton Residence | A-1105 | | Undeposited Funds | -368.04 |
| Payment 3025 | 09/07/2021 McMath Residence | A-1003 | | Undeposited Funds | -393.45 |
| | | | | | -14,479.98 |

| **Deposit** | **09/07/2021** | | **Parking** | **Burling Bank** | **1,350.00** |
|---|---|---|---|---|---|
| | | B2-506 Spot B2-3 I. Wise | Parking Fee | | -75.00 |
| | | A-1004 Spot A-44 C. Gibbs | Parking Fee | | -75.00 |
| | | B2-404 Spot B2-40 C. Walker | Parking Fee | | -75.00 |
| | | C1-108 Spot C1-19 T. Williams | Parking Fee | | -75.00 |
| | | A-705 Spot A-69 B. Rodea | Parking Fee | | -75.00 |
| | | A-1503 Spot A-2 J. Griffin | Parking Fee | | -75.00 |
| | | B1-208 Spot B1-11 A. Anderson | Parking Fee | | -75.00 |
| | | A-707 Spot A-85/86 A. Monge | Parking Fee | | -150.00 |
| | | A-408 Spot A-42 C. Knight | Parking Fee | | -75.00 |
| | | C1-407 Spot C1-14,23,24 L. Gomez | Parking Fee | | -225.00 |
| | | B1-207 Spot B1-22 I. Jones | Parking Fee | | -75.00 |
| | | 308 Spot C2-28 | Parking Fee | | -75.00 |
| | | D2-206 Spot C2-56 E. Daly | Parking Fee | | -75.00 |
| | | C1-505 Spot C1-11 A. Coleman | Parking Fee | | -75.00 |
| | | B2-504 Spot B2-38 A. Jadwigia | Parking Fee | | -75.00 |
| | | | | | -1,350.00 |

| **Deposit** | **09/08/2021** | | **Assessment** | **Burling Bank** | **11,207.39** |
|---|---|---|---|---|---|
| | | | M. Coleman | Parking Fee | -75.00 |
| Payment | 09/08/2021 Rangel Residence (1002) | A-1002 | | Undeposited Funds | -304.45 |
| Payment | 09/08/2021 Rangel Residence | A-1507 | | Undeposited Funds | -348.00 |
| Payment 114 | 09/08/2021 Chavez Residence (1006) | A-1006 | | Undeposited Funds | -387.42 |
| Payment 1077 | 09/08/2021 Dziedzic Residence | A-903 | | Undeposited Funds | -303.40 |
| Payment 104 | 09/08/2021 Coleman Residence (501) | B1-501 | | Undeposited Funds | -375.00 |
| Payment 647 | 09/08/2021 Castille Residence (102) | B1-102 | | Undeposited Funds | -361.46 |
| Payment 1100677736 | 09/08/2021 Mosio Residence | A-507 | | Undeposited Funds | -297.00 |
| Payment 2532 | 09/08/2021 Diaz Residence | B1-302 P9 | | Undeposited Funds | -393.93 |
| Payment 1110 | 09/08/2021 Zmorra Residence (906) | A-906 | | Undeposited Funds | -387.42 |
| Payment 1109 | 09/08/2021 Zmorra Residence (907) | A-907 | | Undeposited Funds | -303.45 |
| Payment 1111 | 09/08/2021 Zmorra Residence (410) | A-410 P24 | | Undeposited Funds | -393.93 |
| Payment 1113 | 09/08/2021 Zmorra Residence (205) | C1-205 | | Undeposited Funds | -393.87 |
| Payment 116 | 09/08/2021 Flores Residence | A-909 | | Undeposited Funds | -303.45 |
| Payment 9017167915 | 09/08/2021 Henry Residence (105) | B2-105 | | Undeposited Funds | -304.94 |
| Payment 1246 | 09/08/2021 Devroe Residence (203) | B1-203 | | Undeposited Funds | -338.71 |
| Payment 1246 | 09/08/2021 Devroe Residence (304) | B2-304 | | Undeposited Funds | -355.12 |
| Payment | 09/08/2021 Devroe Residence (308) | B2-308 | | Undeposited Funds | -395.04 |
| Payment | 09/08/2021 Devroe Residence (505) | B2-505 P10 | | Undeposited Funds | -422.10 |
| Payment 118 | 09/08/2021 Torres Residence | A-1210 | | Undeposited Funds | -368.04 |
| Payment 1100716073 | 09/08/2021 McKoy Residence (608) | A-608 | | Undeposited Funds | -303.45 |
| Payment 1100716074 | 09/08/2021 McKoy Residence | A-1308 | | Undeposited Funds | -309.91 |
| Payment 8949417 | 09/08/2021 Green Residence (102) | D2-102 | | Undeposited Funds | -936.59 |
| Payment 849418 | 09/08/2021 Green Residence (1203) | A-1203 | | Undeposited Funds | -736.99 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Payment 4343002834 | 09/08/2021 | Vanhook Holley Residence | A-1401 | | Undeposited Funds | -430.00 |
| Payment 1100716100 | 09/08/2021 | Nikolov Residence (802) | A-802 | | Undeposited Funds | -303.45 |
| Payment 1100716099 | 09/08/2021 | Nikolov Residence (802) | A-802 | | Undeposited Funds | -303.45 |
| Payment 1100716098 | 09/08/2021 | Nikolov Residence (809) | A-809 | | Undeposited Funds | -303.45 |
| Payment 1100716097 | 09/08/2021 | Nikolov Residence (809) | A-809 | | Undeposited Funds | -303.45 |
| Payment 1100716119 | 09/08/2021 | Constante Residence | C1-101 | | Undeposited Funds | -464.92 |
| | | | | | | -11,207.39 |

