UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                          )              BK No.:   21-05193
Ford City Condominium Association,              )
                                                )
                                                )              Chapter:  11
                                                )              Honorable Carol A. Doyle
                                                )
                                                )
            Debtor(s)                           )

### ORDER GRANTING FIRST INTERIM FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

THIS MATTER COMING ON TO BE HEARD before the Court on the First Interim Fee Application for Allowance and Payment of Compensation  and Reimbursement of Expenses of Subchapter V Trustee requesting allowance and payment of compensation for the period of April 11, 2021 through December 17, 2021 (the "Application Period"), William B. Avellone:

IT IS HEREBY ORDERED:
1. The Application is granted.

2. William B. Avellone, Trustee, and his firm Chartered Management Company, Inc., is allowed payment of $39,998.76 consisting of fees in the amount of $39,875.00 and expenses in the amount of $123.76 for the Application Period.  The Debtor's estate is authorized to pay this amount.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  January 20, 2022

**Prepared by:**

William B. Avellone
Subchapter V Trustee
Chartered Management Company, Inc.
10 S. Riverside Plaza, Suite 875
Chicago, Illinois 60606
312-273-4004
Bill.avellone@charteredmgt.com