UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                         )        BK No.:    21-05193
Ford City Condominium Association,             )
                                               )
                                               )        Chapter:  11
                                               )        Honorable Carol A. Doyle
                                               )
                                               )
            Debtor(s)                          )

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF FREEBORN & PETERS LLP
AS COUNSEL TO THE SUBCHAPTER V TRUATEE**

THIS MATTER COMING ON TO BE HEARD before the Court on the First Interim Fee Application of Freeborn & Peters LLP as Counsel to the Subchapter V Trustee (the "Application") requesting allowance and payment of compensation for the period of September 1, 2021 through November 30, 2021 (the "Fee Application Period"):

IT IS HEREBY ORDERED the application is granted as follows:

1.    Freeborn & Peters LLP, is allowed interim compensation in the amount of $72,597.50 for the Fee Application Period as chapter 11 administrative expenses of the estate of Ford City Condominium Association (the "Debtor") pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code.

2.    Freeborn & Peters LLP, is allowed interim reimbursement of expenses in the amount of $810.62 for the Fee Application Period as chapter 11 administrative expenses of the Debtor's estate.

3.    The trustee is authorized to pay Freeborn & Peters LLP the sum of $73,408.12, representing all allowed unpaid amounts due and owing to Freeborn on account of the Application.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  February 03, 2022

**Prepared by:**

Elizabeth L. Janczak
Freeborn & Peters LLP
311 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606
312-360-6000
ejanczak@freeborn.com