UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   21-05193 |
| Ford City Condominium Association, | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING THE FIRST INTERIM FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR MITCHELL ABRONS**

This matter coming before the Court on the First Interim Fee Application (the "Application") for allowance of compensation for services rendered August 1, 2021 through December 21, 2021 filed by William B. Avellone, sub-chapter V trustee (the "Trustee");

IT IS HEREBY ORDERED:

The Application is granted as follows:

Mitchell Abrons is allowed, on an interim basis, fees in the amount of $4,010.00 for services rendered for the period from August 1, 2021 through December 21, 2021 in connection with the above-captioned case, which the Trustee is authorized to pay.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  February 17, 2022

**Prepared by:**

Elizabeth L. Janczak
Freeborn & Peters LLP
311 S. Wacker Dr. Suite 3000
Chicago, IL 60606