UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 21-05193 |
| FORD CITY CONDOMINIUM ASSOCIATION | ) ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING APPLICATION TO EMPLOY FARBMAN GROUP OF CHICAGO, LLC AS PROPERTY MANAGER

This matter coming before the Court upon the application (the "Application") of William B. Avellone (the "Trustee"), as subchapter V trustee of the estate of Ford City Condominium Association (the "Debtor"), to employ Farbman Group of Chicago, LLC, LLC ("Farbman") as property manager for the Trustee, pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014,

IT IS ORDERED THAT the application is granted as follows:

1. Pursuant to sections 327 and 328 of the Bankruptcy Code, the Trustee is authorized to employ Farbman as property manager effective March 2, 2022 to perform the services set forth in the Application and the Management Agreement.

2. Farbman will be compensated based on the monthly management fee arrangement set forth in the Management Agreement. The Trustee is authorized to pay Farbman its monthly management fee and reimbursement of expenses as provided in the Management Agreement without a fee application or further order of the Court. Farbman must file a fee application for payment of any fees for additional services contemplated in the Management Agreement, which are not included in the monthly fee arrangement.

Enter:

*/s/ Carol A. Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: March 10, 2022

**Prepared by:**

Shelly A. DeRousse
Freeborn & Peters LLP
311 South Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone: 312.360.6000
E-mail: sderousse@freeborn.com