UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   21-05193 |
| FORD CITY CONDOMINIUM | ) | |
| ASSOCIATION | ) | Chapter:  11 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING APPLICATION TO EMPLOY ADAM TOOSLEY OF HIRZEL LAW,
PLC
AS SPECIAL COUNSEL**

This matter coming before the Court upon the application (the "Application") of William B. Avellone (the "Trustee"), as subchapter V trustee of the estate of Ford City Condominium Association (the "Debtor"), to employ Adam C. Toosley and the law firm of Hirzel Law, PLC ("Hirzel") as counsel for the Trustee, under to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code"),

IT IS ORDERED the application is granted as follows:

A.  Pursuant to sections 327 and 328 of the Bankruptcy Code, the Trustee is authorized to employ Hirzel as counsel to perform the services set forth in the Application and the engagement agreement in place between Hirzel and the Debtor;

B.  Hirzel will be compensated on a flat fee schedule incurred in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code.

C.  Hirzel will be compensated on an hourly basis for services outside the scope of the flat fee schedule in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code.

D.  Hirzel must seek approval of payment of all compensation in accordance with all applicable provisions of the Bankruptcy Code.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  May 12, 2022

**Prepared by:**

Shelly A. DeRousse
Freeborn & Peters LLP
311 South Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone:  312.360.6000
E-mail:  sderousse@freeborn.com