**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | (Subchapter V) |
| Ford City Condominium Association, | ) | |
| | ) | Case No. 21-05193 |
| Debtor. | ) | |
| | ) | Honorable Judge Carol A. Doyle |

**TRUSTEE'S STATEMENT OF FEES IN CONNECTION WITH THE**
**MOTION TO COMPEL AND THE MOTION FOR RULE TO SHOW CAUSE**

William Avellone (the "Trustee"), not individually but solely as subchapter V trustee of the Ford City Condominium Association (the "Debtor"), by and through his undersigned counsel, hereby submits this statement (the "Statement") pursuant to this Court's *Order Granting Motion to Show Cause* (the "Order") (ECF No. 218). In support of this Statement, the Trustee states as follows:

1.  On August 11, 2022, the Court entered the Order directing the Trustee to serve a statement of fees and costs incurred in connection with the *Trustee's Motion for Entry of an Order Compelling Defendant to Produce Responsive Documents* (the "Motion to Compel") (21-ap-183, ECF No. 42) and *the Trustee's Motion for Rule to Show Cause Why the Property Law Group, LLC Should Not be Held in Contempt for Failure to Comply with the Court's Order Dated July 21, 2022* (the "Motion for Rule to Show Cause"). (ECF No. 215).

2.  The Trustee's counsel, Freeborn & Peters LLP, incurred fees totaling $2,924.00 in connection with preparing the Motion to Compel and the Motion for Rule to Show Cause, as evidenced by the Declaration of Elizabeth L. Janczak attached hereto as Exhibit 1.

3. The Trustee submits that these fees are allowable and reasonable under Federal Rule 37(b)(2)(C) because they relate only to time Freeborn & Peters LLP spent in connection with the Property Law Group's failure to comply with discovery requests and orders of this Court.

4. Accordingly, the Trustee requests reimbursement of fees in the total amount of $2,924.00 which represents the total fees incurred.

Dated: August 18, 2022

**WILLIAM AVELLONE, SUBCHAPTER V TRUSTEE OF THE FORD CITY CONDOMINIUM ASSOCIATION**

By:  /s/ Elizabeth L. Janczak
       One of His Attorneys

Shelly A. DeRousse, Esq.
Elizabeth L. Janczak, Esq.
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone:  312.360.6000
Facsimile:  312.360.6520
sderousse@freeborn.com
ejanczak@freeborn.com

*Counsel for the Trustee*

# CERTIFICATE OF SERVICE

  I, Elizabeth L. Janczak, an attorney, hereby certify that on August 18, 2022, I caused a true and correct copy of the foregoing *Trustee's Statement of Fees in Connection with the Motion to Compel and the Motion for Rule to Show Cause*, to be filed electronically with the Court and served upon the following parties by the manners listed.

                  /s/ Elizabeth L. Janczak

**CM/ECF Service List**

| | |
|---|---|
| William B. Avellone | bill.avellone@charteredmgt.com |
| Peter C Bastianen | bkpleadingsNORTHERN@il.cslegal.com |
| Matthew R Bowman | rbowman@lgattorneys.com |
| Scott R Clar | sclar@cranesimon.com, mjoberhausen@cranesimon.com; asimon@cranesimon.com |
| Jacob Comrov | jcomrov@cranesimon.com, jdcomrov@gmail.com |
| John J Conway | johnconway@shlawfirm.com |
| Jeffrey L. Gansberg | jeffrey.l.gansberg@usdoj.gov |
| Charles A King | chuck.king@cityofchicago.org |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Ebony Lucas | attorney@creditpeaceofmind.com; elucas@plgesq.com |
| Phyllis Y Price | pprice@pricelawofc.com |
| Peter A Siddiqui | peter.siddiqui@katten.com, ecfdocket@kattenlaw.com |
| Shanita Q Straw | sstraw@goldenlawpc.com, G5700@notify.cincompass.com |

**U.S. Mail Service List**

The Property Law Group, LLC
c/o Ebony Lucas, Registered Agent
641 E. Pershing Road, Unit E
Chicago, IL 60653