UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  21-05193 |
| Ford City Condominium Association | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER DENYING MOTION FOR RELIEF FROM STAY

This matter coming on the motion of certain unit owners (specifically, Joanna Stallworth, Thelma Swims, and LeEthel Franklin, the "Unit Owners") for relief from the automatic stay, under 11 U.S.C. Sec. 362(d):

IT IS HEREBY ORDERED:

The Unit Owners' motion is denied without prejudice as the parties try to reach a consensual resolution of the issues in this case.

Enter:

*/s/ Carol A. Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  January 26, 2023

**Prepared by:**

Phyllis Y. Price
Law Office of Phyllis Price
30 N. Michigan Ave., Suite 1310
Chicago, IL  60602
(312) 379-0044
Attorney Reg. No. 6198953
pprice@pricelawofc.com