# EXHIBIT

# 6



Doc#: 1424112065 Fee: $42.00
Karen A. Yarbrough
Cook County Recorder of Deeds
Date: 08/29/2014 02:44 PM Pg: 1 of 3

*Duplicate Original*

*This space reserved for the Recorder of Deeds*

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT-FIRST DISTRICT

| | |
|---|---|
| THE CITY OF CHICAGO, a municipal corporation, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>FORD CITY CONDOMINIUM ASSOCIATION *et al.*, )<br>Defendant(s). ) | No: 11 M1 401304<br><br>Re: 4300 W. Ford City Drive, Chicago, IL<br><br>Courtroom 1107, Richard J. Daley Center |

## AGREED ORDER OF INJUNCTION WITH SETTLEMENT

This cause coming to be heard on the set call, the Court having jurisdiction over the subject matter and being advised in the premises,

THIS COURT FINDS:

1. Defendant(s), Ford City Condominium Association, and the City of Chicago ("City") have reached agreement as to the resolution of this case, stipulate to the following facts and agree to entry of the order(s) set forth below.

2. The premises contain, and at all times relevant to this case contained, the violations of the Chicago Municipal Code set forth in City's Complaint. Defendant(s) has/have a right to contest these facts, but knowingly and voluntarily stipulate(s) to said facts and waive(s) the right to trial, including the right to a jury trial, if any, as to each, any and all of the stipulated facts.

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

1. Defendant(s) Ford City Condominium Association agrees to pay $ 2,500.00 to the City of Chicago on or before 12/31/14. Said payment is made in full settlement of Count I of the Complaint. If payment is mailed it must be postmarked on or before the above date and sent ATTN: Kimberly White, 30 N. LaSalle St., Suite 700, Chicago, IL 60602.

2. Defendant(s) Ford City Condominium Association, and his/her/its/their heirs, legatees, successors, and assigns shall:

    [ ] not rent, use, lease, or occupy the subject premises and shall keep the same vacant and secure until further order of court.

    [X] bring the subject premises into full compliance with the Municipal Code of the City of Chicago or sell the subject premises by 10/31/18, <u>unless otherwise agreed to by the parties in writing</u>.

    [ ] keep the subject property in compliance with the vacant building requirements in the Municipal Code (sections 13-12-125 through 13-12-150), including the requirements that the property be insured and registered with the City (information and forms at *www.cityofchicago.org/buildings*) and keep the exterior of the premises clean and free of debris and weeds.

    [ ] notify the City and the Court of any sale, transfer, or change of ownership by way of motion duly filed with the Court, with notice given to the City, within 30 days of such sale or transfer.

    [X] The Ford City Condominium Association shall provide the Building Department (c/o Inspector Aparicio) with quarterly written reports as to the status of the repairs, until all work is completed.

Pink Copy for Defendant(s) *(photocopy if required)*    Yellow Copy for City of Chicago Department of Law    White Original for Court Records

4/10

3. Defendant(s) shall schedule, permit, and be present for an exterior and interior inspection of the subject premises with the Department of Buildings to allow City to verify compliance with the terms of this Agreed Order.

   Defendant shall call Inspector Aparicio at (312) 743-3511 to schedule this inspection by 10/31/2018.

4. The premises shall not be in full compliance unless Defendant(s) or owner(s) has/have obtained all necessary permits for work done at the premises. The provisions of this agreement shall be binding on Defendant(s), partners, managing partners, and all successors, heirs, legatees, and assigns of the Defendant(s). DEFENDANT(S) IS/ARE FULLY RESPONSIBLE FOR FULFILLING ALL REQUIREMENTS UNDER THIS AGREED ORDER, REGARDLESS OF OWNERSHIP OF PREMISES.

## Penalties

5. Should Defendant(s) fail to comply with any provision of this Agreed Order, City may petition the Court to enforce this Agreed Order. Defendant(s) shall be subject to the following specified penalties for failure to comply as determined by this Court. This list is not exclusive, and the Court may order other appropriate remedies upon petition by City, including the appointment of a receiver to make repairs and/or reinstatement of the case.

   (a) Default Fines

   [X] Defendant(s) shall follow the compliance schedule set forth above and shall be subject to fines of $500.00 per day for each violation of the Municipal Code of Chicago that exists past the due date provided herein or as otherwise <u>agreed to by the parties in writing</u>. Such fines shall be calculated from the first day Defendant(s) violate(s) the compliance schedule, and shall continue to run until Defendant(s) bring(s) the violation(s) into compliance.

