# EXHIBIT

# 7

Box space reserved for Recorder's Office only

Dup ors.

```
*1907241041*
Doc# 1907241041 Fee $40.00

EDWARD M. MOODY
COOK COUNTY RECORDER OF DEEDS
DATE: 03/13/2019 10:17 AM PG: 1 OF 2
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT–FIRST DISTRICT

THE CITY OF CHICAGO,
    a municipal corporation,

        Plaintiff,

v.

Ford City Condo Ass'n
        Defendant(s).

No: 11 M1 401304

Re: 4260 W. Ford City Drive

Courtroom 110 7, Daley Center

Agreed ORDER

THIS CAUSE COMING to be heard on the set call, the Court being fully advised in the premises and having heard evidence and testimony,

IT IS HEREBY ORDERED THAT:

1) Paragraph 2 of the consent decree entered on 4/13/2014 is modified by agreement to December 31, 2020; to have the work completed; extended &

2) Paragraph 3 of the consent decree entered on 4/13/2014 is extended and modified by agreement to be inspected by 1/31/2021;

3) All remaining provisions of the consent decree of 4/13/2014 are in full force and effect;

4) This matter is hereby off-call.

5) The hearing date of 8/24/2018 is stricken.

x _Rachel Nagrant_
HEARING DATE: Attorney for Ford City Condominium Ass'n

Judge Lisa A. Marino
AUG 15 2018
Circuit Court 2081

Judge _____ Room 110 7

Mara S. Georges; Corporation Counsel #90909
By: _____
City of Chicago Law Department
Building and Land Use Litigation Division
30 N. LaSalle, Room 700
Chicago, IL 60602    (312) 744-8791

1/2

IN THE CIRCUIT COURT OF COOK COUNTY
MUNICIPAL DEPARTMENT – FIRST DISTRICT

| | |
|---|---|
| THE CITY OF CHICAGO, a municipal corporation,<br>Plaintiff,<br><br>v.<br><br>FORD CITY CONDOMINIUM ASSOCIATION<br>UNKNOWN OWNERS and<br>NONRECORD CLAIMANTS,<br>Defendants. | **FILED** 1112<br>APR 11 2012<br>Case No. 11 M1 401304<br>DOROTHY BROWN<br>CLERK OF THE CIRCUIT COURT<br>OF COOK COUNTY, IL<br><br>Address: 4260-4350 W FORD CITY DR<br>CHICAGO IL 60652<br><br>Amount claimed per day: $8,000.00<br><br>Courtroom 1107 |

## FIRST AMENDED COMPLAINT
## FOR EQUITABLE AND OTHER RELIEF

Plaintiff, THE CITY OF CHICAGO, a municipal corporation, by and through Stephen R. Patton, Corporation Counsel, complains of the defendants as follows:

### COUNT I

1. Within the corporate limits of Chicago there is a parcel of real estate legally described as follows:

    PIN(s): 19-27-401-038-1001 THRU 19-27-401-038-1357

    ALL UNITS TOGETHER WITH THE UNDIVIDED PERCENTAGE INTEREST OF EACH IN THE COMMON ELEMENTS IN FORD CITY CONDOMINIUM AS DELINEATED AND DEFINED IN THE DECLARATION RECORDED AS DOCUMENT NUMBER 24911808, IN NORTH ¼ OF SECTION 27, TOWNSHIP 38 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY ILLINOIS.

    commonly known as 4260 W FORD CITY DR (2 STORY BUILDING); 4261-4263 W FORD CITY DR (2 STORY BUILDING); 4264-4298 W FORD CITY DR (5 STORY BUILDING); 4315 W FORD CITY DR (5 STORY BUILDING); 4300 W FORD CITY DR (15 STORY BUILDING); 4350 W FORD CITY DR (5 STORY BUILDING); and 4351 W FORD CITY DR (5 STORY BUILDING), (the "subject property") and located thereon are 7 RESIDENTIAL BUILDINGS WITH 319 DWELLING UNITS.

2. That at all times pertinent thereto on information and belief the following named defendants owned, maintained, operated, collected rents for, or had an interest in the subject property on the date(s) herein set forth:

    FORD CITY CONDOMINIUM ASSOCIATION, condominium association

    UNKNOWN OWNERS and NONRECORD CLAIMANTS

3. On **02/25/2011**, and on each succeeding day, and on numerous other occasions, Defendant(s) have failed to comply with the Municipal Code of Chicago as follows:

    1) CN061014
    Failed to maintain the exterior walls of a building or structure free from holes, breaks, loose or rotting boards or timbers and any other conditions which might admit rain or dampness to the walls. (13-196-530(b), 13-196-641)
    4300: (1) SOUTH ELEVATION AT EAST CORNER AT 10TH AND 3RD FLOORS - CONCRETE SECTIONS ARE BROKEN OFF CORNER OF BUILDING AND ARE MISSING WITH EXPOSED