# E X H I B I T

## 8

**P O BOX 185**
**TINLEY PARK, IL 60477**
**708-342-0686   fax 708-342-0688**
**vppropertymanagement.com**

September 13, 2018

Ford City Turnover Documents

This is to confirm that Ford City Condominium Association is in possession of the following:

Since Ford City Condominium Association has kept an onsite office, all records and documents are housed in their onsite management office. Including, but not limited to:

Annual Report
Articles of Incorporation
Account Receivable
Accounts Payable
Reconciled Bank Statement(s)
Budgets
Census Forms
Contracts
Proposals
Owner listing
Legal File
Minutes
News Letters
Work Orders
Insurance
Governing Documents
Income Tax File
Certificates of Insurance
Annual Election Results
Owner Files
Pending Closings

We are in possession of the all documents relating to the Ford City Condominium Association, including the aforementioned items.

VP Property Management has no files relating to Ford City Condominium Association as of 9/14/2018.

Signatures

ACTHA