# GROUP EXHIBIT

# 9

# The Ford City Condominium Association

4300 West Ford City Drive
Chicago, Illinois 60652
773-581-7911

October 3, 2016

All Unit Owners
Ford City Condominium Association

Dear Unit Owner:

Enclosed please find a copy of the 2017 proposed budget. This proposed budget reflects no increase in the monthly assessment.

This budget will be discussed and acted upon at the November 3, 2016 Board of Directors meeting at the Scottsdale Library located at 4101 W 79th St, Chicago, IL 60652 from 1:00 pm to 2:00 pm.

If you have any questions pertaining to any of the line items, please feel free to contact me.

Thank you for your attention in this matter.

Sincerely,

Debbie Peck
Property Manager

Encl

# Ford City Condominium Association

## 2017 Proposed Budget

| **Expenses** | | **Income** | |
|---|---:|---|---:|
| Electricity | 65000.00 | Assessments | 1031678.00 |
| Gas | 70000.00 | Eviction Apt Rental | 172200.00 |
| Water / Sewer | 204000.00 | In Unit Maintenance | 2500.00 |
| Scavenger | 30000.00 | Laundry Income | 15000.00 |
| Exterminating | 4600.00 | Sale Lease Package | 1000.00 |
| Maintenance Supplies/Services | 40000.00 | Rental Building | 20400.00 |
| Eviction Units Loss | 154851.24 | | |
| Roofs | 75000.00 | | |
| Landscape / Snow Removal | 35000.00 | | |
| Rental Upkeeps | 20000.00 | | |
| Payroll/Benefits/Taxes | 260000.00 | | |
| Management Fee | 54000.00 | | |
| Plumbing | 15000.00 | | |
| At&t | 15600.00 | | |
| Licenses/Fees | 5000.00 | | |
| Elevators | 55000.00 | | |
| Office Supplies/Postage/Equip | 5000.00 | | |
| Legal | 28000.00 | | |
| Insurance/Property/Workers Comp | 85000.00 | | |
| Reserves | 21726.76 | | |
| | | | |
| Total | **1242778.00** | Total | **1242778.00** |

# The Ford City Condominium Association

4300 West Ford City Drive
Chicago, Illinois 60652
773-581-7911

October 04, 2017

All Unit Owners
Ford City Condominium Association

Dear Unit Owner:

Enclosed please find a copy of the 2018 proposed budget. This proposed budget reflects an increase in the monthly assessment.

This budget will be discussed and acted upon at the next Board of Directors Meeting. Once the date and the time is secured, you will be notified. If this budget is approved, your monthly assessment will increase by _$1.82_. If you own a garage the assessment for the garage will increase by $6.53.

The Board of Directors have carefully considered the association's options and lack of funding to the reserves. In order for new owners to receive a mortgage loan, the association MUST fund their reserves. As you may have noticed, significant improvements that have started in the highrise building, from the laundry rooms, lighting to new carpet. In order to accomplish these projects, the line items need to be funded appropriately.

If you have any questions, please contact my office. I can be reached in Tinley Park on Monday, Wednesday and Friday from 10:00 – 4:30 at 708-342-0686 or Tuesday and Thursday in the Ford City office.

Sincerely,

Debbie Peck
V P Property Management

Encl

# Ford City Condominium Association

## 2018 Proposed Budget

| Expenses | | | Income | | |
|---|---|---|---|---|---|
| Electricity | $ | 70,000.00 | Assessments | $ | 1,313,210.51 |
| Gas | $ | 60,000.00 | Apt Rental | $ | 18,000.00 |
| Water / Sewer | $ | 190,000.00 | Sale Package | $ | 1,500.00 |
| Scavenger | $ | 32,000.00 | Rental Building | $ | 20,400.00 |
| Exterminating | $ | 4,000.00 | | | |
| Maint Plumbing Outside Services | $ | 150,000.00 | | | |
| Landscaping Snow Removal | $ | 55,000.00 | | | |
| Rental Upkeeps | $ | 30,000.00 | | | |
| Payroll/Benefits/Taxes | $ | 305,000.00 | | | |
| Management Fee | $ | 54,000.00 | | | |
| Carpet | $ | 33,259.00 | | | |
| At&T Alarms Phones Elevators | $ | 20,000.00 | | | |
| Licences/Fees | $ | 10,000.00 | | | |
| Elevators | $ | 65,000.00 | | | |
| Office Supplies/Postage/Equipt | $ | 9,000.00 | | | |
| Legal | $ | 14,000.00 | | | |
| Insurance/Property/Workers Com | $ | 92,000.00 | | | |
| Roofs | $ | 100,000.00 | | | |
| Reserves | $ | 60,151.51 | | | |
| Total | $ | 1,353,410.51 | Total | $ | 1,353,110.51 |

## Ford City Condominium Association

### 2019 Proposed Budget

**Expenses**

| | |
|---|---|
| Electricity | $77,000 |
| Gas | $63,000 |
| Water/Sewer | $254,000 |
| Scavenger | $42,000 |
| Extermination | $4,000 |
| Main Pluming Outside Services | $270,000 |
| Landscaping Snow Removal | $40,000 |
| Rental Upkeeps | $10,000 |
| Payroll//Benefits/Taxes | $305,000 |
| Cameras/Equipment | $58,000 |
| At&T Alarms Phones Elevators | $20,000 |
| License/Fees | $10,000 |
| Elevators | $20,000 |
| Office Supplies/Postage/Equip | $9,000 |
| Legal | $20,000 |
| Insurance/Property/Workers Com | $130,000 |
| Roofs | $100,000 |
| Laundry Fix/Maintenance | $40,000 |
| Total Masonry | $100,000 |
| Reserves | $60,200 |
| Total | $1,632,200 |

**Income**

| | |
|---|---|
| Assessments | $1,313,210.51 |
| Apt Rental | $12,000 |
| Sales Package | $1,500 |
| Rental Building (Bakery) | $20,400 |

## Ford City Condominium Association

## 2020 Proposed Budget

### Expenses

| | |
|---|---|
| Electricity | $82,000 |
| Gas | $67,000 |
| Water/Sewer | $204,000 |
| Scavenger | $42,000 |
| Extermination | $4,000 |
| Main Pluming Outside Services | $370.000 |
| Landscaping Snow Removal | $40,000 |
| Rental Upkeeps | $10,000 |
| Payroll//Benefits/Taxes | $317,000 |
| Camera Equipment | $58,000 |
| At&T Alarms Phones Elevators | $20,000 |
| License/Fees | $10,000 |
| Elevators | $21,000 |
| Office Supplies/Postage/Equip | $9,000 |
| Legal | $20,000 |
| Insurance/Property/Workers Com | $125,000 |
| Laundry Fix/Maintenance | $40,000 |
| Total Masonry | $60,000 |
| Reserves | $60,200 |
| Total | $1,559,200 |

### Income

| | |
|---|---|
| Assessments | $1,313,210.51 |
| Apt Rental | $12,000. |
| Sales Package | $1,500. |
| Rental Building (Bakery) | $21,648 |