# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   21-05193 |
| Ford City Condominium Association, | ) | |
| | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING THE FIRST INTERIM FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR MITCHELL ABRONS

This matter coming before the Court on the First Interim Fee Application (the "Application") for allowance of compensation for services rendered April 19, 2023 through May 12, 2023 filed by William B. Avellone, sub-chapter V trustee (the "Trustee");

IT IS HEREBY ORDERED:

The Application is granted as follows:

Phyllis Y. Price is hereby allowed, on an interim basis, costs in the amount of $3,100.31 for reimbursement for expenses incurred for the period from April 19, 2023 through May 12, 2023 in connection with the adversary proceeding with case number 2023-AP-00090, which the Trustee is authorized to pay.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  June 01, 2023

**Prepared by:**

Phyllis Y. Price
Law Office of Phyllis Price
1010 Lake St., Suite 200
Oak Park, IL 60301