## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:

**FORD CITY CONDOMINIUM ASSOCIATION,**

Debtor.

Hon. Deborah L. Thorne

Case No. 21-bk-05193
Chapter 11

---

**CITY OF CHICAGO, ILLINOIS**,

Plaintiff,

v.

**FORD CITY CONDOMINIUM ASSOCIATION;**

ARCADIA MANAGEMENT GROUP, LLC;
BEVERLY BANK & TRUST CO., N.A., AS
    SUCCESSOR TO FIRST NATIONAL BANK
    OF EVERGREEN PARK, AS TRUSTEE
    U/T/A #14358 DATED 5-24-95;
GIOVANNI JAEL CHAVEZ;
EMILIA R. CODOS;
KARINA RODEA ESQUIVEL;
MARC C. FARROW;
MARSELLOW FARROW;
MIRIAM FERREIRA A/K/A MIRIAM CHAVEZ;
 PROVIDENCIA GONZALEZ;
LOIS A. GORDON;
ADRIENNE HOLLEY;
DONNA M. HOWARD;
HATUEY MCKOY,
WINSTON MCKOY;
TONIA PONCE;
FLORITA TOADER;
JOSEF TOADER;
BRENT WATSON;
WENDY WATSON;
RAYVEN V. WILSON;

Adv. Pro. No. _____

1

GPAM PROPERTIES, LLC;
DONNA M. HOWARD, AS TRUSTEE OF THE
    HOWARD FAMILY TRUST U/T/A DATED
    7/3/2015;
VICENTE GONZALEZ-CARABEZ;
FOUAD M. DOOLAH;
LARRY GILLETTE;
ZOFIA MODRZEJEWSKA;
JOYCE D. MARTIN;
AMGUN INVESTMENTS, LLC;
STEVCO NIKOLAV;
HOMES FOR VETERANS CO.;
ERICA SALINAS;
Z FINANCIAL ILLINOIS G PROPERTIES,
    LLC;
AHMAD A. NUR;
WILLIAM D. O'DONNELL;
MAGALY Z. GARCIA A/K/A MAGGIE GAR-
    CIA;
IDSB CAPITAL, LLC;
CHRISTOPHER D. RUSSELL;
KAREN E. RUSSELL;
EFRAIN ROJAS GALVEZ;
MARTIN ANGELO ACEVES;
FRANCISCO CARRILLO;
OSCAR MIRELES;
STEVEN T. SHUTTLEWORTH II;
MARY BIEL;
LUDWIK DZIEDZIC;
LISA S. MCMATH;
TONI GREEN;
MICHAEL GREEN;
BANK OF AMERICA, NA AS SUCCESSOR TO
    LASALLE BANK NA, AS TRUSTEE U/T/A
    133767 DATED 1/11/2005;
KAZIMIERA PTAK;
JUDY GRIFFIN;
LISA D. SAMPSON;
PAMELA JEFFERSON;
EDWARD COLEMAN;
TAKADA V. DIXON;
AGNIESKA KACZYNSKA-RUSAK;
DAVID KYSELICA;
CHICAGO TITLE LAND TRUST CO. AS

TRUSTEE U/T/A 8002379440 DATED
1/28/2019;
CECYLIA GUROS;
VINAYAK LAWANDE;
ANNA WOJAS;
MARC JANDURA;
GARY POWELL;
LILIANA ABAD FIERRO;
KIMBERLY WAGNER;
DESIREE SANCHEZ;
NAFTALI ESPINO;
KATHERINE ESPINO;
ANNETTE WOFFORD;
GEORGE POLYMENAKOS, AS TRUSTEE OF
THE GEORGE POLYMENAKOS REVOCA-
BLE TRUST DATED 10/5/2017;
YURONG HAN;
GABRIELA SANTAMARIA;
ABRAHAM E. SANTAMARIA;
DENNIS NASH;
WQ DEVELOPMENT INC.;
BARBARA J. BANKS;
VANESSA MILTON;
DEUTSCHE BANK NATIONAL TRUST COM-
PANY, AS TRUSTEE FOR LONG BEACH
MORTGAGE LOAN TRUST 2005-2;
DEUTSCHE BANK NATIONAL TRUST COM-
PANY, AS TRUSTEE FOR AMERIQUEST
MORTGAGE SECURITIES INC., ASSET-
BACKED PASS-THROUGH CERTIFI-
CATES, SERIES 2005-R3,
DEUTSCHE BANK NATIONAL TRUST COM-
PANY, AS TRUSTEE FOR ARGENT SECU-
RITIES INC. ASSET-BACKED PASS-
THROUGH CERTIFICATES, SERIES
2006-M1, UNDER THE POOLING AND
SERVICING AGREEMENT DATED
6/1/2006;
MICHAEL GRYGORCEWICZ;
ANDREW F. GRYGORCEWICZ;
ARTURO F. HERNANDEZ;
MUNEEB ALAM;
ZESHAN MALLHI;
SWEET HOME CHICAGO MANAGEMENT,

LLC;

MARIA E. RODRIGUEZ RAMOS;

BEVERLY BANK & TRUST COMPANY, AS
SUCCESSOR TRUSTEE U/T/A #503
DATED 4/23/1979;

U.S. BANK TRUST COMPANY, NA, AS SUC-
CESSOR-IN-INTEREST TO U.S. BANK
NA, AS TRUSTEE FOR MASTR ASSET
BACKED SECURITIES TRUST 2006-HE5
MORTGAGE PASS-THROUGH CERTIFI-
CATES, SERIES 2006-HE5;

HILDA ZMORA;

RODOLFO CHAVEZ;

RAYMUNDO TORRES;

JOSE GARCIA;

ARSHAN ALAMGIR;

BUSHRA DURRANI;

TERRY DENSMORE;

EDGAR FRUTOS TORRES;

LEONARD J. WOODS;

LEOKADIA MOSIO;

ADE OGUNSANYA A/K/A ADETOKUNBO
OGUNSANYA A/K/A ADETOKUNBO O.
TEJUOSO;

JAMES FRANK DALU;

MARGARET FURNESS;

MANUELA SANCHEZ FLORES;

TRUTH EMPIRES, LLC;

AKRAM SHAHID;

MARTHA ROCHA;

BERTHA SAUCEDO;

STEPHEN MONTE HENSON;

ZARAH DULAY;

DIEGO D. ANDRADE;

CULEBRA CAPITAL, LLC;

ANALILIA CARRILLO;

JUAN CARRILLO;

SUSAN O'NEAL;

SUSAN M. GNIADECKI;

ANTON J. WATKINS;

IRENA A. BAGDADY;

HENRY K. WOJCIKOWSKI;

MARGARITA FLORES;

MANNA PROPERTY INVESTMENT, LLC;

4

VIRIDIANA ALCANTAR VILLEGAS;
FELIPE  SOLORZANO MAYA;
LYUBOMIR ALEXANDROV;
BELIEVE IN THINE HEART MINISTRIES;
MIROSLAWA LUKASIEWICZ;
ESTELA FLORES;
TANISHA MALLEY;
AGNES C. MURPHY;
LUIS A. GONZALEZ;
GEORGE SPATHARAKIS;
JOSEF BRZEK;
EWA BRZEK;
ERMA THOMAS;
RAMONA BERAS TORRES;
JULIUS A. HANNON;
JOSE OLAF GAYTON;
MIDLAND FEDERAL SAVINGS & LOAN AS-
    SOCIATION;
DAMARRA EDINBURG;
YOUSSEF DOLEH;
MYRON COLEMAN;
GREGORY L. CASTILE;
ANGELO J. CRUZ;
MARIA A. TOWNSEND A/K/A MARIA DIAZ;
WALTER L. DAVIS;
MARTIN ACEVES ANGULO;
ROSALINDA DELGADILLO;
THELMA MOORE;
ROMAN LIRA;
SREE PACHAMMA PROPERTIES, LLC;
GERVASE BOLDEN;
MAYOWA UCHE OKOBIE;
GODWIN OMWANGHE;
BLANCA ESTELLA DIAZ-CRUZ;
GABRIEL GARCIA AVILA;
ROBERTA SWEEPER;
THELMA SWIMS;
EDGARDO ALEMAN;
ESPERANZA MACIAS;
PAULINE C. PRATER;
WAYNE HOLLOWAY;
MICHAEL T. RZASA;
BRENDA J. ALLEN-BALLARD;
IRENE JONES;

ALBERTO ABEL BELLIDO;
CLARA OLIVARES;
YOLANDA AGUILAR;
HILARIO SANCHEZ;
THOMAS LOREK;
MUSHIYA LOREK;
LETICIA SOLIS;
ALTHEA Y. ANDERSON;
JOANNA STALLWORTH;
TERRY JONES;
GREGORY L. JONES;
ALBERTO OCAMPO;
CRISOSTOMA FLORES DE OCAMPO;
BRUCE LANCE II;
JOYCE LANCE;
BERTA L. CLAVIJO;
LISA P. MAYFIELD;
LAURA P. OLVERA;
SAUL ARELLANO;
LORE J. MARTINEZ;
BERTRAM MCELROY, AS TRUSTEE OF THE
    MCELROY TRUST U/T/D DATED
    3/17/1998;
ZENAIDA GARCIA;
NATHANIEL K. BOSTON;
ATANAS I. PETRICHKI;
IVAN A. PETRICHKI;
VICTOR NAVARRO;
CHRISTOPHER RAMEY;
JAVIER TAPIA;
CRISTINA M. TAPIA;
DANIEL LOBBINS;
MARQUETTE BANK, AS TRUSTEE U/T/A
    30704 DATED 7/28/2021;
EUGENA HENRY;
JESSICA LEWIS;
LEETHEL FRANKLIN;
JOSEPHINE E. JOHNSON;
DESIREE SKIPPER;
INA M. WISE;
CARLA M. DAVIS;
JOHN M. SMITH;
RNM FUTURE, LLC;
RICARDO GARCIA;

RV HOLDINGS THREE, LLC;
DIANE DEVROE;
LORENE MIMS;
CHICAGO TITLE LAND TRUST CO., AS
    TRUSTEE U/T/A 8002382660;
JOSE R. CONSTANTE;
MARIA I. FARIAS;
TANIA PONCE;
MARIA DOMINGUEZ;
AMERICAN NATIONAL BANK, AS TRUSTEE
    U/T/A 43810 DATED 9/1/1978;
ALBERTO PADILLA JR.;
ANGEL ZARAZUA,
ADRIANA MENDOZA;
SALVADOR FARIAS;
JORGE A. INIGUEZ;
TONI GREEN;
ALEJANDRA GUZMAN;
DOMENICOS KOSTERIS;
THE ROAD TO RIGHTEOUSNESS FOUNDA-
    TION, INC.;
EFREN RUIZ;
MARIA R. PADILLA;
EMMANUEL OFORUM;
ADRIANA VAZQUEZ;
PRISCILA ESTHER TORRES JIMENEZ;
DAVID PEREZ;
KENNETH L. WRIGHT;
ANTHONY J. COLEMAN;
ANTONIO GADDIS;
ISAAC WILSON;
ENJOLIQUE WILSON;
JORGE AGUSTIN FRUTOS TORRES;
AARON C. JACKSON;
CYRIS WATSON;
JAMIA BRAY;
OCTAVIO O. GARCIA;
LAURA A. GOMEZ;
AISHA RICE;
DOROTHY R. HARDY;
ISRAEL MIRANDA TEIXEIRA;
MARLON FORTINEAUX;
JOSE J. GARCIA;
AMPARO GARCIA;

DAVID J. GARCIA;

MARIA J. MAGANA;

KIERRA BARNES;

CHALESE A. CONLEY;

CHICAGO TITLE LAND TRUST CO., AS
    TRUSTEE U/T/A 8002374731 DATED
    5/10/2017;

GREGORY LAPAPA;

ALMA SANTANA OCTAVIANO;

MARITZA CERVANTES;

JOYCE BOWLES, AS TRUSTEE OF THE
    JOYCE BOWLES REVOCABLE LIVING
    TRUST DATED 7/26/2011;

JUAN M. SOLIZ;

NELLIE M. COTTON;

RAJAMER JONES;

DOROTHY ANDERSON;

RONA ANDERSON;

ZIAD H. AL KHATIB;

SABINE DESIR;

HECTOR BOTELLO;

DIANE L. TODD;

MICHAEL BRENNAN;

TYREE PITTMAN;

DEBORAH MITCHELL;

MOHAMMED ABUBAKER;

DIVINITY PROPERTIES, LLC;

HYUN W. SHIN;

WILLIAM A. WILCHER;

MAGDI ODEH;

MOHAMMEDNAJIB A. ALKARAKI;

ALEEM WAHEED;

SHIRLEY WAHEED;

LAWRENCE W. COLLINS;

PATRICK SLATTERY;

MAURA SLATTERY BOYLE;

RAMONA B. REYES;

JAVIER URBINA;

MINERVA ORDUNO;

ARACELI MARTINEZ;

BOGUSLAW BIL;

NANCY C. ALSTON;

MARCELO RODRIGUEZ-GARCIA;

JOLANTA SIWEK;

IRENE M. RUFUS;
VINELLE A. MYRIE;
AMELIA PACHECO;
JUANA REYES;
PAULA MENDEZ;
ALICIA GREEN;
FEDERAL NATIONAL MORTGAGE ASSOCIA-
    TION;
MARILYN L. HARVEY;
VERONICA MCGRAW;
CHARLOTTE HOWARD;
ESMERALDA RAFAELA DALY RODRIGUEZ,
    AS TRUSTEE OF THE ESMERALDA RA-
    FAELA DALY RODRIGUEZ REVOCABLE
    LIVING TRUST DATED 5/8/2020;
LINCOLN W. SEABROOKS;
PATRICIA T. WILLIAMS;
TIFFANY FLOWERS;
CLAUDETTE WALKER;
JOHN M. GOLDEN;
MARY A. GOLDEN;
SALTA GROUP, INC.;
FELIPE SOLORZANO MAYA;
CARZIE L. JONES;
WILLIAM DORGAN;
CITIBANK, N.A.;
MORTGAGE ELECTRONIC REGISTRATION
    SYSTEMS, INC.;
COUNTRYWIDE HOME LOANS INC.;
BMO HARRIS BANK, NA;
NEWREZ, LLC;
JP MORGAN CHASE BANK, NA;
US BANK, NA, AS TRUSTEE OF NRZ RE-
    COVERY TRUST;
US BANK, NA, AS TRUSTEE OF MEB
    LOAN TRUST VI;
US BANK, NA, SUCCESSOR IN INTEREST
    TO MICHIGAN AVENUE NATIONAL
    BANK OF CHICAGO, NA, AS TRUSTEE
    U/T/A 3098 DATED 3/14/1980;
DLJ MORTGAGE CAPITAL, INC.;
WELLS FARGO BANK, NA;
FREEDOM MORTGAGE CORPORATION;
BANK OF AMERICA, NA;

US BANK TRUST COMPANY, NA, SUCCES-
SOR-IN-INTEREST TO U.S. BANK, NA,
AS TRUSTEE FOR MASTR ASSET
BACKED SECURITIES TRUST 2006-HE5
MORTGAGE PASS-THROUGH CERTIFI-
CATES, SERIES 2006-HE5;

US BANK, NA, SUCCESSOR IN INTEREST
TO BANK OF AMERICA, NA, SUCCESSOR
BY MERGER TO LASALLE BANK NA, AS
TRUSTEE FOR STRUCTURED ASSET IN-
VESTMENT LOAN TRUST MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES
2004-7;

CHUN YI HSU;

BENEFICIAL ILLINOIS INC.;

US BANK NA, AS TRUSTEE OF NRZ RE-
COVERY TRUST;

CITIMORTGAGE INC.;

NEW RESIDENTIAL MORTGAGE, LLC;

ARGENT MORTGAGE COMPANY, LLC;

LOANCARE, LLC;

ABN AMRO MORTGAGE GROUP, INC.;

RBS CITIZENS, NA;

FIRST FRANKLIN FINANCIAL CORPORA-
TION;

CITIBANK, FSB;

NATIONSTAR MORTGAGE, LLC;

GREEN TREE SERVICING, LLC;

THE HUNTINGTON NATIONAL BANK;

THE BANK OF NEW YORK MELLON, SUC-
CESSOR IN  INTEREST TO THE BANK OF
NEW YORK, AS TRUSTEE FOR THE
HOLDERS OF THE GE-WMC ASSET-
BACKED PASS-THROUGH CERTIFI-
CATES, SERIES 2005-2;

THE BANK OF NEW YORK MELLON, SUC-
CESSOR-IN-INTEREST TO THE BANK OF
NEW YORK, AS TRUSTEE FOR CIT
MORTGAGE LOAN TRUST, 2007-1 AS-
SET-BACKED CERTIFICATES, SERIES
2007-1;

CITIZENS BANK, NA;

AMERICAN HOME MORTGAGE CORP. D/B/A
AMERICAN BROKERS CONDUIT;

HSBC BANK USA, NA, AS TRUSTEE FOR
THE REGISTERED HOLDERS OF FIRST
NLC TRUST 2007-1 MORTGAGE-
BACKED CERTIFICATES, SERIES 2007-
1;

VAN OAK CAPITAL, LLC;

US BANK, NA, AS INDENTURE TRUSTEE
FOR HOLDERS OF THE CIM TRUST
2017-7 MORTGAGE-BACKED NOTES
SERIES 2017-1;

THE BANK OF NEW YORK MELLON, AS
TRUSTEE OF THE BEAR STEARNS ASSET
BACK SECURITIES TRUST 2002-2, AS-
SET-BACKED CERTIFICATES, SERIES
2002-2;

AMERICAN HOME MORTGAGE;

Y&R 1 OPPORTUNITY FUND, LLC;

HOMECOMINGS FINANCIAL NETWORK,
INC.;

FIRST AMERICAN BANK;

PNC BANK, NA;

FIRST NLC FINANCIAL SERVICES, LLC;

MIECZYLSAW WAWOZNY;

ROGELIO VILLAGOMEZ;

