UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    21-05193 |
| Ford City Condominium Association, | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING THE SECOND INTERIM FEE APPLICATION FOR ALLOWANCE
AND
PAYMENT OF COMPENSATION FOR PHYLLIS Y. PRICE**

This matter coming before the Court on the Second Interim Fee Application (the "Application") for allowance of compensation for services rendered May 12, 2023 through June 21, 2021, filed by William B. Avellone, sub-chapter V trustee (the "Trustee");

IT IS HEREBY ORDERED:

The Application is granted as follows:

Phyllis Y. Price is hereby allowed, on an interim basis, costs in the amount of $854.27 for reimbursement for expenses incurred for the period from May 12, 2023 through June 21, 2023 in connection with the adversary proceeding with case number 2023-AP-00090, which the Trustee is authorized to pay.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  October 18, 2023

**Prepared by:**

Phyllis Y. Price - Law Office of Phyllis Price
1010 Lake St., Suite 200
Oak Park, IL 60301
(312) 379-0044 / pprice@pricelawofc.com