**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 21-05193 |
| | ) | (Subchapter V) |
| Ford City Condominium Association, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | Honorable Judge Deborah Thorne |

**TRUSTEE'S SECOND REPORT ON SPECIAL ASSESSMENT AND ELEVATORS**

William Avellone (the "*Trustee*"), the Subchapter V Trustee in the above captioned bankruptcy case of Ford City Condominium Association (the "*Debtor*"), by and through his undersigned counsel, and in accordance with the Court's August 7, 2024 Order [ECF 323], hereby files his Second Report on the Special Assessment and Elevators on the property.

1.  On August 7, 2024 Order [ECF 323] (although not in the minute order), the Court ordered that the Trustee file his second report outlining an accounting of the collection of the special assessment passed on June 6, 2024 (the "Special Assessment") as well as any expenses or anticipated expenses for the elevator repairs at the property.

2.  As of August 29, 2024, the Trustee has collected $36,287.09 from the Special Assessment for all of July and August.

3.  In accordance with the July 17, 2024 Order [ECF 319], the Trustee, on July 23, 2024, paid Ford City CH LLC, Ford City Nassim LLC and Ford City Realty LLC (referred to as "Ford City Mall"), the sum of $8,327.76 of the funds collected from the Special Assessment.

4.  The Trustee, on August 9, 2024, paid Elevator Industries the sum of $6,000.00.

5.  The Trustee is aware of pressing issues with the elevators on the property, to wit: (a) the elevator in the 4351 building is not operational; (b) the elevator in the high rise building

intermittently works but then fails for reasons unknown; and (c) the elevator in the 4281 building does not stop on the fifth floor with any consistency because of a wiring issue.

6. The Trustee anticipates that the cost to repair the elevator in the 4351 building to be $26,000.00.

7. The Trustee is unaware of the actual cost to fix the elevator in the high rise but has been quoted a cost of $4,758.00 as a down payment, but the work will be done on a time and materials basis at $596/hour (which is the union rate for this work).

8. The Trustee is unaware of the actual cost to fix the elevator in the 4281 building, and the work will need to be done on a time and materials basis at $596/hour (which is the union rate for this work).

9. The anticipated total to repair these issues is $30,758.00, but the number is expected to be higher based on the time and materials billing of the elevator repair contractor(s).

10. Additional work is eventually needed on the elevators to remedy City of Chicago Code violations, including adding door restrictors, pit lighting and pit ladders to all elevators. That work also will be performed at $596/hour and the contractor is requiring a $29,290.00 down payment.

11. The hydraulic jacks will also need to be replaced in all the elevators, and the quoted price to perform that work is $341,406.00.

12. The City of Chicago is also requiring fire-rated doors on the elevator machine rooms, and the quoted price to perform that work is $15,734.33.

13. As of the date of this Report, there exists $13,698.78 in outstanding invoices due and payable to elevator repair companies for completed work: (a) repair of a faulty relay in the 4351 building at a cost of $1,512.00; (b) troubleshooting of the car not working in the 4281

building at a cost of $2,399.15; (c) replacement of the conduit and wire in the 4281 building because the car was jumping at a cost of $7,348.69; and (d) replacement of a faulty motor in the 4351 building at a cost of $2,438.94.

14. Since the last report, our office sent out over 150 certified letters to unit owners who were delinquent on assessments, and have collected over $70,000.00. These collections appear to have avoided the need for an additional special assessment and will allow the elevator work to get moving.

| Dated: September 3, 2024 | **WILLIAM AVELLONE, SUBCHAPTER V TRUSTEE** |
|---|---|
| | By: /s/ *Adam C. Toosley* |
| | One of His Attorneys |
| | |
| | Shelly A. DeRousse, Esq. |
| | Elizabeth L. Janczak, Esq. |
| | Adam C. Toosley, Esq. |
| | Smith Gambrell & Russell LLP |
| | 311 South Wacker Drive, Suite 3000 |
| | Chicago, Illinois 60606-6677 |
| | Telephone: 312.360.6000 |
| | Facsimile: 312.360.6520 |
| | sderousse@sgrlaw.com |
| | ejanczak@sgrlaw.com |
| | atoosley@sgrlaw.com |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| FORD CITY CONDOMINIUM ASSOCIATION, ) | (Subchapter V) |
| ) | |
| Debtor. ) | Case No. 21-05193 |
| ) | |
| ) | Hon. Deborah L. Thorne |
| ) | |

**CERTIFICATE OF SERVICE**

I, Adam C. Toosley, an attorney, hereby certify that on September 3, 2024, I caused a true and correct copy of the foregoing *Second Report on Special Assessment and Elevators* to be filed electronically with the Court and served upon the following parties by the manner listed.

/s/ *Adam C. Toosley*

**CM/ECF Service List**

John Andreasen     john.andreasen@bfkn.com
William B Avellone     bill.avellone@charteredmgt.com, I008@ecfcbis.com
Bryan R Bagdady     bryan@celsinfo.com
Peter C Bastianen     bkpleadingsNORTHERN@il.cslegal.com
Jason J Ben     jben@freeborn.com, bkdocketing@freeborn.com
Matthew R Bowman     RBowman@beneschlaw.com, Docket2@beneschlaw.com,LWatson@beneschlaw.com
Robert W Brunner     robert.brunner@bclplaw.com, chdocketing@bryancave.com
Natalie Burris     nburris@hinshawlaw.com
Scott R Clar     sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com
Jacob Comrov     jcomrov@cranesimon.com, jdcomrov@gmail.com
John J Conway     johnconway@shlawfirm.com
Monette W Cope     ecfnil@weltman.com
Thomas M Crawford     crawford@litchfieldcavo.com, mcinerney@litchfieldcavo.com
Jaime Dowell     jaime.dowell@cityofchicago.org
Mark Louis Evans     mevans@levinginsburg.com, crduffek@beermannlaw.com
Jeffrey L. Gansberg     jeffrey.l.gansberg@usdoj.gov
Caleb Halberg     chalberg@dykema.com, tobrien@dykema.com
David Paul Holtkamp     david.holtkamp2@cityofchicago.org
Greg Janes     greg.janes@cityofchicago.org
Charles A King     chuck.king@cityofchicago.org
Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov

Ebony Lucas    elucas@plgesq.com
Dana N O'Brien dana.obrien@mccalla.com, NDistrict@mccalla.com,mccallaecf@ecf.courtdrive.com
Phyllis Y Price    pprice@pricelawofc.com
Todd J Ruchman    amps@manleydeas.com
Peter A Siddiqui    peter.siddiqui@katten.com, ecfdocket@kattenlaw.com
John R. Slagle    john.slagle@cityofchicago.org
Gregory K Stern    greg@gregstern.com, monica@gregstern.com
Jeffrey Strange    jstrangelaw@aol.com, jeffreystrangeattorney@gmail.com;rradjenovich@gmail.com
Shanita Q Straw    sstraw@goldenlawpc.com, G5700@notify.cincompass.com
Martin D. Tasch    mtasch@momkus.com, cbednarski@momkus.com
Ethan Trotz    ethan.trotz@katten.com

2