**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| FORD CITY CONDOMINIUM ASSOCIATION, ) | (Subchapter V) |
| ) | |
| Debtor. ) | Case No. 21-05193 |
| ) | |
| ) | Hon. Deborah L. Thorne |
| ) | |

**BALLOT REPORT WITH RESPECT TO THE AMENDED PLAN OF REORGANIZATION OF FORD CITY CONDOMINIUM ASSOCIATION AND SUPPORTED BY SUBCHAPTER V TRUSTEE DATED OCTOBER 9, 2024**

Ford City Condominium Association, debtor in possession in the above captioned case (the "Debtor"), pursuant to Local Bankruptcy Rule 3018-1, hereby submits this report (the "*Ballot Report*") of the tabulation of ballots with respect to the *Amended Plan of Reorganization of Ford City Condominium Association and Supported by Subchapter V Trustee Dated October 9, 2024* (the "*Plan*") (ECF No. 352). In support hereof, the Debtor state as follows:

1. On April 20, 2021 (the "*Petition Date*"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "*Court*").

2. The Debtor is operating its businesses and managing its property as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. The Debtor filed the Plan on October 9, 2024. The Plan classifies claims as follows:[1]

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Plan.

**Class 1**: All allowed claims entitled to priority under §507(a) and priority tax under §507(a)(8).

**Class 2**: The Secured Claims against the Debtor

**Class 3**: The Allowed General Unsecured Claims against the Debtor.

**Class 4**: The Unit Owners within the condominium.

4. On September 6, 2024, the Court entered an order (the "*Solicitation Procedures Order*") (ECF No. 340), setting October 9, 2024 (the "*Voting Deadline*") as the deadline to submit ballots to accept or reject the Plan.

5. By the Voting Deadline, the Debtor received 7 ballots.

6. Class 1, Class 2, and Class 3 are entitled to vote on the Plan based on their impairment. None of the Classes are unimpaired and deemed to have accepted the Plan.

7. Below is the tabulation report (the "*Tabulation Report*"), tabulating the ballots received with respect to the Plan and prepared in accordance with Rule 3018-1 of the Local Rules.

**Tabulation Report**

|  | # of Ballots Cast | # Accepting | # Rejecting | $ Accepting | $ Rejecting | Class Accepts | Class Does Not Accept |
|---|---|---|---|---|---|---|---|
| Class 1 | n/a | n/a | n/a | n/a | n/a |  | X |
| Class 2 | 1 | 1 | 0 | $563.68 | $0.00 | X |  |
| Class 3 | 6 | 5 | 1 | $1,497,317.79 | $219,085.08 | X |  |
| Class 4 | n/a | n/a | n/a | n/a | n/a |  | X |

8. Based on the foregoing, Class 2 and 3 voted in favor of the Plan, satisfying section 1129(a)(10) of the Bankruptcy Code.

9. The Debtor intends to proceed with confirmation under section 1129(a) of the Bankruptcy Code.

- 3 -

10. The undersigned certifies that all ballots were counted for the classes for which those ballots were filed.

Dated: October 14, 2024

FORD CITY CONDOMINIUM ASSOCIATION

By: /s/ *Scott R. Clar*
One of Its Attorneys

**CRANE, SIMON, CLAR & GOODMAN**
Scott R. Clar
135 S. LaSalle Street
Suite 3950
Chicago, Illinois 60603
(312) 641-6777
sclar@cranesimon.com

*Counsel for the Debtor*