| **Deposit** | **09/08/2021** | | | **Parking** | **Burling Bank** | **675.00** |
|---|---|---|---|---|---|---|
| | | | B1-102 Spot B1-20/21 G. Castillo | Parking Fee | -150.00 |
| | | | A-909 Spot A-56 M. Flores | Parking Fee | -75.00 |
| | | | B1-105 Spot B1-1 E. Henry | Parking Fee | -75.00 |
| | | | C1-302 Spot A-90, C1-36 J. Mendoza | Parking Fee | -150.00 |
| | | | A-1210 Spot A-59 R. Beras/Torres | Parking Fee | -75.00 |
| | | | C1-101 Spot A-43/70 J. Constante | Parking Fee | -150.00 |
| | | | | | -675.00 |

| **Deposit** | **09/09/2021** | | | **Assessment** | **Burling Bank** | **7,456.67** |
|---|---|---|---|---|---|---|
| | | | A-205 Spot A-81 D. Sanchez | Parking Fee | -62.00 |
| Payment 1805 | 09/09/2021 | Sanchez Residence | A-205 | | Undeposited Funds | -356.00 |
| Payment | 09/09/2021 | Ramey Residence (104) | B2-104 | | Undeposited Funds | -390.00 |
| Payment | 09/09/2021 | Castillo Residence | A-1009 | | Undeposited Funds | -304.00 |
| Payment 1019 | 09/09/2021 | Padilla Residence | C1-202 | | Undeposited Funds | -368.04 |
| Payment 1149 | 09/09/2021 | Edinburg Fears Residence | B1-201 | | Undeposited Funds | -380.96 |
| Payment 115 | 09/09/2021 | Brzek Residence | A-910 | | Undeposited Funds | -361.46 |
| Payment 809 | 09/09/2021 | Jefferson Residence | A-304 | | Undeposited Funds | -296.99 |
| Payment 1937 | 09/09/2021 | Frutos Residence (406) | C1-406 | | Undeposited Funds | -316.37 |
| Payment 1939 | 09/09/2021 | Frutos Residence | A-307 | | Undeposited Funds | -299.96 |
| Payment 1213 | 09/09/2021 | Gaucin Residence | C2-506 | | Undeposited Funds | -305.00 |
| Payment 1254 | 09/09/2021 | Howard Residence (1501) | A-1501 | | Undeposited Funds | -393.87 |
| Payment 1254 | 09/09/2021 | Howard Residence (204) | B1-204 P27 | | Undeposited Funds | -419.13 |
| Payment 1016 | 09/09/2021 | Lira Residence | B1-403 P35 | | Undeposited Funds | -393.93 |
| Payment 267 | 09/09/2021 | Guros Residence | A-904 | | Undeposited Funds | -303.45 |
| Payment 1673 | 09/09/2021 | Clavijo Residence | B2-501 | | Undeposited Funds | -380.96 |
| Payment 912 | 09/09/2021 | Botello Residence | C2-405 P7 | | Undeposited Funds | -348.83 |
| Payment 219 | 09/09/2021 | Reyes Residence (208) | D1-208 | | Undeposited Funds | -484.30 |
| Payment 1100619796 | 09/09/2021 | Gomez Residence | C1-407 | | Undeposited Funds | -368.04 |
| Payment 90327308 | 09/09/2021 | Dominguez Perez Residence | C1-401 | | Undeposited Funds | -458.46 |
| Payment 1102988374 | 09/09/2021 | Bellido Residence (101) | C2-101 | | Undeposited Funds | -464.92 |
| | | | | | | -7,456.67 |

| **Deposit** | **09/09/2021** | | | **Assessment** | **Burling Bank** | **393.87** |
|---|---|---|---|---|---|---|
| Payment 1343 | 09/09/2021 | Rufus Residence | D1-107 | | Undeposited Funds | -393.87 |
| | | | | | | -393.87 |

| **Deposit** | **09/09/2021** | | | **Parking** | **Burling Bank** | **750.00** |
|---|---|---|---|---|---|---|
| | | | B2-402 Spot 2 C. Garcia | Parking Fee | -150.00 |
| | | | B2-102 Spot B-42 M. Ellis | Parking Fee | -75.00 |
| | | | C1-202 Spot A61/62 A. Padilla | Parking Fee | -150.00 |
| | | | B1-201 Spot B-8 D. Fears | Parking Fee | -75.00 |
| | | | Spot 77/78 I. Perry | Parking Fee | -150.00 |