   [ ] Further, if the premises are found not to be secured (as required by the Municipal Code of Chicago) after entry of this Agreed Order, Defendant(s) shall be subject to a lump-sum default fine in the amount of $5,000.00.

   (b) Contempt of Court

   (i) <u>Civil Contempt</u>  If upon petition by City, the Court finds that Defendant(s) has/have failed to comply with this Agreed Order, Defendant(s) shall be subject to fines and/or incarceration for indirect civil contempt until Defendant(s) purge(s) the contempt by complying with the Agreed Order.

   (ii) <u>Criminal Contempt</u>  If upon petition by City for indirect criminal contempt, Defendant(s) is/are found beyond a reasonable doubt to have willfully refused to comply with the Court's order, Defendant(s) will be subject to a fine and/or incarceration. Such fine or period of incarceration shall not be affected by subsequent compliance with the Agreed Order.

## Proceedings on Request for Relief

6. If City files a motion or petition pursuant to paragraph 5, Defendant(s) waive(s) the right to a trial or hearing as to all issues of law and fact, except whether or not Defendant(s) has/have violated the provisions of this Agreed Order, whether or not said violation(s) constitute(s) civil or criminal contempt, and whether or not the requested relief is appropriate and/or feasible.

7. The court reserves jurisdiction of this matter for the purposes of modification, enforcement, or termination of this Agreed Order, including the adjudication of proceedings for contempt or default fines, which could result in the imposition of a fine and/or incarceration against Defendant(s), and reinstatement of City's Complaint.

8. This matter is hereby dismissed by agreement of the parties, without prejudice, subject to the agreement detailed above. This order is final and enforceable pursuant to Illinois Supreme Court Rule 304(a), the court finding no just cause or reason to delay its enforcement. All parties to this agreement waive their right to appeal this Agreed Order. *case off call*.

HEARING DATE: 8/13/14

**THE PARTIES HAVE READ AND AGREE TO ALL OF THE ABOVE TERMS AND CONDITIONS.**

By: _____
Attorney for Plaintiff
Corporation Counsel #90909
30 N. LaSalle, Room 700
Chicago, IL 60602    (312) 744-8791

Defendant: _____
By Counsel: _____
Phone: (630) 369-2700

Judge Laurette Higgins Wolfson
AUG 13 2014
Circuit Court 1930

Judge Higgins Wolfson    Courtroom 1107

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT - FIRST DISTRICT

**11M1  401304**

| | |
|---|---|
| CITY OF CHICAGO, a municipal corporation, Plaintiff | ) Case No. |
| V. | ) Amount claimed per day     6,000.00 |
| FORD CITY CONDOMINIUM ASSOCIATION | ) Address: |
| Unknown owners and non-record claimants Defendants | ) 4300 - 4300 W FORD CITY DR CHICAGO IL 60652- |

## COMPLAINT FOR EQUITABLE AND OTHER RELIEF

Plaintiff, City of Chicago, a municipal corporation, by Mara S. Georges, Corporate Counsel, by the undersigned Assistant(s) Corporation Counsel, complains of Defendants as follows:

### Count I

1. Within the corporate limits of said city there is a parcel of real estate legally described as follows:

19-27-401-038-0000

19-27-502-038-1001

PARCEL 1:
TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS IN FORD CITY CONDOMINIUM AS DELINEATED AND DEFINED IN THE DECLARATION RECORDED AS DOCUMENT NUMBER 24911808, IN NORTH 3/4 OF SECTION 27, TOWNSHIP 38 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.
PARCEL 2:
EASEMENTS FOR INGRESS AND EGRESS FOR THE BENEFIT OF PARCEL 1 AS SET FORTH AND DEFINED IN DOCUMENT NUMBER 24748418.

PARCEL 1: UNIT A/201 TOGETHER WITH IS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS IN FORD CITY CONDOMINIUM, AS DELINEATED AND DEFINED IN THE DECLARATION RECORDED AS DOCUMENT #24911808, IN NORTH 3/4 OF SECTION 27, TOWNSHIP 38 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Commonly known as

4300 - 4300 W FORD CITY DR CHICAGO IL 60652-

and that located thereon is a

15  Story(s) Building

140  Dwelling Units

1    Non-Residential Units