HUGH O'DONNELL;

LORETTA C. MAHER;

LISA D. SIMPSON;

CHICAGO TITLE LAND TRUST CO. AS TRUS-
TEE U/T/A #008002379440;

MANUEL CARMONA;

MARY L. VAUGHN;

EMINENT MANAGEMENT SERVICE, INC.;

EQUITY TRUST CUSTODIAN F/B/O CHRIS-
TINE HSU;

ESTELA FLORS;

JAMES A. CANAVAN;

MARTHA HERNANDEZ;

GEORGE POLYMENAKOS;

BIRDENE MILLS;

MUSTAFA M. KHAN;

PAULINE PRATER;

THORNWOOD PARTNERS, LTD.;

SARAH JOHNSON,

BRUCE LANCE;

SAUL ARRELLANO;
BERTRAM MCELROY;
JENNIFFER I. MENENDEZ;
NAZARIO CHAVEZ;
CARL M. DAVIS;
MAOWA UCHE OKORIE;
GEORGE NOVOGRODER;
MARIAL PADILLA DE BUZO;
ADRAINA VAZQUEZ;
ISRAEL MIRAND TEIXEIRA;
VICTOR E. MANZO;
MICHELE J. BELOUSEK;
JOYCE BOWLES;
TERRENCE BROWN;
NANCY N. RAYSIDE, AS TRUSTEE OF THE
    NANCY N. RAYSIDE LIVING TRUST
    DATED 8/8/2017;
DENNIS BAKER;
WILLIAM O'DONNELL;
THE RTRF INC.;
TRUTH EMPIRE, LLC;
CHARLENE APPLING;
LOUIS GONZALEZ;
KELVIN B. BACON;
MIECZYSLAW WAWOZNY;
CHAKA D. FARROW;
FORD CITY REALTY, LLC;
MELISSA RANGEL;
PEDRO PALACIOS;
LORETTA MAHER;
ROSSANE FARKAS;
JOSEPH CHAVEZ;
DAPHNEE BROWNLEE;
BRYAN APPLING, AS TRUSTEE OF CHAR-
    LENE L. APPLING TRUST DATED
    12/7/2020;
SHIN-RONG LIU;
AMY LIU;
FAIRFIELD BUILDINGS, LLC;
MARY VAUGHN;
CAMRYN BURNETT;
PABLO ANDRADE;
ELZBEITA MORAWA;
THE ESTATE OF JOAN P. MOORE;

LILIANA FIERRO;
DSI HOLDINGS CORP.;
STAN WOJIKOWSKI;
ALFREDO CASTILLO;
MODESTA MARCHETTI;
CHRISTINE HSU;
RAYMOND ROGOZ;
ROSALINDA ALONSO;
CLIFFORD JOHNSON;
FRANK CARILLO;
GODWIN OMAWANCHE;
LETICIA GAMBOA;
MICHAEL ELLIS JOHNSON;
PATRICA OBARD;
ANTONI CHMIELEWSKI;
JADWIGA  CHMIELEWSKI;
YASMIN IBRAHIM;
SHIRLEY MIA SMITH;
BURTON WAYNE SMITH;
MOJISOLA OGUACHUBA;
CARLOS MUNOZ;
DELORES ROBINSON;
NICOLE CONSTANTE;
LOUIS E. HENNERICH;
IGNACIO DOMINGUEZ PEREZ;
JUAN MENDOZA;
KAREN HENDLEY;
MARIE CLAIR JAVATE;
VINIZIUS QUARESMA;
LAILA ALHARSHA;
ROBERT HUDSON;
MICHELE BELOUSEK;
ZIAD KHATATBEH;
OLGA DELGADILLO ALONSON;
SAM AYYAD;
TRACY LYNN ROBINSON;

AND UNKNOWN OWNERS AND NON-
    RECORD CLAIMANTS,

        Defendants.

## VERIFIED COMPLAINT
## FOR DECONVERSION OF CONDOMINIUM
## AND APPOINTMENT OF RECIEVER

Plaintiff, the City of Chicago ("*City*"), for its Complaint states as follows:

1. The City seeks deconversion of condominium property that is managed and operated by the Ford City Condominium Association (the "*Debtor*"), and in which the Debtor has a legal or equitable interest. Deconversion is required to facilitate the administration of the Debtor's bankruptcy case through the sale or transfer of the deconverted condominium property, as well as to ensure the safety and security of the unit owners and the public. This is the only feasible way forward for the Debtor's bankruptcy case and the property.

## I.  JURISDICTION

2. This Court has jurisdiction over this matter under 28 U.S.C. § 1334(b) because this is a proceeding arising under, arising in, or related to a case under Chapter 11 of Title 11 of the United States Code (*In re Ford City Condominium Association*, Case No. 21-bk-05193) pending in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.

3. This matter is a core proceeding under 28 U.S.C. § 157(b) because it concerns the administration of the Debtor's bankruptcy estate and it affects the liquidation of assets of the estate or the adjustment of the debtor-creditor relationship.

4. To the extent that this matter is not a core proceeding, the City consents to entry of final orders or judgment by the bankruptcy court.

## II.  PARTIES

5. The City is an Illinois municipal corporation organized and existing under the

14

laws of the State of Illinois.

6.  The Debtor is an Illinois not-for-profit corporation located at 4300 W. Ford City Drive, Chicago, Illinois, 60652. The Debtor exists and operates as a condominium association under the Illinois Condominium Property Act, 765 ILCS 605/1, *et seq.*

7.  The Debtor manages seven residential buildings with a total of 319 dwelling units and the associated real property on which the buildings sit, comprising over 13 acres (573,027 sq. feet), commonly referred to as 4260-4350 W. Ford City Drive, Chicago, Illinois (Cook County parcel identification number 19-27-401-038) (the "***Property***").

8.  All of the other named defendants in the "Other Defendants" section (Part V(A) below), on information and belief, owned, managed, controlled, collected rents from, or had a legal or equitable interest in the Property. This includes the unit owners.

### III.  BACKGROUND

**A. The Debtor Struggled to Maintain the Property Prior to Filing for Bankruptcy.**

9.  The Debtor was incorporated on May 10, 1979, under the laws of the State of Illinois. Since that time it has existed and operated as a condominium association under the Illinois Condominium Act, 765 ILCS 601/1, *et seq.*, or any processor law and managed the Property as such.

10. The Debtor, its members, and unit owners were originally governed by the Declaration of Condominium Ownership and of Easements, Restrictions, Covenants, and By-Laws executed in 1979 and recorded with the Cook County Recorder of Deeds as document no. 24911808 (the "***Declaration***").

15

11. In 1998 the Declaration was amended to limit the leasing and renting of units within the association. That amendment was recorded with the Cook County Recorder of Deeds as document no. 08021209.

12. In 2007 the Declaration was amended again, this time to change the voting procedures for association action and the makeup of the board of directors, and to delete all the changes made by the first amendment to the Declaration. The second amendment was recorded with the Cook County Recorder of Deeds as document no. 0731234105. The Declaration as modified by the second amendment currently governs the Debtor.

13. Over at least the past decade the Debtor has struggled to pay its debts as they become due and maintain the property in a safe and secure condition for the unit owners and the public.

14. During this period dozens of foreclosure classes were initiated against unit owners at the Property and dozens more tax deed cases were filed to take units from owners for failing to pay property taxes. It also appears that the Debtor itself filed a number of foreclosure cases against unit owners for failing to pay assessments.

15. It appears that this caused a severe shortage of revenue and lack of engagement by the owners in general. It has also been shown by the U.S. Trustee that the Debtor was grossly mismanaged by the board of directors and its president leading up to and at the time the Debtor filed its bankruptcy case, including through self-dealing and inappropriate patronage.

16. These circumstances have left the Property blighted, in need of significant

repairs, and unable to pay for even the most necessary services, such as water, on a regular basis. In fact, as of the petition date, the Debtor owed over $1.3 million in back water bills. *See* Proof of Claim 4-1.

17. The City has been and continues to be very concerned with the condition of the buildings on the Property. By at least 2010, the City was forced to begin filing what turned out to be a significant number of cases in the Circuit Court of Cook County against the Debtor to enforce the buildings code sections the Municipal Code of Code of Chicago (the "***Municipal Code***") to ensure the safety of its citizens. *See, e.g., Chicago v. Ford City,* Case No. 11-M1-401304 (C.C. Cook Co.).

18. In 2014 the Debtor and the City agreed to the entry of an Agreed Order of Injunction (the "***Consent Decree***") assessing a minimal fine against the Debtor but requiring it to bring the Property into compliance with the Municipal Code no later than October 18, 2018, *i.e.*, providing four years to come into compliance. A copy of the Consent Decree is attached as **Exhibit A**.

19. The Consent Decree also required the Debtor to provide the City with quarterly written reports about progress made on the significant amount of work that was required. If the Debtor failed to complete all work by October 18, 2018, it would be fined $500 per day for each remaining Municipal Code violation.

20. In August of 2018 the Debtor and the City agreed to the entry of an Agreed Order extending the time for the Debtor to come into full compliance with the Municipal Code to December 31, 2020, with a scheduled inspection to be completed in January of 2021. A copy of that Agreed Order is attached as **Exhibit B**.

17

21. The City's goal has always been to ensure that the Property is safe and secure for the residents and the public.

22. Notwithstanding the Consent Decree, the Debtor has never come into full compliance with the Municipal Code.

23. In 2019 the City again sued the Debtor for additional Municipal Code violations, including for failing to maintain elevators in safe, sound, and working condition. *See Chicago v. Ford City*, Case No. 2019-M1-401134 (C.C. Cook Co.). It appears that the Debtor may not have been able to afford the necessary elevator repairs, as Anderson Elevator filed a claim in the bankruptcy case for $26,740.85, Parkway Elevators, Inc., filed a claim in the bankruptcy case for $57,871.15, and the Debtor scheduled an additional claim for ACR Net Elevator Services in the amount of $45,000.00.

24. Over the past decade or more the City has also pursued the Debtor in the City of Chicago Department of Administrative Hearings, which adjudicates some violations of the Municipal Code, to coerce compliance with the law. In those proceedings the City sought and received judgments against the Debtor for violations ranging from uncut grass and overflowing garbage to failing roofs and masonry and broken windows. It appears that the Debtor continued to struggle to afford to maintain the property.  For example, the Debtor scheduled a claim in the amount of $219,085.08 owed to Total Masonry, LLC.

25. As of the petition date, the Debtor owed $16,890 in fines for Municipal Code violations adjudicated at the Department of Administrative Hearings. *See* Proof of Claim 8-1.

**B. The Debtor Filed for Bankruptcy but Significant Issues Persist.**

26. On April 20, 2021, the Debtor filed a petition under subchapter V of chapter 11 of the Bankruptcy Code, thereby initiating the underlying case. *See* Case No. 21-bk-05193, Dkt. No. 1.

27. William Avellone was appointed as the subchapter V trustee (the "***Trustee***"). *See id.* at Dkt. No. 4.

28. Shortly after the Debtor filed its case the entities that own the Ford City Mall (the "***Mall***"), which is contiguous to the Property, filed a motion for adequate assurance or to terminate utility service (the "***Assurance Motion***"). *See id.* at Dkt. No. 17. As provided in the Assurance Motion, the Mall is connected to the City's water service and, pursuant to an agreement with the Debtor, allows the Debtor to use that water service. The Mall then pays the City and the Debtor is liable to the Mall for the cost of the water it used.

29. Over time the Debtor was not able to pay the Mall for the amount of water that it used, leaving the Mall on the hook to the City. By the middle of 2018 the Mall had filed suit against the Debtor for unpaid water bills.

30. As of the petition date, the Debtor owed the Mall over $1.3 million for water service.

31. Through the Assurance Motion, the Mall sought relief under § 366 of the Bankruptcy Code, requesting an adequate assurance order requiring the Debtor to make all post-petition payments on time and a deposit of one month's water charges or in the alternative authority to terminate water service. *See id.*

32. The Court granted the Assurance Motion requiring the Debtor to make a

deposit of $25,000 with the Mall no later than June 18, 2021, and if that deposit was not made provided authority to terminate service. *See id.* at Dkt. No. 35.

33. However, if the bankruptcy case is dismissed or the Debtor fails to pay the water as it comes due, the Mall will very likely, and promptly, terminate water service to the Debtor.

34. At the beginning of July of 2021, the U.S. Trustee filed a motion to remove the Debtor as debtor-in-possession or to dismiss the case (the "***Removal Motion***"). *See id.* at Dkt. No. 58. In the Removal Motion the U.S. Trustee outlined in detail the gross mismanagement by the Debtor's president and board of directors. *See id.*

35. As provided in the Removal Motion, neither the president nor the board members had a meaningful understanding of the Debtor's financial position, cash flow, assets, or liabilities.

36. The Removal Motion also describes how relatives of the board members were asserted to be employees of the Debtor and were paid prepetition wages after the case was filed. The president also testified at the meeting of creditors that she purchased a number of units from the Debtor that it had previously foreclosed on and then sold them for twice what she paid for them, in addition to significant other self-dealing. *See id.*

37. The U.S. Trustee also showed that the Debtor had failed to complete the Schedules, Statement of Financial Affairs, and other required documents accurately. *See id.*

38. Finally, the U.S. Trustee pointed out that the Debtor had failed to propose any

form of adequate assurance to ensure that the water remained running for the tenants, which should have been a priority when filing the case. *See id.*

39. Several condo unit owners filed a motion to join in the U.S. Trustee's Removal Motion, citing additional management issues. *See id.* at Dkt. No. 115.

40. The U.S. Trustee then filed a supplement to its Removal Motion detailing additional self-dealing and inappropriate actions by some of the board members. *See id.* at Dkt. No. 119.

41. The Court ultimately granted the U.S. Trustee's Removal Motion and granted the Trustee additional powers under § 1185(b)(5). *See id.* at Dkt. No. 129. The Trustee is now managing the Debtor's estate.

42. Although the Trustee has been valiantly attempting to get the Property into compliance with the Municipal Code and maintain the Property in a safe and secure condition, he has not been able remedy all or even most of the issues at the Property. It appears that the Trustee does not have adequate funds available to remedy the past issues and still maintain the Property as a going concern.

43. Since this case was filed, the Property has incurred an additional dozen or more Municipal Code violations that were prosecuted against the Debtor at the Department of Administrative Hearings, eight of which it incurred this year (2023) alone, including for uncut grass and for dumping or accumulating garbage.

44. Additionally, the City inspected the Property on May 16, 2023, and found 115 Municipal Code violations, many extremely serious, in the buildings on the Property. These violations include large cracks and bulging in foundations with imminent risk

of failure, failure to maintain elevators in multiple buildings, failing roofs, failing exterior walls, broken windows, ripped screens, missing smoke detectors and carbon monoxide detectors, missing emergency exit signs, expired fire extinguishers, running an extension cord from a corridor outlet into at least one unit presumably for electricity that may have been terminated in the unit, high weeds, overflowing garbage, noxious odors and bed bug infestations.

45. A complete list of the violations at the Property is alleged below in the "Building Code Violations" section and shows that the *status quo* is absolutely unacceptable. Action must be taken now.

46. It has become very apparent to the City that the only feasible means for moving the bankruptcy case forward and bringing the Property into a safe and secure condition is to deconvert the Property—terminate its status as a condominium—so that it may be sold to a new owner that has the ability to remedy the issues and maintain it going forward.

## C. Deconversion is Required to Fix the Issues.

47. Because of cases such as this one where a "distressed condominium property" is at issue, in that the property is "operated in manner or have conditions which may constitute a danger, blight, or nuisance to the surrounding community or to the general public," the Illinois Condominium Property Act (the "***Act***") authorizes a municipality such the City to commence a suit to deconvert a condominium property. *See* 765 ILCS § 605/14.5.

48. In fact, the legislature found these cases to be so important as to provide expressly in the Act that a "hearing upon the suit shall be expedited by the court and

shall be given precedence over other actions." 765 ILCS § 605/14.5(b).

49. This procedure is warranted here.

## IV.  <u>COUNTS FOR RELIEF</u>

### COUNT I
### (Declaration of Distressed Condominium Property)

50. The City re-alleges and incorporates all foregoing paragraphs in this Complaint and all allegations in the "Building Code Violations" section (Part V(B) below) as part of Count I.

51. The Condominium Property Act provides that a distressed condominium property is a parcel containing condominium units which are "operated in a manner or have conditions which may constitute a danger, blight, or nuisance to the surrounding community or to the general public."

52. The Condominium Property Act authorizes the City, as a municipality, to seek a court order declaring that a property is a distressed condominium and appointing a receiver for the property.  735 ILCS 605/14.5(b).

53. A property is a distressed condominium property if 2 or more of certain listed conditions are present, including "the building has serious violations of any applicable local building code or zoning ordinance" and "any of the essential utilities to the parcel or to 40% or more of the condominium units is either terminated or threatened with termination." 765 ILCS § 605/14.5(a)(1).

54. The Property is subject to serious violations of the Municipal Code relating to buildings, including dangerous and hazardous exterior walls and missing or nonfunctioning life safety devices, elevator systems, and structural supports. Specific

23

violations are below in the section titled "Building Code Violations."

55. The failure of the defendants who own, control or otherwise manage the subject property to maintain the subject property according to the minimum requirements of the Municipal Code constitutes a danger, blight and/or nuisance to the surrounding community and the public at large.

56. Thus, the Property has serious violations of the local building code.

57. Additionally, the only thing stopping the Mall from terminating water service is this case and compliance with the adequate assurance order. If this case is dismissed or the Trustee is unable to make the adequate assurance payments the water may be terminated.

58. In fact, the Mall already sought authority to terminate the service through its Assurance Motion if adequate assurance was not provided.

59. Thus, an essential utility is threatened with termination.

60. The listed conditions required to show that a condominium property is distressed are not exclusive.

61. In addition to the building code violations and threat of water shutoff, the condominium association is non-functioning, and cannot remedy the violations and dangerous conditions on the Property. As matters now stand, there is no effective mechanism for addressing the problems of this blighted condominium development, and the only prospect is for conditions to worsen.