|  |  |  |  | 1103 Spot A-84 B. Moore | Parking Fee | -75.00 |
|  |  |  |  | Spot C-37 Bellido | Parking Fee | -75.00 |
|  |  |  |  |  |  | -750.00 |
| **Deposit** | **09/10/2021** |  |  | **Assessment** | **Burling Bank** | **677.95** |
| Payment 1330 | 09/10/2021 | PTAK Residence | A-1403 |  | Undeposited Funds | -309.91 |
| Payment 1068 | 09/10/2021 | Manna Residence (307) | C1-307 |  | Undeposited Funds | -368.04 |
|  |  |  |  |  |  | -677.95 |
| **Deposit** | **09/15/2021** |  |  | **Deposit** | **Burling Bank** | **13,391.99** |
|  |  |  |  | Deposit on 9/15 | Uncategorized Income | -13,391.99 |
|  |  |  |  |  |  | -13,391.99 |
| **Deposit** | **09/21/2021** |  |  | **Deposit** | **Burling Bank** | **1,718.33** |
|  |  |  |  | Deposit on 9/21 | Uncategorized Income | -1,718.33 |
|  |  |  |  |  |  | -1,718.33 |
| **Deposit** | **09/21/2021** |  |  | **Deposit** | **Burling Bank** | **1,183.00** |
|  |  |  |  | Deposit on 9/21 | Uncategorized Income | -1,183.00 |
|  |  |  |  |  |  | -1,183.00 |
| **Deposit** | **09/27/2021** |  |  | **Deposit** | **Burling Bank** | **5,837.96** |
|  |  |  |  | Deposit 9/27 | Uncategorized Income | -5,837.96 |
|  |  |  |  |  |  | -5,837.96 |

Total Cash Receipt     75,517.51
See Line 20

EXHIBIT B
SEPTEMBER 2021 OPERATING REPORT

| Type | Num | Date | Name | Original Amount |
|------|-----|------|------|-----------------|
| Check | Debit | 09/01/2021 | The Home Depot | (537.69) |
| Check | Debit | 09/01/2021 | Keyway Lock | (30.00) |
| Check | Debit | 09/02/2021 | Amazon | (41.84) |
| Check | 558 | 09/02/2021 | Cyris Watson | (1,135.00) |
| Check | Debit | 09/03/2021 | Simplisafe | (24.99) |
| Check | 556 | 09/03/2021 | Mitchell Abrons | (1,275.00) |
| Check | 559 | 09/03/2021 | Rich Jedrzekzak | (2,364.00) |
| Check | 560 | 09/03/2021 | Brent Watson | (2,364.00) |
| Check | 561 | 09/03/2021 | German Leyte | (24,000.00) |
| Check | Debit | 09/07/2021 | Republic Services | (6,687.82) |
| Check | 516 | 09/07/2021 | Roberto Hernandez | (1,100.00) |
| Check | 557 | 09/07/2021 | Jimmy Patterson | (1,135.00) |
| Check | 563 | 09/07/2021 | Roberto Hernandez | (550.00) |
| Check | 995042 | 09/07/2021 | Peoples Gas | (5,597.00) |
| Check | 995043 | 09/07/2021 | Republic Services | (3,455.00) |
| Check | 562 | 09/08/2021 | German Leyte | (10,500.00) |
| Check | Debit | 09/13/2021 | AM Trust | (997.00) |
| Check | Debit | 09/13/2021 | Smith Glass Co. | (410.00) |
| Check | Debit | 09/14/2021 | Express Premium Finance | (9,528.90) |
| Check | 564 | 09/20/2021 | Brent Watson | (2,364.00) |
| Check | 565 | 09/20/2021 | Rich Jedrzekzak | (2,364.00) |
| Check | 566 | 09/20/2021 | Jimmy Patterson | (1,135.00) |
| Check | 567 | 09/20/2021 | Cyris Watson | (1,135.00) |
| Check | Debit | 09/22/2021 | Harland Clarke | (44.43) |
| Check | Debit | 09/23/2021 | Peoples Gas | (7,725.82) |
| Check | Debit | 09/24/2021 | Diane L. Todd | (14.12) |
| Check | Debit | 09/27/2021 | Comcast Cable | (206.18) |
| Check | Debit | 09/30/2021 | Burling Bank | (63.06) |
| | | | | **(86,784.85)** |