62. Put simply, there is no other exit plan for the Property other than utter failure.

**WHEREFORE,** the City requests that this Court to enter an order:

    a.  Declaring that the Property is a distressed condominium property for the purposes of 765 ILCS 605/14.5; and

    b.  Granting any other relief that this Court deems appropriate.

## COUNT II
## (Appointment of Receiver)

63. The City re-alleges and incorporates all the foregoing paragraphs in this Complaint as part of Count II.

64. Under 765 ILCS 605/14.5(c)(2), if the court finds that the Property is a distressed condominium property the Court may contemporaneously appoint a receiver for the Property.

65. For the reasons set forth above, the Property is not viable as a condominium.

66. The only practical way to address the issues presented by the blighted Property is through deconversion and sale of the Property.

67. The Trustee's limited ambit under the Bankruptcy Code does not include the powers necessary to facilitate the sale of the Property.

68. The Trustee is, effectively, already performing many of the functions of a receiver under the Condominium Property Act.

69. The City seeks an order appointing the Trustee (William Avellone) to the additional position of receiver under the Condominium Property Act. This would result in no disruption of the Debtor's operations, while providing the Trustee with additional powers in the context of deconversion, including potentially the power to sell the Property so that it may be repaired and maintained safely going forward.

70. This will also allow the underlying case to finally be administered and

hopefully concluded as a success.

**WHEREFORE**, the City requests that this Court enter an order:

    a. Appointing the Trustee as receiver for the property pursuant to 765 ILCS 605/14.5(c)(2), the receiver to have all powers and authority contemplated in, but not limited by, 765 ILCS 605/14.5(e) and (f); and

    b. Granting any other relief that this Court deems appropriate.

## COUNT III
### (Deconversion of Condominium)

71. The City re-alleges and incorporates all foregoing paragraphs in this Complaint and all allegations in the "Additional Allegations" section (Part V below), as part of Count III.

72. Under 765 ILCS 605/14.5(c)(2), if the court finds that the Property is not viable as a condominium, the court should promptly declare:

    a. that the property is no longer a condominium;

    b. that the property shall be deemed to be owned in common by the unit owners;

    c. that the undivided interest in the property which shall appertain to each unit owner shall be the percentage of undivided interest previously owned by the owner in the common elements; and

    d. that any liens affecting any unit shall be deemed to be attached to the undivided interest of the unit owner in the property.

73. For the reasons set forth above, the Property is not viable as a condominium.

74. The only practical way to address the issues presented by the blighted Property

is through deconversion and sale of the Property.

**WHEREFORE**, the City requests that this Court enter and order:

a. Finding that the Property is not viable as a condominium;

b. Declaring that the Property is no longer a condominium;

c. Declaring that the Property is deemed to be owned in common by each of the unit owners, that the undivided interest in the Property which shall appertain to each unit owner shall be the percentage of undivided interest previously owned by the owner in the common elements, and, that any liens affecting any unit shall be deemed to be attached to the undivided interest of the unit owner in the Property as provided herein; and

d. Granting any other relief that this Court deems appropriate.

## V. ADDITIONAL ALLEGATIONS

### A. Other Defendants.

75. The individuals and entities named in this section are the unit owners and those that on information and belief have an interest in the Property.

76. The current owners of 4300 W. Ford City Drive, Unit A-201 (19-27-401-038-1001) are Josef Toader, Florita Toader, and Emilia Codos.

77. The current owner of 4300 W. Ford City Drive, Unit A-301 (19-27-401-038-1002) is Lois A. Gordon. Kelvin B. Bacon may be a party in interest.

78. The current owner of 4300 W. Ford City Drive, Unit A-401 (19-27-401-038-1003) is Beverly Bank & Trust Co., NA, successor to First National Bank of Evergreen Park as Trustee under trust agreement #14358 dated May 24, 1995. The last taxpayer of record and beneficiary is Mieczylsaw Wawozny.

27

79. The current owners of 4300 W. Ford City Drive, Unit A-501 (19-27-401-038-1004) are Hatuey McKoy and Winston McKoy.

80. The current owners of 4300 W. Ford City Drive, Unit A-601 (19-27-401-038-1005) are Marsellow Farrow and Marc C. Farrow. The current mortgagees are Citibank, NA and Mortgage Electronic Registration Systems, Inc. Chaka D. Farrow may be a party in interest.

81. The current owner of 4300 W. Ford City Drive, Unit A-701 (19-27-401-038-1006) is Karina Rodea Esquivel.

82. The current owners of 4300 W. Ford City Drive, Unit A-801 (19-27-401-038-1007) are Wendy Watson and Brent Watson.

83. The current owner of 4300 W. Ford City Drive, Unit A-901 (19-27-401-038-1008) is GPAM Properties, LLC.

84. The current owner of 4300 W. Ford City Drive, Unit A-1001 (19-27-401-038-1009) is Rayven V. Wilson.

85. The current owner of 4300 W. Ford City Drive, Unit A-1101 (19-27-401-038-1010) is Providencia Gonzalez.

86. The current owner of 4300 W. Ford City Drive, Unit A-1201 (19-27-401-038-1011) is Amanda L. Navarro.

87. The current owners of 4300 W. Ford City Drive, Unit A-1301 (19-27-401-038-1012) are Miriam Ferreira a/k/a Miriam Chavez and Giovanni Jael Chavez.

88. The current owner of 4300 W. Ford City Drive, Unit A-1401 (19-27-401-038-1013) is Adrienne Holley. The current mortgagees are Countrywide Home Loans Inc.

and Mortgage Electronic Registration Systems, Inc.

89. The current owner of 4300 W. Ford City Drive, Unit A-1501 (19-27-401-038-1014) is The Howard Family Trust under a trust agreement dated July 3, 2015. The trustee is Donna M. Howard. The last taxpayer of record is Rogelio Villagomez.

90. The current owner of 4300 W. Ford City Drive, Unit A-202 (19-27-401-038-1015) is Arcadia Management Group, LLC.

91. The current owner of 4300 W. Ford City Drive, Unit A-302 (19-27-401-038-1016) is Vicente Gonzalez-Carabez.

92. The current owner of 4300 W. Ford City Drive, Unit A-402 (19-27-401-038-1017) is Fouad M. Doolah. A possible party of interest is Yossef Doleh.

93. The current owners of 4300 W. Ford City Drive, Unit A-501 (19-27-401-038-1018) are Larry Gillette and Zofia Modrzejewska.

94. The current owner of 4300 W. Ford City Drive, Unit A-602 (19-27-401-038-1019) is Joyce D. Martin.

95. The current owner of 4300 W. Ford City Drive, Unit A-702 (19-27-401-038-1020) is AMGUN Investments, LLC.

96. The current owner of 4300 W. Ford City Drive, Unit A-802 (19-27-401-038-1021) is Stevco Nikolav.

97. The current owner of 4300 W. Ford City Drive, Unit A-902 (19-27-401-038-1022) is Homes For Veterans Co.

98. The current owner of 4300 W. Ford City Drive, Unit A-1002 (19-27-401-038-1023) is Erica Salinas. A possible party of interest is Melissa Rangel.

99. The current owner of 4300 W. Ford City Drive, Unit A-1102 (19-27-401-038-1024) is Z Financial Illinois G Properties, LLC.

100. The current owner of 4300 W. Ford City Drive, Unit A-1202 (19-27-401-038-1025) is Adetokunbo Ogunsanya a/k/a Ade Ogunsanya a/k/a Adetokunbo O. Tejuoso. A possible party in interest is Pedro Palacios.

101. The current owner of 4300 W. Ford City Drive, Unit A-1302 (19-27-401-038-1026) is Ahmad A. Nur.

102. The current owners of 4300 W. Ford City Drive, Unit A-1402 (19-27-401-038-1027) are Brent Watson and Wendy Watson.

103. The current owner of 4300 W. Ford City Drive, Unit A-1502 (19-27-401-038-1028) is William D. O'Donnell. The last taxpayer of record is Hugh O'Donnell.

104. The current owner of 4300 W. Ford City Drive, Unit A-203 (19-27-401-038-1029) is Magaly Z. Garcia a/k/a Maggie Garcia.

105. The current owner of 4300 W. Ford City Drive, Unit A-303 (19-27-401-038-1030) is IDSB Capital, LLC.

106. The current owners of 4300 W. Ford City Drive, Unit A-403 (19-27-401-038-1031) are Christopher D. Russell and Karen E. Russell.

107. The current owners of 4300 W. Ford City Drive, Unit A-503 (19-27-401-038-1032) are Efrain Rojas Galvez, Martin Angelo Aceves, and Francisco Carrillo.

108. The current owner of 4300 W. Ford City Drive, Unit A-603 (19-27-401-038-1033) is Oscar Mireles.

109. The current owners of 4300 W. Ford City Drive, Unit A-703 (19-27-401-

038-1034) are John Golden and Mary Golden.

110.    The current owner of 4300 W. Ford City Drive, Unit A-803 (19-27-401-038-1035) is Steven T. Shuttleworth II.

111.    The current owners of 4300 W. Ford City Drive, Unit A-903 (19-27-401-038-1036) are Mary Biel and Ludwik Dziedzic. The current mortgagee is BMO Harris Bank, NA.

112.    The current owner of 4300 W. Ford City Drive, Unit A-1003 (19-27-401-038-1037) is Lisa S. McMath.

113.    The current owner of 4300 W. Ford City Drive, Unit A-1103 (19-27-401-038-1038) is Brent Watson.

114.    The current owners of 4300 W. Ford City Drive, Unit A-1203 (19-27-401-038-1039) are Toni Green and Michael Green.

115.    The current owner of 4300 W. Ford City Drive, Unit A-1303 (19-27-401-038-1040) is Bank of America, NA, successor to LaSalle Bank NA, as trustee under trust agreement 133767 dated January 11, 2005. The last taxpayer of record is Loretta C. Maher.

116.     The current owner of 4300 W. Ford City Drive, Unit A-1403 (19-27-401-038-1041) is Kazimiera Ptak.

117.    The current owner of 4300 W. Ford City Drive, Unit A-1503 (19-27-401-038-1042) is Judy Griffin. The current mortgagee is NewRez, LLC.

118.    The current owner of 4300 W. Ford City Drive, Unit A-204 (19-27-401-038-1043) is Lisa D. Sampson. The current mortgagee is JP Morgan Chase Bank, NA.

119.     The current owner of 4300 W. Ford City Drive, Unit A-304 (19-27-401-038-1044) is Pamela Jefferson.

120.     The current owner of 4300 W. Ford City Drive, Unit A-404 (19-27-401-038-1045) is Edward Coleman. A possible party in interest is Rossane Farkas.

121.     The current owner of 4300 W. Ford City Drive, Unit A-504 (19-27-401-038-1046) is Takada V. Dixon. The current mortgagee is US Bank, NA, as trustee of NRZ Recovery Trust.

122.     The current owner of 4300 W. Ford City Drive, Unit A-604 (19-27-401-038-1047) is Agnieska Kaczynska-Rusak. The current mortgagee is DLJ Mortgage Capital, Inc.

123.     The current owner of 4300 W. Ford City Drive, Unit A-704 (19-27-401-038-1048) is David Kyselica.

124.     The current owner of 4300 W. Ford City Drive, Unit A-804 (19-27-401-038-1049) is Chicago Title Land Trust Co. under trust agreement 8002379440 dated January 28, 2019. A possible party in interest is Joseph Chavez.

125.     The current owner of 4300 W. Ford City Drive, Unit A-904 (19-27-401-038-1050) is Cecylia Guros.

126.     The current owner of 4300 W. Ford City Drive, Unit A-1004 (19-27-401-038-1051) is Vinayak Lawande.

127.     The current owner of 4300 W. Ford City Drive, Unit A-1104 (19-27-401-038-1052) is Anna Wojas.

128.     The current owner of 4300 W. Ford City Drive, Unit A-1204 (19-27-401-

038-1053) is Marc Jandura.

129.    The current owner of 4300 W. Ford City Drive, Unit A-1304 (19-27-401-038-1054) is Gary Powell.

130.    The current owner of 4300 W. Ford City Drive, Unit A-1404 (19-27-401-038-1055) is Liliana Abad Fierro.

131.    The current owner of 4300 W. Ford City Drive, Unit A-1504 (19-27-401-038-1056) is Kimberly Wagner.

132.    The current owner of 4300 W. Ford City Drive, Unit A-205 (19-27-401-038-1057) is Desiree Sanchez. The current mortgagee is Wells Fargo Bank, NA.

133.    The current owners of 4300 W. Ford City Drive, Unit A-305 (19-27-401-038-1058) are Naftali Espino and Katherine Espino.

134.    The current owner of 4300 W. Ford City Drive, Unit A-405 (19-27-401-038-1059) is Annette Wofford.

135.    The current owner of 4300 W. Ford City Drive, Unit A-505 (19-27-401-038-1060) is The George Polymenakos Revocable Trust dated October 5, 2017. The trustee is George Polymenakos.

136.    The current owner of 4300 W. Ford City Drive, Unit A-605 (19-27-401-038-1061) is Yurong Han. The last taxpayer of record is Manuel Carmona.

137.    The current owners of 4300 W. Ford City Drive, Unit A-705 (19-27-401-038-1062) are Gabriela Santamaria and Abraham E. Santamaria.

138.    The current owner of 4300 W. Ford City Drive, Unit A-805 (19-27-401-038-1063) is Dennis Nash. The current mortgagees are Freedom Mortgage

33

Corporation and Mortgage Electronic Registration Systems, Inc.

139.     The current owner of 4300 W. Ford City Drive, Unit A-905 (19-27-401-038-1064) is WQ Development Inc.

140.     The current owner of 4300 W. Ford City Drive, Unit A-1005 (19-27-401-038-1065) is Barbara J. Banks. The current mortgagee is Mortgage Electronic Registration Systems, Inc.

141.     The current owner of 4300 W. Ford City Drive, Unit A-1105 (19-27-401-038-1066) is Vanessa Milton. The current mortgage holder is Deutsche Bank National Trust Company, as trustee for Long Beach Mortgage Loan Trust 2005-2.

142.     The current owner of 4300 W. Ford City Drive, Unit A-1205 (19-27-401-038-1067) is Deutsche Bank National Trust Company, as trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R3. A possible interested party is Daphnee Brownlee.

143.     The current owner of 4300 W. Ford City Drive, Unit A-1305 (19-27-401-038-1068) is Charlene L. Appling Trust dated December 7, 2020. The trustee is Bryan Appling. The current mortgagee is Bank of America, NA.

144.     The current owner of 4300 W. Ford City Drive, Unit A-1405 (19-27-401-038-1069) is Arcadia Management Group, LLC. The current promissory note holder is Chun Yi Hsu. Promissory note beneficiaries are Shin-Rong Liu and Amy Liu.

145.     The current owners of 4300 W. Ford City Drive, Unit A-1505 (19-27-401-038-1070) are Michael Grygorcewicz and Andrew F. Grygorcewicz.

146.     The current owner of 4300 W. Ford City Drive, Unit A-206 (19-27-401-

038-1071) is Arturo F. Hernandez.

147.     The current owners of 4300 W. Ford City Drive, Unit A-306 (19-27-401-038-1072) are Muneeb Alam and Zeshan Mallhi.

148.     The current owner of 4300 W. Ford City Drive, Unit A-406 (19-27-401-038-1073) is Sweet Home Chicago Management, LLC.

149.     The current owner of 4300 W. Ford City Drive, Unit A-506 (19-27-401-038-1074) is Maria E. Rodriguez Ramos. A possible party in interest is Fairfield Buildings, LLC.

150.     The current owner of 4300 W. Ford City Drive, Unit A-606 (19-27-401-038-1075) is Beverly Bank & Trust Company, as successor trustee under trust agreement #503 dated April 23, 1979. The last taxpayer of record is Mary L. Vaughn.

151.     The current owner of 4300 W. Ford City Drive, Unit A-706 (19-27-401-038-1076) is Vinayak Lawande.

152.     The current owner of 4300 W. Ford City Drive, Unit A-806 (19-27-401-038-1077) is Francisco Carrillo.

153.     The current owner of 4300 W. Ford City Drive, Unit A-906 (19-27-401-038-1078) is Hilda Zmora.

154.     The current owner of 4300 W. Ford City Drive, Unit A-1006 (19-27-401-038-1079) is Rodolfo Chavez.

155.     The current owner of 4300 W. Ford City Drive, Unit A-1106 (19-27-401-038-1080) is Raymundo Torres.

156.     The current owner of 4300 W. Ford City Drive, Unit A-1206 (19-27-401-

038-1081) is Arcadia Management Group, LLC. The current mortgagee is Beneficial Illinois Inc.

157.      The current owner of 4300 W. Ford City Drive, Unit A-1306 (19-27-401-038-1082) is Jose Garcia.

158.      The current owners of 4300 W. Ford City Drive, Unit A-1406 (19-27-401-038-1083) are Arshan Alamgir and Bushra Durrani.

159.      The current owners of 4300 W. Ford City Drive, Unit A-1506 (19-27-401-038-1084) are Wendy Watson and Brent Watson.

160.      The current owner of 4300 W. Ford City Drive, Unit A-207 (19-27-401-038-1085) is Terry Densmore.

161.      The current owner of 4300 W. Ford City Drive, Unit A-307 (19-27-401-038-1086) is Edgar Frutos Torres.

162.      The current owner of 4300 W. Ford City Drive, Unit A-407 (19-27-401-038-1087) is Leonard J. Woods.

163.      The current owner of 4300 W. Ford City Drive, Unit A-507 (19-27-401-038-1088) is Leokadia Mosio.

164.      The current owner of 4300 W. Ford City Drive, Unit A-607 (19-27-401-038-1089) is Ade Ogunsanya a/k/a Adetokunbo Ogunsanya a/k/a Adetokunbo O. Teju-oso.