| Unit Owner | Unit # | Open Balance |
|---|---|---|
| Wilson Residence | A-1001 | 13,446.79 |
| Rangel Residence (1002) | A-1002 | -1.00 |
| McMath Residence | A-1003 | 4,017.18 |
| Lawande Residence (1004) | A-1004 | 1,110.35 |
| Banks Residence | A-1005 | 39.60 |
| Barajas Residence (1007) | A-1007 | 53.75 |
| Dulay Residence | A-1008 | 75.21 |
| Castillo Residence | A-1009 | -0.55 |
| Wagner Residence (1010) | A-1010 | 361.46 |
| Gonzalez Residence | A-1101 | 708.10 |
| Z Financial IL g prop | A-1102 | 1,836.88 |
| Wojas Residence (1104) | A-1104 | 368.05 |
| Thornwood Residence | A-1106 | 821.59 |
| Lawande Residence (1107) | A-1107 | 1,389.64 |
| Bolden Residence (1108) | A-1108 | 619.82 |
| Maya Residence (1109) | A-1109 P20 | 414.70 |
| Navarro Residence | A-1201 | 1,445.52 |
| Ogunsanya Residence (1202) | A-1202 | -729.45 |
| Green Residence (1203) | A-1203 | 321.64 |
| Jandura Residence (1204) | A-1204 | 303.45 |
| Brownlee Residence | A-1205 | 432.77 |
| Thomas Residence (1206) | A-1206 | 61,785.24 |
| Williams Residence | A-1207 P28 | 10,069.50 |
| Moore Residence | A-1208 | 60,146.40 |
| Chavez Residence (1301) | A-1301 | 2,795.59 |
| Nuru Residence | A-1302 | 12,212.72 |
| Lehne Residence | A-1303 | 65.98 |
| Powell Residence | A-1304 | 162.05 |
| Appling Residence | A-1305 P32 | 406.85 |
| DeSendadiano Residence (1306) | A-1306 | 21,681.80 |
| McKoy Residence | A-1308 | 309.91 |
| Hannon Residence | A-1310 | 368.04 |
| Vanhook Holley Residence | A-1401 | 433.57 |
| PTAK Residence | A-1403 | 8.00 |
| Fierro Residence | A-1404 | 296.90 |
| Aguais Residence | A-1405 | 207.81 |
| Alamajr Residence | A-1406 | 407.74 |
| Rocha Residence (1407) | A-1407 | 500.21 |
| Fierro Residence (1408) | A-1408 | 309.73 |
| Lukasiewicz Residence | A-1409 | 50,921.91 |
| Wojas Residence (1410) | A-1410 | 446.39 |
| Howard Residence (1501) | A-1501 | 88.34 |
| O'Donnell Residence | A-1502 P21 | 346.16 |
| Griffin Residence (1503) | A-1503 | 444.00 |
| Wagner Residence (A-1504) | A-1504 | 303.45 |

EXHIBIT E
SEPTEMBER OPERATING REPORT

| Unit Owner | Unit # | Open Balance |
|---|---|---|
| Rangel Residence | A-1507 | -63.56 |
| O'Neal Residence | A-1508 | -248.87 |
| Lucatero Residence (1509) | A-1509 | -48.50 |
| Obillo Residence | A-1510 | -54.64 |
| Halsted Taylor Real Estate | A-202 | 3,605.50 |
| Garcia Residence | A-203 | 330.90 |
| Sampson Residence (204) | A-204 | 300.00 |
| Sanchez Residence | A-205 | 47.36 |
| Hernandez Residence (206) | A-206 | 7,940.16 |
| Densmore Residence | A-207 | 3,470.05 |
| Gniadecki Residence | A-209 | 0.10 |
| Marchetti Residence | A-210 | 75.36 |
| Gordon Residence | A-301 | 7,730.62 |
| DeSendadiano Residence (302) | A-302 P36 | 18,114.97 |
| DeSendadiano Residence (303) | A-303 | 11,578.30 |
| Alam Residence | A-306 | 2,023.70 |
| Frutos Residence | A-307 | -5.94 |
| Tien T VO Residence | A-308 | -217.03 |
| Garcia Residence (309) | A-309 | 153.28 |
| Mailey Residence | A-310 | 31,031.16 |
| Wawozny Residence (401) | A-401 | -2.87 |
| Doleh Residence (402) | A-402 | 11,872.14 |
| Russell Residence | A-403 | 79.50 |
| Farkas Residence | A-404 | 50.00 |
| Wofford Residence | A-405 P38 | -13.21 |
| Sweet Home Residence | A-406 | 1,975.97 |
| Woods Residence | A-407 | 155.29 |
| Dulay Residence (408) | A-408 | 780.76 |
| Watkins Residence | A-409 | 1,387.96 |
| Judeh Residence | A-501 P18 | 165.84 |
| Gillette Residence | A-502 | -890.98 |
| Rojas-Galvez Residence | A-503 | 188.97 |
| Fairfield Buildings LLC | A-506 | 190.38 |
| Mosio Residence | A-507 | 10.96 |
| RNM Future Residence (507) | A-507 | 710.24 |
| Burnett Residence (508) | A-508 | 5,592.23 |
| US Bank Trust, N.A. | A-509 | 10,673.18 |
| Murphy Residence | A-510 | 2,913.50 |
| Farrow Residence | A-601 | -996.72 |
| Mireles Residence | A-603 | 1,052.65 |
| Rusak Residence | A-604 | 1,900.00 |
| Han Residence (605) | A-605 | 361.46 |
| Vaughn Residence | A-606 | 435.57 |
| Wasfi Residence | A-607 | 1,010.35 |
| McKoy Residence (608) | A-608 | 303.45 |
| Wagner Residence (610) | A-610 | 361.46 |