165.      The current owner of 4300 W. Ford City Drive, Unit A-707 (19-27-401-038-1090) is James Frank Dalu.

166.      The current owner of 4300 W. Ford City Drive, Unit A-807 (19-27-401-

038-1091) is Margaret Furness. The current mortgagee is CitiMortgage Inc. The last taxpayer of record is GPAM Properties, LLC.

167.     The current owner of 4300 W. Ford City Drive, Unit A-907 (19-27-401-038-1092) is Erica Salinas. A possible party in interest is Hilda Zmora.

168.     The current owner of 4300 W. Ford City Drive, Unit A-1007 (19-27-401-038-1093) is Manuela Sanchez Flores. The last taxpayer of record is Diego Hernandez.

169.     The current owner of 4300 W. Ford City Drive, Unit A-1107 (19-27-401-038-1094) is Vinayak Lawande.

170.     The current owner of 4300 W. Ford City Drive, Unit A-1207 (19-27-401-038-1095) is Truth Empires, LLC.

171.     The current owner of 4300 W. Ford City Drive, Unit A-1307 (19-27-401-038-1096) is Akram Shahid. The current mortgagee is New Residential Mortgage, LLC.

172.     The current owner of 4300 W. Ford City Drive, Unit A-1407 (19-27-401-038-1097) is Martha Rocha.

173.     The current owner of 4300 W. Ford City Drive, Unit A-1507 (19-27-401-038-1098) is Erica Salinas. A possible party in interest is Melissa Rangel.

174.     The current owner of 4300 W. Ford City Drive, Unit A-208 (19-27-401-038-1099) is Stephen Monte Henson.

175.     The current owners of 4300 W. Ford City Drive, Unit A-308 (19-27-401-038-1100) are Winston McKoy and Hatuey McKoy.

176.     The current owner of 4300 W. Ford City Drive, Unit A-408 (19-27-401-038-1101) is Zarah Dulay.

177.     The current owners of 4300 W. Ford City Drive, Unit A-508 (19-27-401-038-1102) are Winston McKoy and Hatuey McKoy. A possible party in interest is Camryn Burnett.

178.     The current owners of 4300 W. Ford City Drive, Unit A-608 (19-27-401-038-1103) are Winston McKoy and Hatuey McKoy.

179.     The current owner of 4300 W. Ford City Drive, Unit A-708 (19-27-401-038-1104) is Diego D. Andrade. A possible party in interest is Pablo Andrade.

180.     The current owner of 4300 W. Ford City Drive, Unit A-808 (19-27-401-038-1105) is Culebra Capital, LLC. A possible party in interest is Wendy Watson.

181.     The current owner of 4300 W. Ford City Drive, Unit A-908 (19-27-401-038-1106) is Hilda Zmora. A possible party in interest is Elzbeita Morawa.

182.     The current owner of 4300 W. Ford City Drive, Unit A-1008 (19-27-401-038-1107) is Zarah Dulay.

183.     The current owner of 4300 W. Ford City Drive, Unit A-1108 (19-27-401-038-1108) is Ade Ogunsanya a/k/a Adetokunbo Ogunsanya a/k/a Adetokunbo O. Tejuoso.

184.     The current owner of 4300 W. Ford City Drive, Unit A-1208 (19-27-401-038-1109) is the Estate of Joan P. Moore.

185.     The current owners of 4300 W. Ford City Drive, Unit A-1308 (19-27-401-038-1110) are Winston McKoy and Hatuey McKoy.

186.     The current owners of 4300 W. Ford City Drive, Unit A-1408 (19-27-401-038-1111) are Analilia Carrillo and Juan Carrillo. The last taxpayer of record is Liliana Abad Fierro.

187.     The current owner of 4300 W. Ford City Drive, Unit A-1508 (19-27-401-038-1112) is Susan O'Neal. The current mortgagee is DLJ Mortgage Capital, Inc.

188.     The current owner of 4300 W. Ford City Drive, Unit A-209 (19-27-401-038-1113) is Susan M. Gniadecki.

189.     The current owner of 4300 W. Ford City Drive, Unit A-309 (19-27-401-038-1114) is Magaly Z. Garcia a/k/a Maggie Garcia.

190.     The current owner of 4300 W. Ford City Drive, Unit A-409 (19-27-401-038-1115) is Anton J. Watkins. A possible party in interest is DSI Holdings Corp.

191.     The current owner of 4300 W. Ford City Drive, Unit A-509 (19-27-401-038-1116) is Ade Ogunsanya a/k/a Adetokunbo Ogunsanya a/k/a Adetokunbo O. Tejuoso.

192.     The current owner of 4300 W. Ford City Drive, Unit A-609 (19-27-401-038-1117) is Irena A. Bagdady. The last taxpayer of record is Eminent Management Service, Inc.

193.     The current owner of 4300 W. Ford City Drive, Unit A-709 (19-27-401-038-1118) is Henry K. Wojcikowski. The current mortgagee is Argent Mortgage Company, LLC. A possible interested party is Stan Wojcikowski.

194.     The current owner of 4300 W. Ford City Drive, Unit A-809 (19-27-401-038-1119) is Stevco Nikolav.

195.    The current owner of 4300 W. Ford City Drive, Unit A-909 (19-27-401-038-1120) is Margarita Flores.

196.    The current owner of 4300 W. Ford City Drive, Unit A-1009 (19-27-401-038-1121) is Manna Property Investment, LLC. A possible party in interest Alfredo Castillo.

197.    The current owners of 4300 W. Ford City Drive, Unit A-1109 (19-27-401-038-1122) are Viridiana Alcantar Villegas and Felipe Solorzano Maya.

198.    The current owner of 4300 W. Ford City Drive, Unit A-1209 (19-27-401-038-1123) is Lyubomir Alexandrov.

199.    The current owner of 4300 W. Ford City Drive, Unit A-1309 (19-27-401-038-1124) is Believe In Thine Heart Ministries.

200.    The current owner of 4300 W. Ford City Drive, Unit A-1409 (19-27-401-038-1125) is Miroslawa Lukasiewicz. The last taxpayer of record is Ade Ogunsanya a/k/a Adetokunbo Ogunsanya a/k/a Adetokunbo O. Tejuoso.

201.    The current owner of 4300 W. Ford City Drive, Unit A-1509 (19-27-401-038-1126) is Equity Trust Co., custodian for the benefit of Christine Hsu IRA AC#200341381. A possible interested party is Christine Hsu.

202.    The current owner of 4300 W. Ford City Drive, Unit A-210 (19-27-401-038-1127) is Estela Flores. A possible party of interest is Modesta Marchetti.

203.    The current owner of 4300 W. Ford City Drive, Unit A-310 (19-27-401-038-1128) is Tanisha Malley.

204.    The current owner of 4300 W. Ford City Drive, Unit A-410 (19-27-401-

038-1129) is Hilda Zmora.

205.     The current owner of 4300 W. Ford City Drive, Unit A-510 (19-27-401-038-1130) is Agnes C. Murphy. The current mortgagee is Loancare, LLC.

206.     The current owners of 4300 W. Ford City Drive, Unit A-610 (19-27-401-038-1131) are Raymundo Torres and Luis A. Gonzalez.

207.     The current owner of 4300 W. Ford City Drive, Unit A-710 (19-27-401-038-1132) is George Spatharakis.

208.     The current owner of 4300 W. Ford City Drive, Unit A-810 (19-27-401-038-1133) is Equity Trust Co., custodian for the benefit of Christine Hsu IRA AC#200341381. A possible interested party is Christine Hsu.

209.     The current owners of 4300 W. Ford City Drive, Unit A-910 (19-27-401-038-1134) are Josef Brzek and Ewa Brzek.

210.     The current owner of 4300 W. Ford City Drive, Unit A-1010 (19-27-401-038-1135) is Kimberly Wagner.

211.     The current owner of 4300 W. Ford City Drive, Unit A-1110 (19-27-401-038-1136) is Erma Thomas. The last taxpayer of record is James A. Canavan. The current mortgagee is Wells Fargo Bank, NA.

212.     The current owner of 4300 W. Ford City Drive, Unit A-1210 (19-27-401-038-1137) is Ramona Beras Torres.

213.     The current owner of 4300 W. Ford City Drive, Unit A-1310 (19-27-401-038-1138) is Julius A. Hannon. The current mortgage holder is ABN AMRO Mortgage Group, Inc.

214.      The current owner of 4300 W. Ford City Drive, Unit A-1410 (19-27-401-038-1139) is Anna Wojas. The current mortgage holder is RBS Citizens, NA.

215.      The current owner of 4300 W. Ford City Drive, Unit A-1510 (19-27-401-038-1140) is Jose Olaf Gayton. A possible party in interest is Raymond Rogoz.

216.      The current owner of 4350 W. Ford City Drive, Unit B1-101 (19-27-401-038-1141) is Midland Federal Savings & Loan Association.

217.      The current owner of 4350 W. Ford City Drive, Unit B1-201 (19-27-401-038-1142) is Damarra Edinburg. The current mortgage holders are JP Morgan Chase Bank, NA; First Franklin Financial Corporation; and Deutsche Bank National Trust Company, as trustee for Argent Securities Inc. Asset-Backed Pass-Through Certificates, Series 2006-M1, under the pooling and servicing agreement dated June 1, 2006.

218.      The current owner of 4350 W. Ford City Drive, Unit B1-301 (19-27-401-038-1143) is GPAM Properties, LLC. The current mortgage holder is US Bank, NA, as trustee of MEB Loan Trust VI. The last taxpayer of record is Martha Hernandez.

219.      The current owner of 4350 W. Ford City Drive, Unit B1-401 (19-27-401-038-1144) is Youssef Doleh.

220.      The current owner of 4350 W. Ford City Drive, Unit B1-501 (19-27-401-038-1145) is Myron Coleman.

221.      The current owners of 4350 W. Ford City Drive, Unit B1-102 (19-27-401-038-1146) are Gregory L. Castile.

222.      The current owner of 4350 W. Ford City Drive, Unit B1-202 (19-27-401-038-1147) is Angelo J. Cruz. The current mortgagee is CitiBank, FSB.

223.     The current owner of 4350 W. Ford City Drive, Unit B1-302 (19-27-401-038-1148) is Maria A. Townsend a/k/a Maria Diaz. The current mortgagee is US Bank Trust Company, NA, successor to U.S. Bank, NA, as trustee for MASTR Asset Backed Securities Trust 2006-HE5 Mortgage Pass-Through Certificates, Series 2006-HE5.

224.     The current owner of 4350 W. Ford City Drive, Unit B1-402 (19-27-401-038-1149) is Walter L. Davis.

225.     The current owners of 4350 W. Ford City Drive, Unit B1-502 (19-27-401-038-1150) are Martin Aceves Angulo and Rosalinda Delgadillo. A possible party in interest is Rosalinda Alonso.

226.     The current owner of 4350 W. Ford City Drive, Unit B1-203 (19-27-401-038-1151) is The George Polymenakos Revocable Trust dated October 5, 2017. The trustee is George Polymenakos. The last taxpayer of record is George Polymenakos.

227.     The current owner of 4350 W. Ford City Drive, Unit B1-303 (19-27-401-038-1152) is Thelma Moore. The current mortgagee is Nationstar Mortgage, LLC. The last taxpayer of record is Birdene Mills.

228.     The current owner of 4350 W. Ford City Drive, Unit B1-403 (19-27-401-038-1153) is Roman Lira.

229.     The current owner of 4350 W. Ford City Drive, Unit B1-503 (19-27-401-038-1154) is Sree Pachamma Properties, LLC. A possible party in interest is Clifford Johnson.

230.     The current owner of 4350 W. Ford City Drive, Unit B1-104 (19-27-401-038-1155) is Gervase Bolden. A possible party in interest is Frank Carrillo.

231.     The current owner of 4350 W. Ford City Drive, Unit B1-204 (19-27-401-038-1156) is The Howard Family Trust under the trust agreement dated July 3, 2015. The trustee is Donna M. Howard. The last taxpayer of record is Mustafa M. Khan.

232.     The current owner of 4350 W. Ford City Drive, Unit B1-304 (19-27-401-038-1157) is Mayowa Uche Okobie.

233.     The current owner of 4350 W. Ford City Drive, Unit B1-404 (19-27-401-038-1158) is Godwin Omwanghe a/k/a Godwin Omawanche. The current mortgagees are US Bank, NA, successor to Bank of America, NA, successor to LaSalle Bank NA, as trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-7; and JP Morgan Chase Bank, NA.

234.     The current owner of 4350 W. Ford City Drive, Unit B1-504 (19-27-401-038-1159) is Gabriela Santamaria.

235.     The current owners of 4350 W. Ford City Drive, Unit B1-105 (19-27-401-038-1160) are Blanca Estella Diaz-Cruz and Gabriel Garcia Avila.

236.     The current owner of 4350 W. Ford City Drive, Unit B1-205 (19-27-401-038-1161) is Roberta Sweeper. The current mortgagee is Mortgage Electronic Registration Systems, Inc.

237.     The current owner of 4350 W. Ford City Drive, Unit B1-305 (19-27-401-038-1162) is Thelma Swims. The current mortgagees are Green Tree Servicing, LLC and Mortgage Electronic Registration Systems, Inc.

238.     The current owners of 4350 W. Ford City Drive, Unit B1-405 (19-27-401-038-1163) are Edgardo Aleman and Esperanza Macias. The current mortgagee is The

Huntington National Bank.

239.     The current owner of 4350 W. Ford City Drive, Unit B1-505 (19-27-401-038-1164) is Pauline C. Prater.

240.     The current owner of 4350 W. Ford City Drive, Unit B1-206 (19-27-401-038-1165) is Wayne Holloway. The current mortgagees are the Bank of New York Mellon, successor to the Bank of New York, as trustee for the holders of the GE-WMC Asset-Backed Pass-Through Certificates, Series 2005-2, and Mortgage Electronic Registration Systems, Inc. The last taxpayer of record is Thornwood Partners, Ltd.

241.     The current owner of 4350 W. Ford City Drive, Unit B1-306 (19-27-401-038-1166) is The George Polymenakos Revocable Trust dated October 5, 2017. The trustee is George Polymenakos. The last taxpayer of record is George Polymenakos.

242.     The current owner of 4350 W. Ford City Drive, Unit B1-406 (19-27-401-038-1167) is Michael T. Rzasa.

243.     The current owner of 4350 W. Ford City Drive, Unit B1-506 (19-27-401-038-1168) is Brenda J. Allen-Ballard.

244.     The current owner of 4350 W. Ford City Drive, Unit B1-207 (19-27-401-038-1169) is Irene Jones.

245.     The current owners of 4350 W. Ford City Drive, Unit B1-307 (19-27-401-038-1170) are Alberto Abel Bellido and Clara Olivares. A possible party in interest is Brent Watson.

246.     The current owners of 4350 W. Ford City Drive, Unit B1-407 (19-27-401-038-1171) are Yolanda Aguilar are Hilario Sanchez.

247.     The current owners of 4350 W. Ford City Drive, Unit B1-507 (19-27-401-038-1172) are Thomas Lorek and Mushiya Lorek.

248.     The current owner of 4350 W. Ford City Drive, Unit B1-108 (19-27-401-038-1173) is Leticia Solis. The current mortgagee is Citizens Bank, NA. A possible party in interest is Leticia Gamboa.

249.     The current owner of 4350 W. Ford City Drive, Unit B1-208 (19-27-401-038-1174) is Althea Y. Anderson.

250.     The current owner of 4350 W. Ford City Drive, Unit B1-308 (19-27-401-038-1175) is Joanna Stallworth. The current mortgagees are American Home Mortgage Corp. d/b/a American Brokers Conduit and Mortgage Electronic Registration Systems, Inc.

251.     The current owners of 4350 W. Ford City Drive, Unit B1-408 (19-27-401-038-1176) are Terry Jones and Gregory L. Jones.

252.     The current owner of 4350 W. Ford City Drive, Unit B1-508 (19-27-401-038-1177) is Analilia Carrillo. A possible party in interest is Liliana Abad Fierro.

253.     The current owner of 4280 W. Ford City Drive, Unit B2-101 (19-27-401-038-1178) is Winston McKoy.

254.     The current owners of 4280 W. Ford City Drive, Unit B2-201 (19-27-401-038-1179) are Alberto Ocampo and Crisostoma Flores De Ocampo.

255.     The current owner of 4280 W. Ford City Drive, Unit B2-301 (19-27-401-038-1180) is Homes For Veterans Co. The last taxpayer of record is Sarah Johnson.

256.     The current owners of 4280 W. Ford City Drive, Unit B2-401 (19-27-401-

038-1181) are Bruce Lance II and Joyce Lance.

257.      The current owner of 4280 W. Ford City Drive, Unit B2-501 (19-27-401-038-1182) is Berta L. Clavijo.

258.      The current owners of 4280 W. Ford City Drive, Unit B2-102 (19-27-401-038-1183) are Winston McKoy and Hatuey McKoy. A possible party in interest is Michael Ellis Johnson.

259.      The current owner of 4280 W. Ford City Drive, Unit B2-202 (19-27-401-038-1184) is Lisa P. Mayfield. The current mortgagee is The Huntington National Bank.

260.      The current owner of 4280 W. Ford City Drive, Unit B2-302 (19-27-401-038-1185) is Laura P. Olvera.

261.      The current owners of 4280 W. Ford City Drive, Unit B2-402 (19-27-401-038-1186) are Saul Arellano and Lore J. Martinez.

262.      The current owner of 4280 W. Ford City Drive, Unit B2-502 (19-27-401-038-1187) is The McElroy Trust under the trust agreement dated March 17, 1998. The trustee is Bertram McElroy. The last taxpayer of record is Bertram McElroy.

263.      The current owner of 4280 W. Ford City Drive, Unit B2-203 (19-27-401-038-1188) is Zenaida Garcia.

264.      The current owner of 4280 W. Ford City Drive, Unit B2-303 (19-27-401-038-1189) is Nathaniel K. Boston. The current mortgagee is HSBC Bank USA, NA, as trustee for the registered holders of First NLC Trust 2007-1 Mortgage-Backed Certificates, Series 2007-1.