| Unit Owner | Unit # | Open Balance |
|---|---|---|
| Rodea Residence (701) | A-701 | 364.26 |
| Amgun Investments | A-702 | 22,565.47 |
| Golden Residence | A-703 | 397.46 |
| Kyselica Residence | A-704 | -33.74 |
| Lawande Residence (706) | A-706 | 1,699.68 |
| Dulu Residence (707) | A-707 | 4,005.39 |
| Andrade Residence | A-708 | -14.60 |
| Wojcikowski Residence | A-709 | 606.90 |
| Spatharakis Residence | A-710 P31 | 39.60 |
| Nikolov Residence (802) | A-802 | 64.60 |
| Chavez Residence | A-804 | 44.84 |
| Ford City Residence | A-806 | 1,300.00 |
| Nikolov Residence (809) | A-809 | 64.60 |
| Lucatero Residence (810) | A-810 | -79.14 |
| Home for Veterans Co (902) | A-902 | 3,781.34 |
| Dziedzic Residence | A-903 | 0.10 |
| Guros Residence | A-904 | 49.80 |
| Ford City Residence (905) | A-905 | 14,185.49 |
| Morawa Residence | A-908 P17 | 7,608.84 |
| Wagner Residence (101) | B1-101 | 387.42 |
| Castille Residence (102) | B1-102 | 13.20 |
| Bolden Residence | B1-104 | 774.84 |
| Diaz Cruz Residence | B1-105 | 873.56 |
| Cruz Residence | B1-202 | 353.36 |
| Devroe Residence (203) | B1-203 | -11.75 |
| Howard Residence (204) | B1-204 P27 | 491.89 |
| Sweeper Residence | B1-205 P14 | 11,484.12 |
| Holloway Residence | B1-206 | 51,911.16 |
| Hernandez Residence (301) | B1-301 | 33,092.82 |
| Moore Residence (303) | B1-303 | 415.36 |
| Oguachuba Residence | B1-304 | 2,590.44 |
| Swims Residence | B1-305 | 9,555.64 |
| Morales Residence | B1-306 | 1,522.40 |
| Stallworth Residence | B1-308 | 9,555.64 |
| Doleh Residence (401) | B1-401 P32 | 12,493.33 |
| Davis Residence | B1-402 | 2,127.59 |
| Omwanghe Residence | B1-404 | 6,010.12 |
| Aleman Residence | B1-405 P3 | 500.87 |
| Rzasa Residence | B1-406 P6 | 863.46 |
| Dudzic Residence | B1-407 | 343.36 |
| Jones Residence (408) | B1-408 P12 | 1,207.38 |
| Coleman Residence (501) | B1-501 | -63.08 |
| Angulo Residence | B1-502 | 5,772.73 |
| Lishman Residence | B1-503 | 2,229.52 |
| Prater Residence | B1-505 P13 | 420.77 |
| Fierro Residence (508) | B1-508 | 380.92 |

| Unit Owner | Unit # | Open Balance |
|---|---|---|
| Henry Residence (101) | B2-101 | 5,372.12 |
| Johnson/Ellis Residence | B2-102 | 5,589.82 |
| Ramey Residence (104) | B2-104 | -1.00 |
| Henry Residence (105) | B2-105 | 164.92 |
| Burnett Reidence (108) | B2-108 | 3,255.72 |
| Coleman Residence (201) | B2-201 | 380.96 |
| Mayfield Residence | B2-202 | 2,216.39 |
| Wojcik Residence | B2-203 | 2,229.52 |
| Tapia Residence | B2-204 P8 | 443.93 |
| Franklin Residence | B2-206 | 9,060.81 |
| Clark Residence | B2-207 | 66,007.47 |
| Munoz Residence | B2-208 | 68,790.64 |
| Home for Veterans Co (301) | B2-301 | 4,470.38 |
| Prado Residence | B2-302 | 0.96 |
| Boston Residence | B2-303 | 2,090.86 |
| Johnson Residence | B2-306 | 10,182.88 |
| Smith Residence | B2-307 | 13.13 |
| Lance Residence | B2-401 | -0.68 |
| Arellano Residence | B2-402 | 368.25 |
| Advanced Solutions Express LLC | B2-404 | 36.06 |
| IbrahIm Residence (405) | B2-405 | 602.10 |
| Skipper Residence | B2-406 | 2,676.71 |
| Oguachuba Residence (407) | B2-407 | 2,621.51 |
| Navarro Residence (503) | B2-503 | 188.07 |
| Leonard/Chmieleski Residence | B2-504 | 629.00 |
| Robinson Residence (508) | B2-508 | 366.88 |
| Kosteris Residence | C1-103 | 295.42 |
| Vasquez Residence (104) | C1-104 | 529.51 |
| Doleh Residence (105) | C1-105 | 15,751.70 |
| Lawande Residence (108) | C1-108 | 1,751.32 |
| Ponce Residence (201) | C1-201 | 5,417.18 |
| Padilla Residence | C1-202 | -12.92 |
| Roads to Righteousness Foundation Inc | C1-203 | 3,825.41 |
| Howard Residence (C-204) | C1-204 | 14,734.07 |
| Gaddis Residence | C1-206 | 34,973.65 |
| Watson Residence (207) | C1-207 | 456.65 |
| Hemmerich Residence | C1-301 | 1,297.42 |
| Mendoza Residence | C1-302 | 5,736.90 |
| Ruiz Residence | C1-303 | 53,650.36 |
| Marchetti Residence (304) | C1-304 | 112.38 |
| Wright Residence | C1-305 | 788.25 |
| Quaresma Residence | C1-306 | 316.97 |
| Ricks Residence | C1-308 | 53,932.38 |
| Dominguez Perez Residence | C1-401 | 558.46 |
| Padilla Residence (403) | C1-403 | 17.11 |
| Novogroder Condo Fund LTD (404) | C1-404 | 390.40 |