265.     The current owners of 4280 W. Ford City Drive, Unit B2-403 (19-27-401-038-1190) are Atanas I. Petrichki and Ivan A. Petrichki.

266.     The current owner of 4280 W. Ford City Drive, Unit B2-503 (19-27-401-038-1191) is Victor Navarro. The current mortgagee is the Huntington National Bank. The last taxpayer of record is Jenniffer I. Menendez.

267.     The current owner of 4280 W. Ford City Drive, Unit B2-104 (19-27-401-038-1192) is Christopher Ramey. The current mortgagee is US Bank NA, as trustee of NRZ Recovery Trust.

268.     The current owners of 4280 W. Ford City Drive, Unit B2-204 (19-27-401-038-1193) are Javier Tapia and Cristina M. Tapia.

269.     The current owner of 4280 W. Ford City Drive, Unit B2-304 (19-27-401-038-1194) is Daniel Lobbins.

270.     The current owners of 4280 W. Ford City Drive, Unit B2-404 (19-27-401-038-1195) are Winston McKoy and Hatuey McKoy. The current mortgagee is Van Oak Capital, LLC. A possible party in interest is Patricia Obard.

271.     The current owner of 4280 W. Ford City Drive, Unit B2-504 (19-27-401-038-1196) is Marquette Bank, as trustee under trust agreement 30704 dated July 28, 2021. The current mortgagee is JP Morgan Chase Bank, NA. Possible parties in interest are Antoni Chmielewski and Jadwiga Chmielewski.

272.     The current owners of 4280 W. Ford City Drive, Unit B2-105 (19-27-401-038-1197) are Eugena Henry and Jessica Lewis.

273.     The current owner of 4280 W. Ford City Drive, Unit B2-205 (19-27-401-

038-1198) is Manuela D. Taylor-Williams

274.     The current owners of 4280 W. Ford City Drive, Unit B2-305 (19-27-401-038-1199) are Brent C. Watson and Wendy J. Watson. The last taxpayer of record is Nazario Chavez.

275.     The current owner of 4280 W. Ford City Drive, Unit B2-405 (19-27-401-038-1200) is The George Polymenakos Revocable Trust dated October 5, 2017. The trustee is George Polymenakos. A possible party in interest is Yasmin Ibrahim.

276.     The current owner of 4280 W. Ford City Drive, Unit B2-505 (19-27-401-038-1201) is The George Polymenakos Revocable Trust dated October 5, 2017. The trustee is George Polymenakos.

277.     The current owner of 4280 W. Ford City Drive, Unit B2-206 (19-27-401-038-1202) is Leethel Franklin. The current mortgagee is the Huntington National Bank.

278.     The current owner of 4280 W. Ford City Drive, Unit B2-306 (19-27-401-038-1203) is Josephine E. Johnson.

279.     The current owner of 4280 W. Ford City Drive, Unit B2-406 (19-27-401-038-1204) is Desiree Skipper.

280.     The current owner of 4280 W. Ford City Drive, Unit B2-506 (19-27-401-038-1205) is Ina M. Wise.

281.     The current owner of 4280 W. Ford City Drive, Unit B2-207 (19-27-401-038-1206) is Carla M. Davis.

282.     The current owner of 4280 W. Ford City Drive, Unit B2-307 (19-27-401-

038-1207) is John M. Smith. The beneficiaries of a transfer-on-death instrument are
Shirley Mia Smith and Burton Wayne Smith.

283.    The current owner of 4280 W. Ford City Drive, Unit B2-407 (19-27-401-038-1208) is Mayowa Uche Okorie. A possible party in interest is Mojisola Ogua-chuba.

284.    The current owner of 4280 W. Ford City Drive, Unit B2-507 (19-27-401-038-1209) is RNM Future, LLC.

285.    The current owner of 4280 W. Ford City Drive, Unit B2-108 (19-27-401-038-1210) is Ricardo Garcia.

286.    The current owner of 4280 W. Ford City Drive, Unit B2-208 (19-27-401-038-1211) is RV Holdings Three, LLC. A possible party in interest is Carlos Munoz.

287.    The current owner of 4280 W. Ford City Drive, Unit B2-308 (19-27-401-038-1212) is Diane Devroe. A possible party in interest is Daniel Lobbins.

288.    The current owner of 4280 W. Ford City Drive, Unit B2-408 (19-27-401-038-1213) is Lorene Mims.

289.    The current owner of 4280 W. Ford City Drive, Unit B2-508 (19-27-401-038-1214) is Chicago Title Land Trust Co., as trustee under trust agreement 8002382660. A possible party in interest is Delores Robinson.

290.    The current owners of 4351 W. 76th St., Unit C1-101 (19-27-401-038-1215) are Jose R. Constante and Maria I. Farias. A possible party in interest is Nicole Constante.

291.    The current owner of 4351 W. 76th St., Unit C1-201 (19-27-401-038-

50

1216) is Tonia Ponce.

292.     The current owner of 4351 W. 76th St., Unit C1-301 (19-27-401-038-1217) is US Bank, NA, successor to Michigan Avenue National Bank of Chicago, NA, as trustee under trust agreement 3098 dated March 14, 1980. A possible party in interest is Louis E. Hennerich.

293.     The current owner of 4351 W. 76th St., Unit C1-401 (19-27-401-038-1218) is Maria Dominguez. The current mortgagee is the Bank of New York Mellon, successor-in-interest to the Bank of New York, as trustee for CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1. A possible party in interest is Ignacio Dominguez Perez.

294.     The current owner of 4351 W. 76th St., Unit C1-501 (19-27-401-038-1219) is American National Bank, as trustee under trust agreement 43810 dated September 1, 1978. The last taxpayer of record is George Novogroder.

295.     The current owner of 4351 W. 76th St., Unit C1-202 (19-27-401-038-1220) is Alberto Padilla Jr. The current mortgage holder is US Bank, NA, as indenture trustee for holders of the CIM Trust 2017-7 Mortgage-Backed Notes Series 2017-1.

296.     The current owners of 4351 W. 76th St., Unit C1-302 (19-27-401-038-1221) are Angel Zarazua and Adriana Mendoza. A possible party in interest is Juan Mendoza.

297.     The current owner of 4351 W. 76th St., Unit C1-402 (19-27-401-038-1222) is Salvador Farias.

298.     The current owners of 4351 W. 76th St., Unit C1-502 (19-27-401-038-1223) are Jorge A. Iniguez and Alejandra Guzman.

299.     The current owner of 4351 W. 76th St., Unit C1-103 (19-27-401-038-1224) is Domenicos Kosteris. The last taxpayer of record is Francisco Carrillo.

300.     The current owner of 4351 W. 76th St., Unit C1-203 (19-27-401-038-1225) is The Road To Righteousness Foundation, Inc.

301.     The current owner of 4351 W. 76th St., Unit C1-303 (19-27-401-038-1226) is Efren Ruiz. The last taxpayer of record is Thornwood Partners, Ltd.

302.     The current owner of 4351 W. 76th St., Unit C1-403 (19-27-401-038-1227) is Maria R. Padilla. The current mortgagees are American Home Mortgage and Mortgage Electronic Registration Systems, Inc. A possible party in interest is Karen Hendley.

303.     The current owner of 4351 W. 76th St., Unit C1-503 (19-27-401-038-1228) is Emmanuel Oforum.

304.     The current owner of 4351 W. 76th St., Unit C1-104 (19-27-401-038-1229) is Adriana Vazquez.

305.     The current owner of 4351 W. 76th St., Unit C1-204 (19-27-401-038-1230) is The Howard Family Trust under the trust agreement dated July 3, 2015. The trustee is Donna M. Howard. The last taxpayer of record is Donna M. Howard.

306.     The current owner of 4351 W. 76th St., Unit C1-304 (19-27-401-038-1231) is Priscila Esther Torres Jimenez. A possible party in interest is Modesta Marchetti.

307. The current owner of 4351 W. 76th St., Unit C1-404 (19-27-401-038-1232) is American National Bank, as trustee under trust agreement 43810 dated September 1, 1978. The last taxpayer of record is George Novogroder.

308. The current owner of 4351 W. 76th St., Unit C1-504 (19-27-401-038-1233) is David Perez. The current mortgagees are DLJ Mortgage Capital, Inc. and Mortgage Electronic Registration Systems, Inc.

309. The current owner of 4351 W. 76th St., Unit C1-105 (19-27-401-038-1234) is Fouad M. Doolah. A possible party in interest is Yosseff Doleh.

310. The current owner of 4351 W. 76th St., Unit C1-205 (19-27-401-038-1235) is Hilda M. Zmora.

311. The current owner of 4351 W. 76th St., Unit C1-305 (19-27-401-038-1236) is Kenneth L. Wright.

312. The current owner of 4351 W. 76th St., Unit C1-405 (19-27-401-038-1237) is Zenaida Garcia. A possible party in interest is Marie Clair Javate.

313. The current owner of 4351 W. 76th St., Unit C1-505 (19-27-401-038-1238) is Anthony J. Coleman.

314. The current owner of 4351 W. 76th St., Unit C1-206 (19-27-401-038-1239) is Antonio Gaddis. A possible party in interest is Thornwood Partners, Ltd.

315. The current owners of 4351 W. 76th St., Unit C1-306 (19-27-401-038-1240) are Isaac Wilson and Enjolique Wilson. A possible party in interest is Vinizius Quaresma.

316. The current owner of 4351 W. 76th St., Unit C1-406 (19-27-401-038-

1241) is Jorge Agustin Frutos Torres.

317.    The current owner of 4351 W. 76th St., Unit C1-506 (19-27-401-038-1242) is Aaron C. Jackson.

318.    The current owners of 4351 W. 76th St., Unit C1-207 (19-27-401-038-1243) are Cyris Watson and Jamia Bray.

319.    The current owner of 4351 W. 76th St., Unit C1-307 (19-27-401-038-1244) is Octavio O. Garcia. The current mortgagee is Y&R 1 Opportunity Fund, LLC. The last taxpayer of record is Bertha Saucedo. A possible party in interest is Manna Property Investments, LLC.

320.    The current owner of 4351 W. 76th St., Unit C1-407 (19-27-401-038-1245) is Laura A. Gomez.

321.    The current owner of 4351 W. 76th St., Unit C1-507 (19-27-401-038-1246) is Aisha Rice.

322.    The current owner of 4351 W. 76th St., Unit C1-108 (19-27-401-038-1247) is Vinayak Lawande.

323.    The current owner of 4351 W. 76th St., Unit C1-208 (19-27-401-038-1248) is Dorothy R. Hardy.

324.    The current owner of 4351 W. 76th St., Unit C1-308 (19-27-401-038-1249) is Israel Miranda Teixeira.

325.    The current owner of 4351 W. 76th St., Unit C1-408 (19-27-401-038-1250) is Manna Property Investment, LLC. A possible party in interest is Laila Alharsha.

326.     The current owner of 4351 W. 76th St., Unit C1-508 (19-27-401-038-1251) is Marlon Fortineaux.

327.     The current owners of 4281 W. 76th St., Unit C2-101 (19-27-401-038-1252) are Alberto Abel Bellido and Clara Olivares.

328.     The current owner of 4281 W. 76th St., Unit C2-201 (19-27-401-038-1253) is The George Polymenakos Revocable Trust dated October 5, 2017. The trustee is George Polymenakos. A possible interested party is Robert Hudson.

329.     The current owners of 4281 W. 76th St., Unit C2-301 (19-27-401-038-1254) are Jose J. Garcia, Amparo Garcia, and David J. Garcia.

330.     The current owner of 4281 W. 76th St., Unit C2-401 (19-27-401-038-1255) is Maria J. Magana. The last taxpayer of record is Victor E. Manzo.

331.     The current owner of 4281 W. 76th St., Unit C2-501 (19-27-401-038-1256) is Kierra Barnes.

332.     The current owner of 4281 W. 76th St., Unit C2-202 (19-27-401-038-1257) is The George Polymenakos Revocable Trust dated October 5, 2017. The trustee is George Polymenakos.

333.     The current owner of 4281 W. 76th St., Unit C2-302 (19-27-401-038-1258) is Marc Jandura.

334.     The current owner of 4281 W. 76th St., Unit C2-402 (19-27-401-038-1259) is Chalese A. Conley. The current mortgagees are Homecomings Financial Network, Inc. and Mortgage Electronic Registration Systems, Inc. The last taxpayer of record is Michele J. Belousek.

335.    The current owner of 4281 W. 76th St., Unit C2-502 (19-27-401-038-1260) is Chicago Title Land Trust Co., as trustee under trust agreement 8002374731 dated May 10, 2017. The current mortgagee is JP Morgan Chase Bank, NA. A possible interested party is Robert Hudson.

336.    The current owner of 4281 W. 76th St., Unit C2-103 (19-27-401-038-1261) is Anna Wojas.

337.    The current owner of 4281 W. 76th St., Unit C2-203 (19-27-401-038-1262) is Gregory Lapapa.

338.    The current owners of 4281 W. 76th St., Unit C2-303 (19-27-401-038-1263) are Alma Santana Octaviano and Maritza Cervantes.

339.    The current owner of 4281 W. 76th St., Unit C2-403 (19-27-401-038-1264) is The Joyce Bowles Revocable Living Trust dated July 26, 2011. The trustee is Joyce Bowles. The last taxpayer of record is Joyce Bowles.

340.    The current owner of 4281 W. 76th St., Unit C2-503 (19-27-401-038-1265) is Francisco Carrillo.

341.    The current owner of 4281 W. 76th St., Unit C2-104 (19-27-401-038-1266) is Vinayak Lawande. The current mortgagee is JP Morgan Chase Bank, NA.

342.    The current owners of 4281 W. 76th St., Unit C2-204 (19-27-401-038-1267) are Juan M. Soliz and Nellie M. Cotton.

343.    The current owner of 4281 W. 76th St., Unit C2-304 (19-27-401-038-1268) is The George Polymenakos Revocable Trust. The trustee is George Poly-menakos. The last taxpayer of record is George Polymenakos, as trustee of The

George Polymenakos Revocable Trust. A possible party in interest is Yasmin Ibrahim.

344.      The current owner of 4281 W. 76th St., Unit C2-404 (19-27-401-038-1269) is Rajamer Jones. A possible party in interest is Carzie Jones.

345.      The current owner of 4281 W. 76th St., Unit C2-504 (19-27-401-038-1270) is The George Polymenakos Revocable Trust. The trustee is George Poly-menakos. The last taxpayer of record is George Polymenakos, as trustee of The George Polymenakos Revocable Trust. A possible party in interest is Yasmin Ibrahim.

346.      The current owners of 4281 W. 76th St., Unit C2-105 (19-27-401-038-1271) are Dorothy Anderson and Rona Anderson. A possible party in interest is Hec-tor Botello.

347.      The current owner of 4281 W. 76th St., Unit C2-205 (19-27-401-038-1272) is Ziad H. Al Khatib. A possible party in interest is Ziad Khatatbeh.

348.      The current owner of 4281 W. 76th St., Unit C2-305 (19-27-401-038-1273) is Sabine Desir. The current mortgage is JP Morgan Chase Bank, NA.

349.      The current owner of 4281 W. 76th St., Unit C2-405 (19-27-401-038-1274) is Hector Botello.

350.      The current owner of 4281 W. 76th St., Unit C2-505 (19-27-401-038-1275) is Diane L. Todd. The current mortgagee is the Bank of New York Mellon, as trustee of the Bear Stearns Asset Back Securities Trust 2002-2, Asset-Backed Certif-icates, Series 2002-2.

351.      The current owner of 4281 W. 76th St., Unit C2-206 (19-27-401-038-1276) is Michael Brennan. The last taxpayer of record is Hilda Zmora.

352.     The current owner of 4281 W. 76th St., Unit C2-306 (19-27-401-038-1277) is Martin Angelo Aceves. A possible party in interest is Olga Delgadillo Alonson.

353.     The current owner of 4281 W. 76th St., Unit C2-406 (19-27-401-038-1278) is Tyree Pittman.

354.     The current owner of 4281 W. 76th St., Unit C2-506 (19-27-401-038-1279) is Deborah Mitchell.

355.     The current owner of 4281 W. 76th St., Unit C2-207 (19-27-401-038-1280) is Mohammed Abubaker.

356.     The current owner of 4281 W. 76th St., Unit C2-307 (19-27-401-038-1281) is Arcadia Management Group, LLC. The current promissory note holder is Chun Yi Hsu.

357.     The current owner of 4281 W. 76th St., Unit C2-407 (19-27-401-038-1282) is Divinity Properties, LLC.

358.     The current owner of 4281 W. 76th St., Unit C2-507 (19-27-401-038-1283) is Hyun W. Shin.

359.     The current owner of 4281 W. 76th St., Unit C2-108 (19-27-401-038-1284) is William A. Wilcher.

360.     The current owner of 4281 W. 76th St., Unit C2-208 (19-27-401-038-1285) is Magdi Odeh. The last taxpayer of record is Terrence Brown.

361.     The current owner of 4281 W. 76th St., Unit C2-308 (19-27-401-038-1286) is Mohammednajib A. Alkaraki.

362.     The current owners of 4281 W. 76th St., Unit C2-408 (19-27-401-038-1287) are Aleem Waheed and Shirley Waheed.

363.     The current owners of 4281 W. 76th St., Unit C2-508 (19-27-401-038-1288) are Winston McKoy and Hatuey McKoy.

364.     The current owner of 4262 W. Ford City Dr., Unit D1-101 (19-27-401-038-1289) is Lawrence W. Collins. The last taxpayer of record is Brent Watson.

365.     The current owners of 4262 W. Ford City Dr., Unit D1-201 (19-27-401-038-1290) are Patrick Slattery and Maura Slattery Boyle.

366.     The current owner of 4262 W. Ford City Dr., Unit D1-102 (19-27-401-038-1291) is Ramona B. Reyes.

367.     The current owners of 4262 W. Ford City Dr., Unit D1-202 (19-27-401-038-1292) are Javier Urbina and Minerva Orduno.