EXHIBIT E
SEPTEMBER OPERATING REPORT

| Unit Owner | Unit # | Open Balance |
|---|---|---|
| Javate Residence | C1-405 | 921.59 |
| Alharsha Residence | C1-408 | 382.61 |
| Novogroder Condo Fund LTD (501) | C1-501 | 342.80 |
| Iniquez Residence | C1-502 | 7,470.78 |
| Ofurum Residence | C1-503 | 316.11 |
| Perez Residence | C1-504 | 4,313.22 |
| Coleman Residence (505) | C1-505 | 49.90 |
| Jackson Residence | C1-506 | 1,049.11 |
| Pittman Residence | C1-507 | 48,217.37 |
| Fortineaux Residence | C1-508 | 14.60 |
| Bellido Residence (101) | C2-101 | -20.00 |
| Wojas Residence (103) | C2-103 | 191.41 |
| Lawande Residence (104) | C2-104 | 2,009.68 |
| Anderson Residence | C2-105 | 8,425.48 |
| Ayyad Residence (201) | C2-201 | 3,055.18 |
| Ayyad Residence (202) | C2-202 | 3,072.25 |
| Henrique Residence | C2-203 | 645.42 |
| Soliz Residence (204) | C2-204 | 360.86 |
| Khatatbeh Residence | C2-205 | 730.06 |
| Brennan Residence | C2-206 | 18,069.07 |
| Tristan Residence (207) | C2-207 | 468.04 |
| Odeh Residence (208) | C2-208 | 4,591.87 |
| Davis Residence (301) | C2-301 | 916.92 |
| Janduira Residence | C2-302 | 368.04 |
| Hall Residence | C2-303 | -0.16 |
| IbrahIm Residence | C2-304 | 3,630.70 |
| Desir Residence | C2-305 | -65.50 |
| Carrillo Residence (306) | C2-306 | 949.11 |
| Rivers Residence (307) | C2-307 | -0.96 |
| Ibrahim Residence (308) | C2-308 | 2,187.22 |
| Manzo Residence | C2-401 | 458.46 |
| Bowles Residence | C2-403 | 645.42 |
| Jones Residence (404) | C2-404 P22 | 100.74 |
| Botello Residence | C2-405 P7 | 122.66 |
| US Bank Trust | C2-406 | 1,099.11 |
| Divinity Properties LLC | C2-407 P25 | 643.55 |
| Waheed Residence | C2-408 | 46,102.48 |
| Barnes Residence | C2-501 | 916.92 |
| Hudson Residence | C2-502 | 4.04 |
| Carrillo Residence | C2-503 | 1,068.13 |
| Ibrahim Residence (504) | C2-504 | 1,499.94 |
| Todd Residence | C2-505 | -0.52 |
| Gaucin Residence | C2-506 | 22.98 |
| Shin Residence | C2-507 | 4,376.84 |
| Contreras Residence | C2-508 | 1,675.48 |
| Watson Residence (101) | D1-101 | 0.26 |

| Unit Owner | Unit # | Open Balance |
|---|---|---|
| Reyes Residence | D1-102 | 393.74 |
| Martinez Residence (103) | D1-103 | 1,156.93 |
| Alston Residence | D1-104 | 4,552.59 |
| Rodriguez Residence | D1-105 | 1,521.92 |
| Bil Residence (106) | D1-106 | 443.93 |
| Rufus Residence | D1-107 | -4.00 |
| Wan Ke Properties Corp | D1-108 P29 | 981.28 |
| Slattery Residence | D1-201 P15 | -8.00 |
| Urbina Residence (202) | D1-202 | 937.76 |
| Bil Residence (203) | D1-203 | 393.93 |
| Ayyad Residence (204) | D1-204 | 4,182.16 |
| Bil Residence (205) | D1-205 | 484.30 |
| Rodriguez Garcia Residence | D1-206 | 1,231.61 |
| Myrie Residence | D1-207 | 393.87 |
| Green Residence (102) | D2-102 | 260.57 |
| Rayside Residence | D2-103 | 393.87 |
| McGraw Residence | D2-105 | 515.28 |
| Hernandez Residence (106) | D2-106 | 8,495.93 |
| Seabrooks Residence | D2-107 | 787.74 |
| Tucker Residence | D2-108 | 1,492.73 |
| Mendez Residence (201) | D2-201 | 2,087.20 |
| Mason Residence | D2-202 | 20,003.10 |
| Bil Residence (D-203) | D2-203 | 393.87 |
| Daly Residence | D2-206 | 77.50 |
| Walker Residence | D2-208 | 484.20 |
| | | 1,195,066.06 |

# Ford City Condo Assoc DIP – XX6888

## Search transactions

**Activity:** Date range; **Start date:** Sep 01, 2021; **End date:** Sep 30, 2021; **Type:** All

# Transactions

⏳ Pending    ● Posted                    Total debits: -86,784.85 (29)    Total credits: +89,646.13 (9)