368.     The current owner of 4262 W. Ford City Dr., Unit D1-103 (19-27-401-038-1293) is Araceli Martinez.

369.     The current owner of 4262 W. Ford City Dr., Unit D1-203 (19-27-401-038-1294) is Boguslaw Bil.

370.     The current owner of 4262 W. Ford City Dr., Unit D1-104 (19-27-401-038-1295) is Nancy C. Alston. The current mortgagee is the Huntington National Bank.

371.     The current owner of 4260 W. Ford City Dr., Unit D1-204 (19-27-401-038-1296) is The George Polymenakos Revocable Trust dated October 5, 2017. The trustee is George Polymenakos. The last taxpayer of record is George Polymenakos.

A possible party in interest is Sam Ayyad.

372.     The current owner of 4260 W. Ford City Dr., Unit D1-105 (19-27-401-038-1297) is Marcelo Rodriguez-Garcia.

373.     The current owners of 4260 W. Ford City Dr., Unit D1-205 (19-27-401-038-1298) are Boguslaw Bil and Jolanta Siwek.

374.     The current owner of 4260 W. Ford City Dr., Unit D1-106 (19-27-401-038-1299) is Boguslaw Bil.

375.     The current owner of 4260 W. Ford City Dr., Unit D1-206 (19-27-401-038-1300) is Marcelo Rodriguez-Garcia.

376.     The current owner of 4262 W. Ford City Dr., Unit D1-107 (19-27-401-038-1301) is Irene M. Rufus.

377.     The current owner of 4262 W. Ford City Dr., Unit D1-207 (19-27-401-038-1302) is Vinelle A. Myrie. The current mortgagee is First American Bank.

378.     The current owner of 4262 W. Ford City Dr., Unit D1-108 (19-27-401-038-1303) is Amelia Pacheco.

379.     The current owner of 4262 W. Ford City Dr., Unit D1-208 (19-27-401-038-1304) is Juana Reyes.

380.     The current owner of 4261 W. 76th St., Unit D2-101 (19-27-401-038-1305) is RNM Future, LLC.

381.     The current owner of 4261 W. 76th St., Unit D2-201 (19-27-401-038-1306) is Paula Mendez.

382.     The current owners of 4261 W. 76th St., Unit D2-102 (19-27-401-038-

1307) are Toni Green and Alicia Green.

383.     The current owner of 4261 W. 76th St., Unit D2-202 (19-27-401-038-1308) is Federal National Mortgage Association.

384.     The current owner of 4261 W. 76th St., Unit D2-103 (19-27-401-038-1309) is The Nancy N. Rayside Living Trust dated August 8, 2017. The trustee is Nancy N. Rayside. The last taxpayer of record is Nancy N. Rayside, as trustee of The Nancy N. Rayside Living Trust dated August 8, 2017.

385.     The current owner of 4261 W. 76th St., Unit D2-203 (19-27-401-038-1310) is Boguslaw Bil.

386.     The current owner of 4261 W. 76th St., Unit D2-204 (19-27-401-038-1311) is Marilyn L. Harvey. The current mortgagee is PNC Bank, NA.

387.     The current owner of 4261 W. 76th St., Unit D2-105 (19-27-401-038-1312) is Veronica McGraw. The current mortgagees are First NLC Financial Services, LLC and Mortgage Electronic Registration Systems, Inc.

388.     The current owner of 4261 W. 76th St., Unit D2-205 (19-27-401-038-1313) is Charlotte Howard.

389.     The current owner of 4261 W. 76th St., Unit D2-106 (19-27-401-038-1314) is Arturo F. Hernandez.

390.     The current owner of 4261 W. 76th St., Unit D2-206 (19-27-401-038-1315) is Esmeralda Rafaela Daly Rodriguez Revocable Living Trust dated May 8, 2020. The trustee is Esmeralda Rafaela Daly Rodriguez. The last taxpayer of record is Esmeralda Rafaela Daly.

391.      The current owner of 4261 W. 76th St., Unit D2-107 (19-27-401-038-1316) is Lincoln W. Seabrooks. The current mortgagee is Citibank, FSB.

392.      The current owner of 4261 W. 76th St., Unit D2-207 (19-27-401-038-1317) is Patricia T. Williams. Tracy Lynn Robinson is a beneficiary of a transfer on death instrument.

393.      The current owner of 4261 W. 76th St., Unit D2-108 (19-27-401-038-1318) is Tiffany Flowers. The current mortgagee is NewRez, LLC.

394.      The current owner of 4261 W. 76th St., Unit D2-108 (19-27-401-038-1319) is Claudette Walker.

395.      The current owners of 4300 W. Ford City Drive, P-1 (19-27-401-038-1320) are Wendy Watson and Brent Watson. The last taxpayer of record is Dennis Baker.

396.      The current owners of 4300 W. Ford City Drive, P-2 (19-27-401-038-1321) are John M. Golden and Mary A. Golden.

397.      The current owners of 4300 W. Ford City Drive, P-3 (19-27-401-038-1322) are Edgardo Aleman and Esperanza Macias. The current mortgagee is the Huntington National Bank.

398.      The current owners of 4300 W. Ford City Drive, P-4 (19-27-401-038-1323) are John M. Golden and Mary A. Golden.

399.      The current owners of 4300 W. Ford City Drive, P-5 (19-27-401-038-1324) are John M. Golden and Mary A. Golden.

400.      The current owner of 4300 W. Ford City Drive, P-6 (19-27-401-038-1325)

is Michael T. Rzasa.

401.    The current owner of 4300 W. Ford City Drive, P-7 (19-27-401-038-1326) is Hector Botello.

402.    The current owners of 4300 W. Ford City Drive, P-8 (19-27-401-038-1327) are Javier Tapia and Cristina M. Tapia.

403.    The current owner of 4300 W. Ford City Drive, P-9 (19-27-401-038-1328) is Maria A. Townsend a/k/a Maria Diaz. The current mortgagee is U.S. Bank Trust Company, NA, successor to U.S. Bank NA, as trustee for MASTR Asset Backed Securities Trust 2006-HE5 Mortgage Pass-Through Certificates, Series 2006-HE5.

404.    The current owner of 4300 W. Ford City Drive, P-10 (19-27-401-038-1329) is The George Polymenakos Revocable Trust dated October 5, 2017. The trustee is George Polymenakos.

405.    The current owner of 4300 W. Ford City Drive, P-11 (19-27-401-038-1330) is Salta Group, Inc.

406.    The current owners of 4300 W. Ford City Drive, P-12 (19-27-401-038-1331) are Terry Jones and Gregory L. Jones.

407.    The current owner of 4300 W. Ford City Drive, P-13 (19-27-401-038-1332) is Pauline C. Prater.

408.    The current owner of 4300 W. Ford City Drive, P-14 (19-27-401-038-1333) is Roberta Sweeper. The current mortgagee is Mortgage Electronic Registration Systems, Inc.

409.    The current owners of 4300 W. Ford City Drive, P-15 (19-27-401-038-

1334) are Patrick Slattery and Maura Slattery Boyle.

410.     The current owner of 4300 W. Ford City Drive, P-16 (19-27-401-038-1335) is Magaly Z. Garcia.

411.     The current owner of 4300 W. Ford City Drive, P-17 (19-27-401-038-1336) is Hilda Zmora.

412.     The current owner of 4300 W. Ford City Drive, P-18 (19-27-401-038-1337) is Leonard J. Woods.

413.     The current owner of 4300 W. Ford City Drive, P-19 (19-27-401-038-1338) is Erica Salinas.

414.     The current owners of 4300 W. Ford City Drive, P-20 (19-27-401-038-1339) are Viridiana Alcantar Villegas and Felipe Solorzano Maya.

415.     The current owner of 4300 W. Ford City Drive, P-21 (19-27-401-038-1340) is William D. O'Donnell.

416.     The current owner of 4300 W. Ford City Drive, P-22 (19-27-401-038-1341) is Carzie L. Jones.

417.     The current owner of 4300 W. Ford City Drive, P-23 (19-27-401-038-1342) is Michael Grygorcewicz. The last taxpayer of record is The RTRF Inc.

418.     The current owner of 4300 W. Ford City Drive, P-24 (19-27-401-038-1343) is Hilda Zmora.

419.     The current owner of 4300 W. Ford City Drive, P-25 (19-27-401-038-1344) is Divinity Properties, LLC.

420.     The current owners of 4300 W. Ford City Drive, P-26 (19-27-401-038-

1345) are Brent Watson and Wendy Watson. The last taxpayer of record is Dennis Baker.

421.    The current owner of 4300 W. Ford City Drive, P-27 (19-27-401-038-1346) is Donna M. Howard. The last taxpayer of record is Truth Empires, LLC.

422.    The current owner of 4300 W. Ford City Drive, P-28 (19-27-401-038-1347) is The Howard Family Trust under the trust agreement dated July 3, 2015. The trustee is Donna M. Howard.

423.    The current owner of 4300 W. Ford City Drive, P-29 (19-27-401-038-1348) is Ahmad A. Nur.

424.    The current owner of 4300 W. Ford City Drive, P-30 (19-27-401-038-1349) is Takada V. Dixon.

425.    The current owner of 4300 W. Ford City Drive, P-31 (19-27-401-038-1350) is George Spatharakis.

426.    The current owner of 4300 W. Ford City Drive, P-32 (19-27-401-038-1351) is Youssef Doleh.

427.    The current owner of 4300 W. Ford City Drive, P-33 (19-27-401-038-1352) is William Dorgan. The last taxpayer of record is Charlene Appling.

428.    The current owners of 4300 W. Ford City Drive, P-34 (19-27-401-038-1353) are Brent Watson and Wendy Watson. The last taxpayer of record is Louis Gonzalez.

429.    The current owner of 4300 W. Ford City Drive, P-35 (19-27-401-038-1354) is Roman Lira.

430.      The current owner of 4300 W. Ford City Drive, P-36 (19-27-401-038-1355) is IDSB Capital, LLC.

431.      The current owner of 4300 W. Ford City Drive, P-37 (19-27-401-038-1356) is Martin Aceves Angulo.

432.      The current owner of 4300 W. Ford City Drive, P-38 (19-27-401-038-1357) is Annette Wofford. The current mortgagee is Wells Fargo Bank, NA.

**B. Building Code Violations.**

433.      Matthew Beaudet is the Commissioner of the Department of Buildings of City of Chicago, and as such and pursuant to the Building Code of City of Chicago, caused inspection(s) to be conducted by inspectors of the Department of Buildings of City of Chicago, who have knowledge of the facts underlying the violations stated in this Complaint.

434.      On May 16, 2023, and on each succeeding day thereafter and on numerous other occasions, the defendant(s) failed to comply with the Municipal Code of the City of Chicago as follows:

***1. Building A1 – 4300 W. Ford City Drive.***

435.      Violations at Building A1 – 4300 W. Ford City Drive are:

1. CN064014      REPAIR CORNICE

Failed to maintain cornice in good repair and free from cracks and defects (§§13-196-530(e), 13-196-641).

South elevation, cornice - Metal cladding at top of building buckling and loose.

2. CN061014      REPAIR EXTERIOR WALL

Failed to maintain the exterior walls of a building or structure free from

66

holes, breaks, loose, or rotting boards or timbers and any other conditions which might admit rain or dampness to the walls (§§13-196-530(b), 13-196-641).

Multiple elevations - Small cracked and spalled areas of concrete. Some spots have rusted expose rebar, some sections have loose concrete. West elevation, concrete slab edge and column - Multiple cracked and spalled sections, some with exposed rust rebar. Washed out mortar with fractures around air conditioner openings in wall.

3.  CN062034      REPAIR COPING

Failed to maintain roof coping in good repair and free from cracks defects (§§13-196-530, 13-196-530(c) and 13-196-641).

West elevation, entry canopy structure - Coping tiles missing - Wood substrate rotting.

4.  CN079014      REPAIR/REBUILD GARAGE OR SHED

Failed to maintain garage in sound condition and repair (§§13-196-530, 13-196-641).

West elevation, garage - Metal overhead door frame - Rusted, Brick fractured around frame. Drain at door filled with debris. North exterior walls - masonry fractured. South interior vestibule - block wall fractured.

5.  CN104035      MAINTAIN WINDOW

Failed to maintain windows in sound condition and good repair (§§13-196-550(b) and (f)).

West elevation, 2nd floor - Window cracked. South elevation, 14th floor - Window cracked. East elevation, 13th and 6th floors - Window cracked.

6.  CN031023      FIRE EXTINGUISHER - RECHARGE & TAG

Failed to maintain properly charged fire extinguisher, and to attach tag which clearly indicates recharge date and signature of the person who performed the recharge (§15-16-680).

Entire Building - Fire extinguisher tags expired 2021.

7.  CN103015      REPAIR FLOOR

Failed to maintain floor free from holes and wide cracks and free from loose,

warped, protruding or rotting floor boards (§§13-196-540(a) and (b)).

1st floor elevator lobby - Floor missing finish in front of elevator door. Exposed concrete uneven and is a trip hazard.

8.  CN197087      CARBON MONOXIDE DETECTOR

Install carbon monoxide detector within 40 feet of every sleeping room in residential structure pursuant to §§13-64-190, 13-64-210 of the Code.  A carbon monoxide detector is needed whenever there is a heating appliance on the premises that burns fossil fuel such as gas, oil, or coal, or air that is circulated through a heat exchanger. Install according to manufacturer instructions.  A hard-wired model requires an electrical wiring permit. In a single-family residence, be sure the detector is on or below the lowest floor with a place to sleep. In a multiple dwelling residence heated by a boiler, install a detector in the same room as the boiler. Otherwise, each apartment follows single family guidelines.  The owner is responsible for installation and written instructions, the tenant for testing, maintenance, and batteries.

1st floor boiler room - Missing Carbon monoxide detector.

9.  CN136016      ROACHES

Exterminate roaches and keep dwelling insect-free (§13-196-630 C).

1st floor boiler room - Roach infestation.

10. CN107035      MAINTAIN EXIT SIGN ILLUMINATED

Failed to maintain all exit signs illuminated when building is occupied and otherwise maintain exit signs in good condition (§§13-196-090, 13-160-700 thru 13-160-770).

15th floor, 3rd floor and 1st floor office - Exit signs and stair signs out of service at time of inspection. Parking Garage - Exit signs out.

11. NC5012   CLASS B DOOR IN STAIRWELL

Failed to provide stairwell opening with self-closing, framed, 1-1/2 hour Class B door (§15-8-180).

15th floor North stair, 5th floor south stair and 1st floor south stair - Stair well door does not close and latch shut.

12. NC5042   SELF-CLOSE CLASS B FIRE DOOR

Failed to provide 1-1/2-hour Class B fire door with self-closing device (§15-8-180).

Multiple floors - Trash chute doors do not close, and latch shut.

13. CN078014       ILLUMINATE EXIT AREAS

Failed to provide and maintain adequate illumination of exit areas (§13-160-660, 13-160-670, 13-196-080).

Multiple areas throughout building - Emergency lighting out of service at time of inspection.

14. CN194029       PROVIDE

Provide per code section 14X-5-505.9.7 through 14X-5-505.9.7.2 - Stairway Signage - Identification and re-entry. 2d floor North Stair - missing interior stairway identification.

15. CN016012       PROVIDE CLASS A FIRE DOOR

Failed to provide approved Class A door or other approved assembly on both sides of breach in firewall.  One door must be automatic and other door can be either automatic or self-closing (§15-8-060(c)).

Parking garage class A fire door at vestibule does not close and latch shut.

16. CN103035       STRUCTURAL MEMBER, PIER BLOCK

Repair or replace defective structural member (13-196-530 A).

Parking garage - Multiple interior concrete columns cracked and spilled at base of column.

17. CN138056       EXCESSIVE DEBRIS

Remove accumulation of refuse and debris and keep premises clean (§§13-196-580, 13-196-630).

Penthouse - Junk, debris and garbage being stored. Trash chute rooms - dirty with garbage debris on floor.

18. PL157047       STOP LEAKING WATER

Stop leaking water (§18-29-102.3).

1st floor storage room - Multiple areas of exposed plumbing riser piping leaking. 1st floor corridor - Water leaking from 2nd floor near boiler room.

### 19. CN069034        REPAIR AREAWAY WALL

Failed to maintain areaway walls in sound condition and good repair (§§13-196-530, 13-196-530(b), 13-196-641).

North elevation - Parking lot - Accessible parking spot C6 - Section of concrete retaining wall at cracked and missing with exposed rusted rebar. Curb and railing missing - Fall hazard for both pedestrians and cars.

### 20. CN041063        CUT OR REMOVE HIGH WEEDS

Failed to cut or remove weeds, grass or other growth that present a fire hazard (§15-4-970).

North elevation - Live roof on top of parking garage - Weeds and grass overgrown.

### 21. EL0029          EXPOSED WIRING

Remove exposed wiring (§18-27-300.4).

Exterior around building - Open and exposed electrical wires.

### 22. CN104015        REPLACE WINDOWPANES, PLEXGLAS

Replace broken, missing, or defective windowpanes (§13-196-550(a)).

Multiple fire hose cabinets in both north and south stairwells glass broken and loose.

### 23. NC9052          2HR SEPERATION FOR STORAGE >100SF

Failed to provide partitions with at least two-hour fire resistance to enclose storage rooms exceeding 100 square feet in multiple dwellings, institutional units and assembly units (§15-8-240(b)).

1st floor large storage room - Holes in wall through to corridor. Missing complete fire separation.

### 24. CN067014        REPAIR ROOF

Failed to maintain roof in sound condition, sound repair, watertight, and free from defects (§13-196-530, 13-196-530(c)).

70

Roof - Section at west side missing rock ballast - Exposed roof membrane warn, buckling and cracked.

## 25. EV1111   MAINTAIN OR REPAIR HYDRAULIC ELEVATOR

Failed to maintain hydraulic elevator equipment provided at premises in safe and sound working condition (13-196-590, 13-196-630(b), 18-30-001).