| | Date ▾ | Description ⇕ | Debit ⇕ | Credit ⇕ | Balance |
|---|---|---|---|---|---|
| ● | Sep 30, 2021 | SERVICE CHARGE | 63.06 | | 178,607.95 |
| ● | Sep 27, 2021 | COMCAST ONLINE PMT CKF341288610POS | 206.18 | | 178,671.01 |
| ● | Sep 27, 2021 | DEPOSIT | | 5,837.96 | 178,877.19 |
| ● | Sep 24, 2021 | DIANE L. TODD ONLINE PMT CKF341288610POS | 14.12 | | 173,039.23 |
| ● | Sep 23, 2021 | PEOPLES GAS ONLINE PMT CKF341288610POS | 7,725.82 | | 173,053.35 |
| ● | Sep 22, 2021 | HARLAND CLARKE CHK ORDERS 1U3QXXXXX3052C1 | 44.43 | | 180,779.17 |
| ● | Sep 21, 2021 | CHECK 565 | 2,364.00 | | 180,823.60 |
| ● | Sep 21, 2021 | CHECK 567 | 1,135.00 | | 183,187.60 |
| ● | Sep 21, 2021 | DEPOSIT | | 1,718.33 | 184,322.60 |
| ● | Sep 21, 2021 | DEPOSIT | | 1,183.00 | 182,604.27 |
| ● | Sep 20, 2021 | CHECK 564 | 2,364.00 | | 181,421.27 |
| ● | Sep 20, 2021 | CHECK 566 | 1,135.00 | | 183,785.27 |
| ● | Sep 15, 2021 | DEPOSIT | | 13,391.99 | 184,920.27 |
| ● | Sep 14, 2021 | EXPRESS PREMIUM LOAN PMT 8057623 | 9,528.90 | | 171,528.28 |
| ● | Sep 13, 2021 | AMTRUST NA PAYMENT 33346491 | 974.00 | | 181,057.18 |
| ● | Sep 13, 2021 | AMTRUST NA PAYMENT 33346490 | 23.00 | | 182,031.18 |
| ● | Sep 13, 2021 | XX1793 CHK PURCH SIG SMITH GLASS CO CHICAGO IL 02921230 125300023 | 410.00 | | 182,054.18 |
| ● | Sep 10, 2021 | DEPOSIT | | 28,321.50 | 182,464.18 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| Sep 10, 2021 | DEPOSIT | | 7,851.54 | 154,142.68 |
| Sep 10, 2021 | DEPOSIT | | 750.00 | 146,291.14 |
| Sep 10, 2021 | DEPOSIT | | 677.95 | 145,541.14 |
| Sep 08, 2021 | CHECK 562 | 10,500.00 | | 144,863.19 |
| Sep 07, 2021 | CHECK 995042 | 5,597.00 | | 155,363.19 |
| Sep 07, 2021 | CHECK 995043 | 3,455.00 | | 160,960.19 |
| Sep 07, 2021 | CHECK 557 | 1,135.00 | | 164,415.19 |
| Sep 07, 2021 | CHECK 516 | 1,100.00 | | 165,550.19 |
| Sep 07, 2021 | CHECK 563 | 550.00 | | 166,650.19 |
| Sep 07, 2021 | REPUBLICSERVICES RSIBILLPAY 307101101350 | 6,687.82 | | 167,200.19 |
| Sep 07, 2021 | DEPOSIT | | 29,913.86 | 173,888.01 |
| Sep 03, 2021 | CHECK 561 | 24,000.00 | | 143,974.15 |
| Sep 03, 2021 | CHECK 560 | 2,364.00 | | 167,974.15 |
| Sep 03, 2021 | CHECK 559 | 2,364.00 | | 170,338.15 |
| Sep 03, 2021 | CHECK 556 | 1,275.00 | | 172,702.15 |
| Sep 03, 2021 | XX1793 CHK REC PAYMENT SIMPLISAFE 888-957-4675 MA 12345678 124600021 | 24.99 | | 173,977.15 |
| Sep 02, 2021 | CHECK 558 | 1,135.00 | | 174,002.14 |
| Sep 02, 2021 | XX1793 CHK PURCH SIG AMAZON.COM SEATTLE WA 00000000 124400008 | 41.84 | | 175,137.14 |
| Sep 01, 2021 | XX1793 CHK PURCH SIG THE HOME DEPOT BEDFORD PARK IL 05977909 00804398 | 537.69 | | 175,178.98 |
| Sep 01, 2021 | XX1793 CHK PURCH SIG KEYWAY LOCK & S 773-767-5397 IL 12345678 124300023 | 30.00 | | 175,716.67 |