Must repair fire service Phase 1 recall. Must eliminate shut down faults to provide proper operation of elevators. Elevator Shut-downs are way too high. Must return south car to service, out of service from August 6, 2021. Must close out modernization permit number 100808793. No progress on permit since April 28th, 2021.

## 26. EV1110   MAINTAIN OR REPAIR ELECTRIC ELEVATOR

Failed to maintain electric elevator equipment provided at premises in safe and sound working condition (13-196-590, 13-196-630(b), 18-30-001).

Must provide a separate designated electrical outlet for the sump pump and include a sump pump cover. Must close out modernization permit, no progress on permit since April 28th, 2021. Must reroute the electrical pipe in pit to prevent a trip hazard. Must provide all manufacturing testing information and permit in machine. Must provide the red stripe diagonal warning in pit due to CWT hazard. Must provide the damper switch for preexisting air vent in machine room. Must remove non-elevator related smokes in the machines room. Must patch holes in machine room floors. Must provide climate control inside the machine room. Must install a code compliant pit ladder. Must number mechanicals in pit. Must dry and seal elevator pits. Must provide 10-foot candles of illumination throughout both elevator pits. Must install GFI's in both pits and at controllers. Under compensation chains, marking shall be provided which consist of alternating 50 mm (2 inches) diagonal red and white stripes on pit floor. Must provide a sign with the words "DANGER COUNTERWEIGHTS" shall be prominently posted on the wall and visible from the bottom of the pit ladder.  Must provide a fire command lobby panel with a diagrammatic representation of the building in relation to the street. Must provide an elevator corridor call station pictograph on each floor. Must provide a fire key box with fire service keys and a drop key. Must install emergency lights in elevator lobbies. Must provide safe means of access to machine room.  Must provide 10-foot candles of illumination through machine room. Must remove all combustible material, old pipes, and EMT from machine room. Must seal vent openings in machine room walls. Must remove all old car top equipment from elevators. Must remove wall studs in both hoist ways, left over from construction. Both elevators need the right smoothed out and levelled.

71

## 2. *Building B1 – 4350 W. Ford City Drive.*

436.     Violations at Building A1 – 4530 W. Ford City Drive are:

27. CN194029     PROVIDE

North and south stairwells at all floors - code compliant stairwell identifica-
tion signage missing on inside and outside of stairwell (Provide per code sec-
tion 13-76-075 Stairwell Identification).

28.     CN197019   INSTALL SMOKE DETECTORS

Install and maintain approved smoke detectors pursuant to §§13-196-100
thru 13-196-160 of the Code.  Install a smoke detector in every dwelling unit.
Install one on any living level with a habitable room or unenclosed heating
plant, on the uppermost ceiling of enclosed porch stairwell, and within 15 feet
of every sleeping room. Be sure the detector is at least 4 inches from the wall,
4 to 12 inches from the ceiling, and not above door or window.

1st floor north and south storage rooms and mechanical room - smoke detec-
tors missing (14X-5-504.8, 14X-5-504.8.4, 14B-9-907.2.10.1 through 14B-9-
907.2.10.7, 14B-9-915.4.4, and 14R-11-1104).

29.     CN197087   CARBON MONOXIDE DETECTOR

Install carbon monoxide detector within 40 feet of every sleeping room in resi-
dential structure pursuant to §§13-64-190, 13-64-210 of the Code.  A carbon
monoxide detector is needed whenever there is a heating appliance on the
premises that burns fossil fuel such as gas, oil, or coal, or air that is circu-
lated through a heat exchanger. Install according to manufacturer instruc-
tions.  A hard-wired model requires an electrical wiring permit. In a single-
family residence, be sure the detector is on or below the lowest floor with a
place to sleep. In a multiple dwelling residence heated by a boiler, install a
detector in the same room as the boiler. Otherwise, each apartment follows
single family guidelines.  The owner is responsible for installation and writ-
ten instructions, the tenant for testing, maintenance, and batteries.

1st floor mechanical room - carbon monoxide detector missing (14X-5-504.9,
14B-9-915.1.1, 14B-9-915.2, and 14R-11-1105).

30.     CN044013   PIPE OPENING W/NONCOMBUSTIBLE MATERIAL
Failed to fill openings around exposed pipes or power shafting with approved

noncombustible materials (§15-8-640).

(1) 1st floor mechanical and trash rooms — gaps at pipe penetrations; and (2) All floors trash chute/electrical closets — gaps at pipe penetrations.

31.    CN031023    FIRE EXTNGUISHER RECHARGE & TAG

Failed to maintain properly charged fire extinguisher, and to attach tag which clearly indicates recharge date and signature of the person who performed the recharge (§15-16-680).

All fire extinguishers throughout the building - tags expired with only 2021 displayed.

32.    CN103015    REPAIR FLOOR

Failed to maintain floor free from holes and wide cracks and free from loose, warped, protruding or rotting floorboards (§§13-196-540(a) and (b)).

(1) 1st floor laundry room floor tiles - various cracked and broken creating a trip hazard; and (2) 5th floor south stairwell landing - 4inch diameter concrete spall creating a trip hazard.

33.    CN101015    REPAIR INTERIOR WALLS/CEILING

Failed to maintain interior walls and ceilings free from holes or cracks (§13-19-540(c)).

2nd floor corridor ceiling south of elevator - water damaged drywall with discolored and bubbled paint.

34.    CN136026    INSECTS

Exterminate insects and keep dwelling insect-free (§13-196-630 C).

Bed bug infestation throughout the premises - property needs to be treated by certified bed bug exterminator(s) throughout the premises - the Chicago Department of Buildings will not consider this violation complied without proof of said extermination and proof of exterminator's qualifications specifically with regard to bed bugs.

35.    CN015062    OBSTRUCTIONS IN EXIT WAY

Failed to remove obstruction from exit way that hampers travel and evacuation (§§13-160-070, 13-196-080).

4th floor south stairwell landing - used mattress stored with live crawling bed bugs all over.

36.   CN105035   REPAIR DOOR HARDWARE

Repair or replace door hardware (§13-196-550).

Interior doors not closing or latching at (1) 2nd floor trash chute/electrical closet door; and (2) 3rd floor north stairwell door.

37.   CN017012   INTERIOR FINISH FIRE RESISTANCE

Failed to use appropriate fire-resistant materials on interior wall, interior trim, and ceiling finishes (§§15-8-370, 15-8-380 thru 15-8-430).

1st floor laundry room behind dryers – 24 inches by 24 inches opening in concrete block wall.

38.   EL0027   RESTORE EXIT AND EMERGENCY LIGHTING

Restore exit and emergency lighting system and related equipment to operable condition (§18-27-700.6).

All emergency lights throughout building - did not work when tested.

39.   EV1111   MAINTAIN OR REPAIR HYDRAULIC ELEVATOR

Failed to maintain hydraulic elevator equipment provided at premises in safe and sound working condition (13-196-590, 13-196-630(b), 18-30-001).

Must install a fire key box with machine room keys and drop key. Must perform a category one test and static test; and provide documentation and test tags. Must provide pressure readings on stop ring and with machine room gate valve closed. Must provide 10-foot candles of illumination in elevator pit. Must repair/replace machine room door; door to be fire rated for 90 minutes and self-closing. Must provide complaint pit ladder. Must provide documentation of a double bottom jack assembly or replace jack assembly. Must repair/replace car door restrictor. Must repair/replace the emergency phone and program the phone to a 24-hour service, not 911. Must provide a maintenance control program with maintenance logs, oil logs, and test reports. Must secure loose sight guards on hoist way doors. Must keep machine room clean and dry, and eliminate all leaks, including water. Must provide a machine room door that is fire rated for 90 minutes and self-closing.

***3. Building B2 – 4280 W. Ford City Drive.***

437.     Violations at Building A1 – 4280 W. Ford City Drive are:

40. CN194029        PROVIDE

North and south stairwells at all floors - code compliant stairwell identifica-
tion signage missing on inside and outside of stairwell (Provide per code sec-
tion 13-76-075 Stairwell Identification).

41.    CN197019    INSTALL SMOKE DETECTORS

Install and maintain approved smoke detectors pursuant to §§13-196-100
thru 13-196-160 of the Code.  Install a smoke detector in every dwelling unit.
Install one on any living level with a habitable room or unenclosed heating
plant, on the uppermost ceiling of enclosed porch stairwell, and within 15 feet
of every sleeping room. Be sure the detector is at least 4 inches from the wall,
4 to 12 inches from the ceiling, and not above door or window.

1st floor storage rooms and laundry room - smoke detectors missing (14X-5-
504.8, 14X-5-504.8.4, 14B-9-907.2.10.1 through 14B-9-907.2.10.7, 14B-9-
915.4.4, and 14R-11-1104).

42.    CN197079    REPAIR/REPLACE SMOKE DETECTORS

Repair or replace defective or out of service smoke detectors and operate con-
tinuously (§§13-196-130, 13-196-140).

5th floor north and south stairwells - smoke detector did not work when
tested (14X-1-103.2, 14X-1-103.3, 14X-504.1.1, 14X-5-504.10 and 14A-3-
314.1.4).

43.    CN197087    CARB MONOX DETECTOR

Install carbon monoxide detector within 40 feet of every sleeping room in resi-
dential structure pursuant to §§13-64-190, 13-64-210 of the Code.  A carbon
monoxide detector is needed whenever there is a heating appliance on the
premises that burns fossil fuel such as gas, oil, or coal, or air that is circu-
lated through a heat exchanger. Install according to manufacturer instruc-
tions.  A hard-wired model requires an electrical wiring permit. In a single-
family residence, be sure the detector is on or below the lowest floor with a
place to sleep. In a multiple dwelling residence heated by a boiler, install a
detector in the same room as the boiler. Otherwise, each apartment follows
single family guidelines.  The owner is responsible for installation and writ-
ten instructions, the tenant for testing, maintenance, and batteries.

1st floor laundry room - carbon monoxide detector missing (14X-5-504.9, 14B-
9-915.1.1, 14B-9-915.2, and 14R 11-1105).

44.    CN044013    PIPE OPENING W/NONCOMBUSTIBLE MATERIAL

Failed to fill openings around exposed pipes or power shafting with approved noncombustible materials (§15-8-640).

(1) 1st floor mechanical and trash rooms — gaps at pipe penetrations; and (2) All floors trash chute/electrical closets — gaps at pipe penetrations.

45.    CN107035    MAINTAIN EXIT SIGN ILLUMINATED

Failed to maintain all exit signs illuminated when building is occupied and otherwise maintain exit signs in good condition (§§13-196-090, 13-160-700 thru 13-160-770).

1st floor elevator lobby - exit sign not illuminated.

46.    CN103015    REPAIR FLOOR

Failed to maintain floor free from holes and wide cracks and free from loose, warped, protruding, or rotting floor boards (§§13-196-540(a) and (b)).

1st floor corridor adjacent to laundry room - water damaged floor finish with broken and missing areas creating a trip hazard.

47.    CN101015    REPAIR INTERIOR WALLS/CEILING

Failed to maintain interior walls and ceilings free from holes or cracks (§13-19-540(c)).

(1) 1st floor corridor north end at various ceiling locations - soft, water damaged drywall with discolored and bubbled paint; (2) 1st floor elevator lobby southwest wall - water damaged drywall with large bulge - broken, crumbling base an flinch diameter hole above; (3) 3rd floor corridor ceiling north of the trash chute/electrical closet - water damaged drywall with discolored and bubbled paint; and (4) 5th floor corridor ceiling north of elevator - water damaged with bubbled and discolored paint.

48.    CN105035    REPAIR DOOR HARDWARE

Repair or replace door hardware (§13-196-550).

Interior doors not closing or latching at (1) 2nd floor trash chute/electrical closet door; and (2) 1st floor north and 4th floor south stairwell doors.

49.    CN031023    FIRE EXTNGUISHER RECHARGE & TAG

Failed to maintain properly charged fire extinguisher, and to attach tag which clearly indicates recharge date and signature of the person who performed the recharge (§15-16-680).

All fire extinguishers throughout building - tags expired with only 2021 displayed; (2) 1st floor south stairwell, 2nd floor north and south stairwells - fire extinguishers missing; and (3) 5th floor north stairwell, 4th floor north and south stairwells - fire extinguishers out of charge.

50.    EL0027    RESTORE EXIT AND EMERGENCY LIGHTING

Restore exit and emergency lighting system and related equipment to operable condition (§18-27-700.6).

All emergency lights throughout building - did not work when tested.

51.    EV1111    MAINTAIN OR REPAIR HYDRAULIC ELEVATOR

Failed to maintain hydraulic elevator equipment provided at premises in safe and sound working condition (13-196-590, 13-196-630(b), 18-30-001).

Must install a fire key box with machine room keys and drop key. Must provide a maintenance control program with maintenance logs, oil logs, and test tags. Must repair/replace emergency phone and program to a 24-hour manned service, not 911. Must perform a category one test and static test, provide the documentation and test tags. Provide pressure readings on stop ring and with machine room gate valve closed. Must provide documentation of a double bottom jack assembly or replace the jack assembly. Must keep the machine room clean and dry and eliminate oil leaks and water leaks. Must identify the machine room. Must repair/replace the car door restrictor. Must secure loose sight guards on hoist way doors. Must provide a code compliant pit ladder. Must provide ten foot candles of illumination in elevator pit. Must repair/replace the machine room door; the door must be fire rated for 90 minutes and self-closing.

## 4. *Building C1 – 4351 W. 76th Street*

438.    Violations at Building C1 – 4351 W. 76th Street are:

52.    CN061014    REPAIR EXTERIOR WALL

Failed to maintain the exterior walls of a building or structure free from holes, breaks, loose, or rotting boards or timbers and any other conditions which might admit rain or dampness to the walls (§§13-196-530(b), 13-196-641).

All elevations, concrete slab edges cracked and spalled, brick fractured. Concrete walls large areas cracked and spalled with exposed rusted rebar. Some temporary stabilization installed with protective fence around entire

77

building. No imminent dangerous and hazardous condition with protective
fence. Plans and Permit required for all repairs.

53.   CN031023   FIRE EXTNGUISHER RECHARGE & TAG

Failed to maintain properly charged fire extinguisher, and to attach tag
which clearly indicates recharge date and signature of the person who per-
formed the recharge (§15-16-680).

Entire Building - Fire extinguisher tags expired.

54.   CN107035   MAINTAIN EXIT SIGN ILLUMINATED

Failed to maintain all exit signs illuminated when building is occupied and
otherwise maintain exit signs in good condition (§§13-196-090, 13-160-700
thru 13-160-770).

4th floor exit sign not illuminated.

55.   CN107015   ILLUMINATE PUBLIC STAIR/HALL

Failed to provide and maintain adequate illumination for public hall and
stairwell (§§13-196-080, 13-196-450, 13-160-660, 13-160-670).

All floors - Emergency lighting out of service at time of inspection.

56.   CN015062   OBSTRUCTIONS IN EXIT WAY

Failed to remove obstruction from exit way that hampers travel and evacua-
tion (§§13-160-070, 13-196-080).

All interior corridors - obstructed by shopping carts being stored in corridors.

57.   N197079   REPAIR/REPLACE SMOKE DETECTORS

Repair or replace defective or out of service smoke detectors and operate con-
tinuously (§§13-196-130, 13-196-140).

South interior stairwell - Smoke detector low battery. North interior stairwell
- Smoke detector out of service.

58.   CN015062   OBSTRUCTIONS IN EXIT WAY

Failed to remove obstruction from exit way that hampers travel and evacua-
tion (§§13-160-070, 13-196-080).

West elevation - Exit from Laundry room obstructed by construction fence.

Missing clear path from building to public way. Dangerous and Hazardous

### 59.   CN061074    PROTECT SIDEWALK DURING CONSTRUCTION

Failed to protect public sidewalk or thoroughfare from work done under permit (§§13-124-130 thru 13-124-180).

West elevation - Exit from laundry room - Missing protective canopy to provide protected clear path to public. Dangerous and Hazardous

### 60.   NC5042         SELF-CLOSE CLASS B FIRE DOOR

Failed to provide 1-1/2-hour Class B fire door with self-closing device in (§15-8-180).

Multiple floors - Trash Chute hatch door does not close, and latch does not shut.

### 61.   NC4032         2-HR STAIR ENCLOSURE, 4+ STORY

Failed to enclose interior stairwell in building over three stories by partitions with at least two-hour fire resistance in (§15-8-140).

2nd and 3rd floor Stairwell doors do not close, and latch does not shut.

### 62.   CN133016   CARPETING

Repair or replace defective and dangerous carpeting (§§13-196-630, 13-196-540).

4th floor corridor - Carpeting filthy and unsanitary.

### 63.   NC6012         1HR PUB.CORRIDOR IN MULT. D.U.

Failed to enclose public corridor in multiple dwellings with partitions, floors, and ceilings providing at least one hour fire resistance in (§13-64-020(b)).

1st and 2nd floor corridor - Holes in corridor walls, Missing complete fire separation. Some drywall is buckling with gaps between sheets of drywall.

### 64.   NC9052         2HR SEP FOR STORAGE >100SF

Failed to provide partitions with at least two-hour fire resistance to enclose storage rooms exceeding 100 square feet in multiple dwellings, institutional units and assembly units (§15-8-240(b)).

1st floor laundry room and storage room - Wall between storage room and

laundry room removed. Large hole with no fire separation.

### 65.   CN103015    REPAIR FLOOR

Failed to maintain floor free from holes and wide cracks and free from loose, warped, protruding or rotting floorboards (§§13-196-540(a) and (b)).

1st floor north corridor - Floor deteriorated and rotten with water damage.

### 66.   CN197087    CARB MONOXIDE DETECTOR

Install carbon monoxide detector within 40 feet of every sleeping room in residential structure pursuant to §§13-64-190, 13-64-210 of the Code.  A carbon monoxide detector is needed whenever there is a heating appliance on the premises that burns fossil fuel such as gas, oil, or coal, or air that is circulated through a heat exchanger. Install according to manufacturer instructions.  A hard-wired model requires an electrical wiring permit. In a single-family residence, be sure the detector is on or below the lowest floor with a place to sleep. In a multiple dwelling residence heated by a boiler, install a detector in the same room as the boiler. Otherwise, each apartment follows single family guidelines.  The owner is responsible for installation and written instructions, the tenant for testing, maintenance, and batteries.