**6:58 PM**

**11/01/21**

# FORD CITY CONDOMINIUM ASSOCIATION
# Reconciliation Detail
### Burling Bank, Period Ending 09/30/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 175,746.67 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 29 items** | | | | | | |
| Check | 09/01/2021 | Debit | The Home Depot | X | -537.69 | -537.69 |
| Check | 09/01/2021 | Debit | Keyway Lock | X | -30.00 | -567.69 |
| Check | 09/02/2021 | 558 | Cyris Watson | X | -1,135.00 | -1,702.69 |
| Check | 09/02/2021 | Debit | Amazon | X | -41.84 | -1,744.53 |
| Check | 09/03/2021 | 561 | German Leyte | X | -24,000.00 | -25,744.53 |
| Check | 09/03/2021 | 559 | Rich Jedrzekzak | X | -2,364.00 | -28,108.53 |
| Check | 09/03/2021 | 560 | Brent Watson | X | -2,364.00 | -30,472.53 |
| Check | 09/03/2021 | 556 | Mitchell Abrons | X | -1,275.00 | -31,747.53 |
| Check | 09/03/2021 | Debit | Simplisafe | X | -24.99 | -31,772.52 |
| Check | 09/07/2021 | Debit | Republic Services | X | -6,687.82 | -38,460.34 |
| Check | 09/07/2021 | 995042 | Peoples Gas | X | -5,597.00 | -44,057.34 |
| Check | 09/07/2021 | 995043 | Republic Services | X | -3,455.00 | -47,512.34 |
| Check | 09/07/2021 | 557 | Jimmy Patterson | X | -1,135.00 | -48,647.34 |
| Check | 09/07/2021 | 516 | Roberto Hernandez | X | -1,100.00 | -49,747.34 |
| Check | 09/07/2021 | 563 | Roberto Hernandez | X | -550.00 | -50,297.34 |
| Check | 09/08/2021 | 562 | German Leyte | X | -10,500.00 | -60,797.34 |
| Check | 09/13/2021 | Debit | AM Trust | X | -997.00 | -61,794.34 |
| Check | 09/13/2021 | Debit | Smith Glass Co. | X | -410.00 | -62,204.34 |
| Bill Pmt -Check | 09/14/2021 | Debit | Express Premium... | X | -9,528.90 | -71,733.24 |
| Check | 09/20/2021 | 564 | Brent Watson | X | -2,364.00 | -74,097.24 |
| Check | 09/20/2021 | 565 | Rich Jedrzekzak | X | -2,364.00 | -76,461.24 |
| Check | 09/20/2021 | 567 | Cyris Watson | X | -1,135.00 | -77,596.24 |
| Check | 09/20/2021 | 566 | Jimmy Patterson | X | -1,135.00 | -78,731.24 |
| Check | 09/22/2021 | Debit | Harland Clarke | X | -44.43 | -78,775.67 |
| Check | 09/23/2021 | Debit | Peoples Gas | X | -7,725.82 | -86,501.49 |
| Check | 09/24/2021 | Debit | Diane L. Todd | X | -14.12 | -86,515.61 |
| Check | 09/27/2021 | Debit | Comcast Cable | X | -206.18 | -86,721.79 |
| | | | | X | | |
| Check | 09/30/2021 | Debit | Burling Bank | | -63.06 | -86,784.85 |
| Total Checks and Payments | | | | | -86,784.85 | -86,784.85 |
| **Deposits and Credits - 25 items** | | | | | | |
| Deposit | 08/23/2021 | | | X | 225.00 | 225.00 |
| Deposit | 08/23/2021 | | | X | 4,244.42 | 4,469.42 |
| Deposit | 08/24/2021 | | | X | 80.00 | 4,549.42 |
| Deposit | 08/25/2021 | | | X | 75.00 | 4,624.42 |
| Deposit | 08/25/2021 | | | X | 200.00 | 4,824.42 |
| Deposit | 08/26/2021 | | | X | 75.00 | 4,899.42 |
| Deposit | 08/26/2021 | | | X | 2,472.87 | 7,372.29 |
| Deposit | 08/31/2021 | | | X | 1,275.00 | 8,647.29 |
| Deposit | 08/31/2021 | | | X | 5,481.33 | 14,128.62 |
| Deposit | 09/01/2021 | | | X | 345.00 | 14,473.62 |
| Deposit | 09/01/2021 | | | X | 5,248.82 | 19,722.44 |
| Deposit | 09/03/2021 | | | X | 1,200.00 | 20,922.44 |
| Deposit | 09/03/2021 | | | X | 9,859.76 | 30,782.20 |
| Deposit | 09/07/2021 | | | X | 1,350.00 | 32,132.20 |
| Deposit | 09/07/2021 | | | X | 14,479.98 | 46,612.18 |
| Deposit | 09/08/2021 | | | X | 675.00 | 47,287.18 |
| Deposit | 09/08/2021 | | | X | 11,207.39 | 58,494.57 |
| Deposit | 09/09/2021 | | | X | 393.87 | 58,888.44 |
| Deposit | 09/09/2021 | | | X | 750.00 | 59,638.44 |
| Deposit | 09/09/2021 | | | X | 7,456.67 | 67,095.11 |
| Deposit | 09/10/2021 | | | X | 677.95 | 67,773.06 |
| Deposit | 09/15/2021 | | | X | 13,391.99 | 81,165.05 |
| Deposit | 09/21/2021 | | | X | 1,183.00 | 82,348.05 |
| General Journal | 09/30/2021 | 10 | | X | -258.21 | 82,089.84 |

**6:58 PM**

**11/01/21**

# FORD CITY CONDOMINIUM ASSOCIATION
# Reconciliation Detail
### Burling Bank, Period Ending 09/30/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Deposit | 09/21/2021 | | | X | 1,718.33 | 83,808.17 |
| Deposit | 09/27/2021 | | | X | 5,837.96 | 89,646.13 |
| ** Total Deposits and Credits | | | | | 89,646.13 | 89,646.13 |
| Total Cleared Transactions | | | | | 2,861.28 | 2,861.28 |
| Cleared Balance | | | | | 2,861.28 | 178,607.95 |
| Register Balance as of 09/30/2021 | | | | | 2,861.28 | 178,607.95 |
| **Ending Balance** | | | | | **2,861.28** | **178,607.95** |

**Line 20 differs from Total Deposit and Credits due to deposits in transit from August of 14,128.62 this amount
is included in beginning balance.