1st floor laundry room - Missing carbon monoxide detector.

### 67.   CN077014    REPAIR FENCE

Failed to maintain fence in good condition and repair (§§7-28-060, 13-196-630, 13-196-641).

West elevation protective construction fence - Fence cut to provide access to rear patio and area under construction. Dangerous and Hazardous

### 68.   CN101015    REPAIR INTERIOR WALLS/CEILING

Failed to maintain interior walls and ceilings free from holes or cracks (§13-19-540(c)).

Multiple floors in corridors - Water damage to ceilings. 1st floor corridor - Peeling paint at ceiling.

### 69.   CN131026    REPAIR SCREENS

Repair or replace defective screen (§13-196-560 B).

All elevations - Missing window screens.

70.    CN138056   DEBRIS, EXCESSIVE

Remove accumulation of refuse and debris and keep premises clean (§§13-196-580, 13-196-630).

East elevation 1st floor north dwelling unit - Excessive amounts of junk and debris stacked on patio. Furniture old tires, and boxes. - Rat harbor and fire hazard

71.    CN194029   PROVIDE

Provide Stairway identification and re-entry signage per code sections 14X-5-505.9.7 thru 14X-5-505.9.7.2 and 14B-10-1023.9. Stairway identification and re-entry signage required in existing buildings exceeding 3 stories above grade pane. Alphabetical or directional letter identification for the exit stairway and the number of the 1 to which the door opens must be posted within every interior exit stairway adjacent to each floor. Re-entry information showing which floor have re-entry locations must be posted adjacent to every door to an exit stair' on the occupancy side. (14X-5-505.9.7 thru 14X-5-505.9.7.2, 14B-10-1023.9 and 14B-10-1023.9.1).

72.    EV1111    MAINTAIN OR REPAIR HYDRAULIC ELEVATOR

Failed to maintain hydraulic elevator equipment provided at premises in safe and sound working condition (13-196-590, 13-196-630(b), 18-30-001).

Must perform a category one test and static test and provide the documentation and test tags. Provide pressure readings on stop ring and with machine room gate valve closed. Must provide documentation of a double bottom jack assembly or replace the jack assembly. Provide ten foot candles of illumination in elevator pit. Must provide a compliant pit ladder. Must repair/replace the machine room door, must be a fire rated 90 minutes and self-closing door. Must repair/replace the emergency phone and program to a 24-hour manned service, not 911. Must repair/replace the car door restrictor. Must keep the machine room clean and dry and eliminate all oil leaks and water leaks. Must secure loose sight guards on hoist way doors. Must install fire key box with machine room keys and drop keys.

## 5. *Building C2 – 4281 W. 76th Street*

439.    Violations at Building C1 – 4281 W. 76th Street are:

73. CN061014    REPAIR EXTERIOR WALL

Failed to maintain the exterior walls of a building or structure free from holes, breaks, loose, or rotting boards or timbers and any other conditions which might admit rain or dampness to the walls (§§13-196-530(b), 13-196-

641).

East and south elevations, concrete slab edges cracked and spalled, brick fractured. Concrete walls large areas cracked and spalled with exposed rusted rebar. Some temporary stabilization installed with protective fence around entire building. No imminent dangerous and hazardous condition with protective fence. Plans and Permit required for all repairs.

74.    CN069034    REPAIR AREAWAY WALL

Failed to maintain areaway walls in sound condition and good repair (§§13-196-530, 13-196-530(b), 13-196-641).

West elevation ground floor retaining wall - large fracture in brick with loose brick and mortar.

75.    CN067024    REPAIR EAVES

Failed to maintain roof eaves in good repair and free from cracks and defects which may admit rain (§§13-196-530, 13-196-530(c), and 13-196-641).

West elevation, front entry enclosure canopy - water damage to ceiling.

76.    CN104035    MAINTAIN WINDOW

Failed to maintain windows in sound condition and good repair (§§13-196-550(b) and (f)).

South elevation 1st and 2nd floors loose and bent storm window frames. South elevation 1st floor - Broken windowpane. West elevation, 2nd floor Loose storm window.

77.    CN194019    REPAIR OR REPLACE

West and east elevations - Large unprotected holes in walls - Missing vent covers.

78.    CN138066    DEMO DEBRIS

Remove debris from demolition (§13-124-110).

East elevation – demolition debris - large pile of bricks outside laundry room.

79.    CN194029    PROVIDE

Provide Stairway identification and re-entry signage per code sections 14X-5-505.9.7 thru 14X-5-505.9.7.2 and 14B-10-1023.9. Stairway identification and

re-entry signage required in existing buildings exceeding 3 stories above grade pane. Alphabetical or directional letter identification for the exit stairway and the number of the to which the door opens must be posted within every interior exit stairway adjacent to each floor. Re-entry information showing which floor have re-entry locations must be posted adjacent to every door to an exit stair on the occupancy side (14X-5-505.9.7 thru 14X-5-505.9.7.2, 14B-10-1023.9 and 14B-10-1023.9.1).

80.    CN031023    FIRE EXTNGUISHER RECHARGE & TAG

Failed to maintain properly charged fire extinguisher, and to attach tag which clearly indicates recharge date and signature of the person who performed the recharge (§15-16-680).

All floors - fire extinguisher recharge tags expired 2021.

81.    CN015062    OBSTRUCTIONS IN EXIT WAY

Failed to remove obstruction from exit way that hampers travel and evacuation (§§13-160-070, 13-196-080).

Multiple floors - shopping carts in corridor obstructs egress.

82.    CN078014    ILLUMINATE EXIT AREAS

Failed to provide and maintain adequate illumination of exit areas (§§13-160-660, 13-160-670, 13-196-080).

Multiple floors - emergency lighting not working when tested.

83.    CN107035    MAINTAIN EXIT SIGN ILLUMINATED

Failed to maintain all exit signs illuminated when building is occupied and otherwise maintain exit signs in good condition (§§13-196-090, 13-160-700 thru 13-160-770).

5th floor and 2nd floor Exit signs to stairwell out of service.

84.    CN197079    REPAIR/REPLACE SMOKE DETECTORS

Repair or replace defective or out of service smoke detectors and operate continuously (§§13-196-130, 13-196-140).

5th floor north stair - smoke detector out of service.

85.    NC5062            HOLDOPEN DEVICE, STAIR 3+ FIRS

Failed to remove fusible links and/or other hold-open mechanism on stairwell doors in buildings where stairwells serve more than three floors (§15-8-180(c)).

4th floor - stair door being held open by brick.

86.   NC4032            2-HR STAIR ENCLOSURE, 4+ STORY

Failed to enclose interior stairwell in building over three stories by partitions with at least two hour fire resistance (§15-8-140).

The 4th floor stair door does not close, and latch shut. 2nd floor south stair door - Missing doorknob, door does not close, and latch shut. 1st floor south stair door rubs on carpet - door does not close and latch shut.

87.   NC5042            SELF-CLOSE CLASS B FIRE DOOR

Failed to provide 1-1/2 hour Class B fire door with self-closing device (§15-8-180).

Multiple floors - trash chute hatch doors do not close, and latch shut.

88.   CN133016   CARPETING

Repair or replace defective and dangerous carpeting (§§13-196-630, 13-196-540).

2nd floor corridor - carpeting filthy.

89.   CN197087   CARB MONOXIDE DETECTOR

Install carbon monoxide detector within 40 feet of every sleeping room in residential structure pursuant to §§13-64-190, 13-64-210 of the Code.  A carbon monoxide detector is needed whenever there is a heating appliance on the premises that burns fossil fuel such as gas, oil, or coal, or air that is circulated through a heat exchanger. Install according to manufacturer instructions.  A hard-wired model requires an electrical wiring permit. In a single-family residence, be sure the detector is on or below the lowest floor with a place to sleep. In a multiple dwelling residence heated by a boiler, install a detector in the same room as the boiler. Otherwise, each apartment follows single family guidelines.  The owner is responsible for installation and written instructions, the tenant for testing, maintenance, and batteries.

1st floor laundry room missing carbon monoxide detector.

90.   CN044013   PIPE OPENING W/NONCOMBUSTIBLE MATERIAL

Failed to fill openings around exposed pipes or power shafting with approved noncombustible materials (§15-8-640).

1st floor boiler room - Pipe penetrations missing fire rated material in fire wall. Missing complete fire rated separation.

91.   NC9052          2HR SEP FOR STORAGE >100SF

Failed to provide partitions with at least two-hour fire resistance to enclose storage rooms exceeding 100 square feet in multiple dwellings, institutional units, and assembly units (§15-8-240(b)).

1st floor laundry room and storage room - wall between storage room and laundry room removed. Large hole with no fire separation.

92.   EV1111       MAINTAIN OR REPAIR HYDRAULIC ELEVATOR

Failed to maintain hydraulic elevator equipment provided at premises in safe and sound working condition (13-196-590, 13-196-630(b), 18-30-001).

Repair/replace machine room door. The door must be fire rated for 90 minutes and self-locking. Provide ten feet of candles of illumination in elevator pit. Must also provide a compliant pit ladder and repair/replace the car door restrictor. Must keep the elevator pit clean and dry and eliminate all water leaks and oil leaks. Must install fire key box with machine room keys and drop key. Must secure loose sight guards on hoist way doors. Must provide a maintenance control program with maintenance logs, oil logs, and test reports. Must pull a permit for a repair of the jack assembly. Must repair/replace emergency phone and program to a 24 hour service, not 911.

## 6.  *Building D1 – 4260-4262 W. For City Drive.*

440.      Violations at Building D1 at 4260-4262 W. For City Drive are:

93. CN061024      SUBMIT 2 COPY STRUCTURAL RPT

Failed to maintain building or structure in a structurally safe and stable condition. The Building Commissioner requests submission of two (2) copies of a structural condition report prepared, signed and sealed by an Illinois licensed Architect or Structural Engineer, attesting to the structural conditions of the building or structure (§13-196-030).

Submit condition assessment report for the basement center-north foundation wall crack and bulging - report shall be signed and sealed by a registered design professional, and based on a critical, comprehensive, and detailed physical inspection of the premises identified and detailed in the violation the

report must identify the date, nature, scope, findings, and deficiencies of the inspection/investigation - the report must identify each technical principle or standard that is the basis of any professional judgment and comprehensive recommendations for repairs expressed in the report - recommendation of repairs must include photos, drawings, details, and calculations which may be used to submitted for a repair permit when allowed - the condition report, permit, and permitted drawings must be kept on file at the property and made available for field inspection review and approval by all related trades - submit electronic report for review and approval to: DOB_CAR@cityofchicago org (14X-1-104.1 thru 14X-1-104,4, 14A-6-603.5, and 14A-4-411.1)

94.   CN101015    REPAIR INTERIOR WALLS/CEILING

Failed to maintain interior walls and ceilings free from holes or cracks (§13-19-540(c)).

Northwest interior stairway east wall south of building entry - eight feet by eight feet crack in drywall.

95.   CN103035    STRUCTURAL MEMBER, PIER BLOCK

Repair or replace defective structural member (§13-196-530 A).

Basement laundry room north foundation wall behind washers and dryers - 30 feet wide horizontal crack at mid-span with the entire wall bulging vertically - imminently dangerous and hazardous condition - conditions assessment report required to obtain the repair permit.

96.   CN131026       REPAIR SCREENS

Repair or replace defective screen (§13-196-560 B).

All elevations ripped window screens.

97.   CN104035       MAINTAIN WINDOW

Failed to maintain windows in sound condition and good repair (§§13-196-550(b) and (f)).

South elevation - window cracked.

98.   CN065014       REPAIR LINTELS

Failed to maintain lintel in good repair and free from cracks and defects in (§§13-196-530(e), 13-196-641).

South elevation - Lintels rusted and sagging some severely rusted. Masonry

permit required for repairs.

99.    CN061014         REPAIR EXTERIOR WALL

Failed to maintain the exterior walls of a building or structure free from holes, breaks, loose, or rotting boards or timbers and any other conditions which might admit rain or dampness to the walls (§§13-196-530(b), 13-196-641).

North elevation washed out mortar. Windowsill at the second floor shifting up.

### 7.  Building D2 – 4261-4263 W. 76th Street

441.      Violations at Building D2 – 4261-4263 W. 76th Street are:

100.   CN138026    USE SANITARY REFUSE CONTAINERS

Deposit refuse in sanitary refuse containers (§§7-28-260, 13-196-620 D).

South sitting area - Garbage can overflowing.

101.   CN132046    SAFE WORKING CONDITIONS

Provide and maintain every facility, piece of equipment, or utility in safe and sound working condition (§§13-196-400, 13-196-440).

South elevation at east side of building - unknown electrical tubing/piping hanging from roof. Area sectioned off with fencing.

102.   CN065014    REPAIR LINTELS

Provide and maintain every facility, piece of equipment, or utility in safe and sound working condition (§§13-196-400, 13-196-440).

All elevations - Lintels rusted some sagging. Masonry permit required for repairs.

103.   CN041063    CUT OR REMOVE HIGH WEEDS

Failed to cut or remove weeds, grass or other growth that present a fire hazard (§15-4-970).

South elevation fenced off area - high weeds.

104.   CN061014    REPAIR EXTERIOR WALL

Failed to maintain the exterior walls of a building or structure free from

holes, breaks, loose, or rotting boards or timbers and any other conditions which might admit rain or dampness to the walls (§§13-196-530(b), 13-196-641).

North elevation - exterior wall shifting out at windows. Step fractures.

### 105.   CN069034   REPAIR AREAWAY WALL

Failed to maintain areaway walls in sound condition and good repair (§§13-196-530, 13-196-530(b), 13-196-641).

Garbage area retaining wall - bricks shifting with stone ap leaning and tilting.

### 106.   CN067014   REPAIR ROOF

Failed to maintain roof in sound condition, sound repair, watertight, and free from defects (§§13-196-530, 13-196-530(c) and 13-196-641).

West, North, and East elevations - Missing section of mansard roof tile. Substrate exposed.

### 107.   CN104015   REPLCE WINDOWPANES, PLEXGLAS

Replace broken, missing, or defective windowpanes (§13-196-550(a)).

North elevation, at 4263 entry - Window sidelite glass broken with cardboard covering hole.

### 108.   CN012022   1HR FLR OVER BSMT, 1 OR 2 DU

Failed to construct floor over basement with one hour fire resistant materials in other than in single family and two-family dwellings (§§13-60-200).

Basement Hot water heater room – Missing sections of drywall ceiling. Missing complete fire separation at basement.

### 109.   CN101015   REPAIR INTERIOR WALLS/CEILING

Failed to maintain interior walls and ceilings free from holes or cracks (§13-19-540(c)).

Basement walls and ceiling - multiple areas water damaged.

### 110.   CN106015   REPAIR INTERIOR STAIR SYSTEM

Failed to maintain interior stairway system in safe condition and sound

repair (§13-196-570).

Interior east stair at basement - Tread weak and rotten.

### 111. CN107035 MAINTAIN EXIT SIGN ILLUMINATED

Failed to maintain all exit signs illuminated when building is occupied and otherwise maintain exit signs in good condition (§§13-196-090, 13-160-700 thru 13-160-770).

All exit signs were not illuminated at the time of inspection.

### 112. CN197019 INSTALL SMOKE DETECTORS

Install and maintain approved smoke detectors pursuant to §§13-196-100 thru 13-196-160 of the Code. Install a smoke detector in every dwelling unit. Install one on any living level with a habitable room or unenclosed heating plant, on the uppermost ceiling of enclosed porch stairwell, and within 15 feet of every sleeping room. Be sure the detector is at least 4 inches from the wall, 4 to 12 inches from the ceiling, and not above door or window.

All stairwells - Missing smoke detectors at top of each stairwell. Dangerous and Hazardous

### 113. NC5022 STAIR: SELF-CLOSE 1-3/4" DOOR

Failed to provide stairwell opening in residential building not exceeding three stories and not serving more than four dwelling units with self-closing, framed, 1-3/4-inch solid wood door (§15-8-180(a)).

All stairwell doors are being held open - not self-closing.

### 114. CN141016 STOP SMOKE, NOXIOUS ODORS

Stop noxious odors from permeating dwelling or premises (§§7-28-060, 13-196-630).

4263 W. 76th side of building - Strong odors of cat urine. Unsanitary conditions.

### 115. CN194039 REMOVE

Remove per code sections (14X-7-703.4, 14X-7-705.3 and 14X-7-705.3.3).

1st floor dwelling unit 103. Corridor outlet has extension cord going into dwelling unit. Remove extension cords or flexible cords used as a substitute for permanent wiring (14X-7-703.4, 14X-7-705.3 and 14X-7-705.3.3).

Dated:  July 11, 2023

David Paul Holtkamp
Chief Assistant Corporation Counsel
Charles A. King
Assistant Corporation Counsel Senior
Chicago Department of Law
121 N. LaSalle St., Suite 400
Chicago, IL  60602
312-744-6967
david.holtkamp2@cityofchicago.org

Greg Janes
Assistant Corporation Counsel Supervisor
John Slagle
Assistant Corporation Counsel
Chicago Department of Law
2 N. LaSalle St, Suite 320
Chicago, IL 60602
312-744-9555
John.Slagle@cityofchicago.org

Respectfully submitted,
**THE CITY OF CHICAGO**

Acting Corporation Counsel
Mary Richardson-Lowry

By:  Charles A. King
Assistant Corporation Counsel - Senior

## VERIFICATION BY CERTIFICATION

Pursuant to 28 U.S.C. § 1746, the undersigned certifies that under penalty of perjury that the foregoing is true and correct to the best of his knowledge, except as to matters therein stated to be on information and belief and as to such matters he certifies as aforesaid that he believes in good faith the same to be true and correct.

Greg Janes
Assistant Corporation Counsel - Supervisor