**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| Ford City Condominium Association, | ) | (Subchapter V) |
| | ) | |
| Debtor-in-possession. | ) | Case No. 21-05193 |
| | ) | |
| | ) | |
| | ) | Honorable Judge Deborah Thorne |
| | ) | |
| | ) | Hearing Date: February 26, 2025, at 1:00 |
| | ) | p.m. |

<u>**NOTICE OF MOTION**</u>

TO: See attached list

PLEASE TAKE NOTICE that on February 26, 2025, at 1:00 p.m., the undersigned shall appear before the Honorable Deborah L. Thorne, or whomever may be sitting in her place and stead, and will then present the *Second and Final Fee Application of Freeborn & Peters LLP as Counsel to the Subchapter V Trustee* (the "*Application*"). The Application seeks entry of an order (i) approving compensation for legal fees on an interim basis in the amount of $243,168.00 for services rendered and $2,658.41 for reimbursement of expenses incurred for the period of September 1, 2021 through March 31, 2023; and (ii) authorizing payment to Freeborn & Peters LLP the total amount of $245,826.41. A copy of the Application can be obtained by request from counsel for the Trustee by e-mail Shelly DeRousse at [sderousse@freeborn.com](mailto:sderousse@freeborn.com) or calling 312.360.6315.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, use this link: [https://www.zoomgov.com/](https://www.zoomgov.com/). Then enter the meeting ID and password.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **160 731 2971**. The passcode is **587656**. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

Dated:  January 17, 2025

**WILLIAM AVELLONE THE
SUBCHAPTER V TRUSTEE**

By: /s/ Shelly A. DeRousse
His Counsel

Shelly A. DeRousse
Elizabeth L. Janczak
Adam C. Toosley
Smith, Gambrell & Russell, LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone:  312-360-6000
Facsimile:  312-360-6520
sderousse@sgrlaw.com
ejanczak@sgrlaw.com
atoosley@sgrlaw.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| Ford City Condominium Association, | ) (Subchapter V) |
| | ) |
| Debtor-in-possession. | ) Case No. 21-05193 |
| | ) |
| | ) |
| | ) Honorable Judge Deborah Thorne |
| | ) |
| | ) Hearing Date: February 26, 2025, at 1:00 |
| | ) p.m. |

**CERTIFICATE OF SERVICE**

I, Shelly A. DeRousse, an attorney, hereby certify that on January 17, 2025, I caused a true and correct copy of the attached *Notice of Motion* and *Second and Final Fee Application of Freeborn & Peters LLP as Counsel to the Subchapter V Trustee* to be filed with the Court and served upon the parties listed on the following CM/ECF service list. I further certify that I caused the attached *Notice of Motion* to be served upon the parties listed on the following U.S. Mail Service list.

/s/ Shelly A. DeRousse

**CM/ECF Service List**

John Andreasen     JAndreasen@tdrlaw.com
William B Avellone     bill.avellone@charteredmgt.com, I008@ecfcbis.com
Bryan R Bagdady     bryan@celsinfo.com
Peter C Bastianen     bkpleadingsNORTHERN@il.cslegal.com
Jason J Ben     jben@freeborn.com, bkdocketing@freeborn.com
Matthew R Bowman     RBowman@beneschlaw.com, Docket2@beneschlaw.com, LWatson@beneschlaw.com
Adam Brief     Ustpregion11.es.ecf@usdoj.gov
Robert W Brunner     robert.brunner@bclplaw.com, chdocketing@bryancave.com,robert-brunner-5568@ecf.pacerpro.com
Natalie Burris     nburris@hinshawlaw.com, AttorneyTeam02Support@hinshawlaw.com, courtfiling@hinshawlaw.com
Scott R Clar     sclar@cranesimon.com, mjoberhausen@cranesimon.com; asimon@cranesimon.com
Jacob Comrov     jcomrov@cranesimon.com, jdcomrov@gmail.com
John J Conway     johnconway@shlawfirm.com
Monette W Cope     ecfnil@weltman.com
Thomas M Crawford     crawford@litchfieldcavo.com, mcinerney@litchfieldcavo.com
Jaime Dowell     jaime.dowell@cityofchicago.org

Mark Louis Evans     mevans@levinginsburg.com, crduffek@beermannlaw.com
Jeffrey L. Gansberg     jeffrey.l.gansberg@usdoj.gov
Caleb J. Halberg     chalberg@dykema.com, tobrien@dykema.com
Adam B Hall     amps@manleydeas.com
David Paul Holtkamp     david.holtkamp2@cityofchicago.org
Greg Janes     greg.janes@cityofchicago.org
Charles A King     chuck.king@cityofchicago.org
Ebony Lucas     elucas@plgesq.com
Michael T. Nigro     mike@nigrowestfall.com
Dana N O'Brien     dana.obrien@mccalla.com, mccallaecf@ecf.courtdrive.com
Phyllis Y Price     pprice@pricelawofc.com
Todd J Ruchman     amps@manleydeas.com
Samantha C San Jose     ssanjose@raslg.com
Peter A Siddiqui     peter.siddiqui@katten.com, ecfdocket@kattenlaw.com
John R. Slagle     john.slagle@cityofchicago.org
Gregory K Stern     greg@gregstern.com, monica@gregstern.com
Jeffrey Strange     jstrangelaw@aol.com, jeffreystrangeattorney@gmail.com;
rradjenovich@gmail.com
Shanita Q Straw     sstraw@goldenlawpc.com, G5700@notify.cincompass.com
Martin D. Tasch     mtasch@momkus.com, cbednarski@momkus.com
Ethan Trotz     ethan.trotz@katten.com

## U.S. Mail Service List (Notice only)

See attached mailing matrix.

Label Matrix for local noticing
0752-1
Case 21-05193
Northern District of Illinois
Eastern Division
Tue Jan 14 13:27:21 CST 2025

ACR Net Elevator Services
Anthony White
402 W. Boughton Road Ste. G
Bolingbrook, IL 60440-1872

AT&T
PO Box 5080
Carol Stream, IL 60197-5080

Anderson Elevator/Southwest Industry
Bankruptcy Dept
2801 S. 19th Ave.
Broadview, IL 60155-4758

Angela Burnett
4300 W Ford City Dr., Unit 702
Chicago IL 60652-1278

Antoine L. Mackmore
Jennifer J. C. Kelley
Anesi, Ozmon, Rodin,
Novak & Kohen, Ltd.
161 N. Clark Street 21st Floor
Chicago, IL 60601-3204

William B Avellone
Chartered Management Company , Inc.
100 South Saunders Rd.
Suite 150
Lake Forest, IL 60045-2526

Peter C Bastianen
Codilis and Associates
15W030 N. Frontage Rd.
Suite 100
Burr Ridge, IL 60527-6921

Jason  J Ben
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606-6679

Matthew R Bowman
Benesch, Friedlander, Coplan, and Aronof
71 South Wacker
Suite 1600
Chicago, IL 60606-4637

Adam Brief
Office of the U. S. Trustee, Region 11
219 South Dearborn
Room 873
Chicago, IL 60604-2027

Cervantes Chatt & Prince P.C.
16W343 83rd Street, Suite A
Burr Ridge IL 60527-7950

Chad & Prince
Bk Dept
16w343 83rd Street A
Burr Ridge, IL 60527-7950

City of Chicago Department of Buildings
Bankruptcy Department
2045 W. Washington Blvd.
Chicago, IL 60612-2428

(p)CHICAGO DEPARTMENT OF LAW
ATTN BANKRUPTCY UNIT
121 N LASALLE ST SUITE 400
CHICAGO IL 60602-1264

Scott R Clar
Crane, Simon, Clar & Goodman
135 S Lasalle St Suite 3950
Chicago, IL 60603-4127

ComEd
Po Box 6111
Carol Stream, IL 60197-6111

Comcast
Attn:  Bk Dept
PO Box 70219
New York, NY 10176

Commonwealth Edison Company
Attn: Bankruptcy Department
1919 Swift Drive
Oak Brook, IL 60523-1502

Jacob Comrov
Crane, Simon, Clar, & Goodman
135 S. LaSalle Street
Chicago, IL 60603-4177

John J Conway
Sullivan, Hincks & Conway
122 W 22nd Street Suite 100
Oak Brook, IL 60523-1598

Shelly A. DeRousse
Smith Gambrell & Russell LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606-6683

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Deutsche Bank National Trust Company, as Tru
c/o Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527-6921

Kyle T Dillon
South West Industries, Inc d/b/a Anderso
120 S LaSalle St 1920
Chicago, IL 60603-3565

Jaime Dowell
 City of Chicago
 121 N. LaSalle St., Ste. 400
Chicago, IL 60602-1264

Mark Louis Evans
Levin Ginsburg
180 N. LaSalle St.
Suite 3200
Chicago, IL 60601-2800

Ford City CH LLC
525 W Monroe St Chicago, IL 60661

Ford City CH LLC
Bankruptcy Dept.
747 MIDDLE NECK ROAD  200
Great Neck, NY 11024-1950

Ford City Condominium Association
4300 Ford City Drive Unit 105
Chicago, IL 60652-1283

Ford City Mall
Bankruptcy Department
7601 S. Cicero Ave.
Chicago, IL 60652-1022

Ford City Nassim
Bankruptcy Dept.
747 MIDDLE NECK ROAD 101
Great Neck, NY 11024-1950

Ford City Nassim LLC
525 W Monroe St Chicago, IL 60661

Ford City Realty LLC
525 W Monroe St Chicago, IL 60661

Ford City Realty LLC
Bankruptcy Dept
10 GREAT NECK ROAD 304
Great Neck, NY 11021

Ford City Realty LLC, Ford City CH LLC
Peter A. Siddiqui
525 West Monroe Street
Chicago, IL 60661-3629

Leethel Franklin
4280 W Ford City Dr #206
Chicago, IL 60652-1293

Jeffrey L. Gansberg
Office of the United States Trustee
219 S. Dearborn
Suite 873
Chicago, IL 60604-2027

George Spatharakis
7320 S. Cork Ave.
Justice, IL 60458-1008

Gregory Lapapa
4281 W 76th Street
Unit C2-203
Chicago IL 60652-1380

Gregory Lapapa
c/o Jeffrey Strange
717 Ridge Road
Wilmette, Illinois 60091-2486

Caleb J. Halberg
Dykema Gossett PLLC
10 S. Wacker, Suite 2300
Chicago, IL 60606-7439

(p)MANLEY DEAS KOCHALSKI LLC
ATTN BANKRUPTCY DEPT
1555 LAKE SHORE DRIVE
COLUMBUS OH 43204-3825

Hurst LLC
Kenneth Hurst
8605 Melvina
Burbank, IL 60459-2439

Internal Revenue Service
Mail Stop 5014CHI
230 S. Dearborn Street, Room 2600
Chicago, IL 60604-1705

Elizabeth L Janczak
Smith Gambrell & Russell LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606-6683

Greg Janes
City of Chicago Department of Law
2 N LaSalle Street
Ste 320
Chicago, IL 60602-3702

Joanna Stallworth
LeEthel Franklin
Thelma Swims
c/o Phyllis Price
30 N Michigan Ave Ste 1310
Chicago, IL 60602-4806

Katten Muchin Rosenman, LLP
525 W. Monroe
Chicago, IL 60661-3693

Kenneth Hurst
8605 Melvina Ave
Burbank, IL 60459-2439

Levin & Ginsburg
BK Department
180 N. LaSalle Street 3200
Chicago, IL 60601-2800

Ebony Lucas
Property Law Group
641 E. Pershing Rd
Suite E
Chicago, IL 60653-1978

Mary L. Vaughn
9134 S. Oglesby
Chicago, IL 60617-3854

Mid-American Elevagtor Company, Inc.
c/o Michael T. Nigro, Attorney
Nigro & Westfall, P.C.
One Tiffany Pointe, Suite 206
Bloomingdale, IL 60108-2916

Mid-American Elevator Company, Inc.
Michael T. Nigro
Nigro & Westfall, P.C.
One Tiffany Pointe
Suite 206
Bloomingdale, IL 60108-2916

Michael T. Nigro
Nigro, Westfall & Gryska, P.C.
1 Tiffany Pt.
Ste 206
Bloomingdale, IL 60108-2916

Dana N O'Brien
McCalla Raymer Pierce, LLC
1 N Dearborn Street
Suite 1200
Chicago, IL 60602-4337

Parkway Elevator
Bankruptcy Dept
2944 W. Lake Street
Chicago, IL 60612-1924

Parkway Elevators, Inc.
Sullivan Hincks & Conway
120 West 22nd Street
Suite 100
Oak Brook, IL 60523-4067

Parkway Elevators, Inc.
c/o John Conway
Sullivan Hincks & Conway
120 W. 22nd Street, Suite 100
Oak Brook, IL 60523-4067

(p)PEOPLES GAS LIGHT & COKE COMPANY
200 EAST RANDOLPH ST
CHICAGO IL 60601-6433

Peter Reyna
4300 W Ford city Dr. Unit A-604
Chicago IL 60652-1266

Phyllis Price
3258 Maple Ave
Berwyn, IL 60402-2816

Phyllis Y Price
LAW OFFICE OF PHYLLIS PRICE
30 N MICHIGAN AVE STE 1310
Chicago, IL 60602-4806

Todd J Ruchman
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

SFI Ford City - Chicago LLC
Bankruptcy Department
1114 Avenue of the Americas 39th Floor
New York, NY 10036-7720

SPECIALIZED LOAN SERVICING LLC, as Attorney-
c/o McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602-4337

Samantha C San Jose
Robertson, Anschutz, Schneid, Crane & Pa
200 West Madison Street
Suite 2100
Chicago, IL 60606-3521

Peter A Siddiqui
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693

Joanna Stallworth
4350 Ford City Drive Unit #308
Chicago, IL 60652-1292

Shanita Q Straw
Shanita Straw
2121 Roosevelt Road
Broadview, IL 60155-3850

Thelma Swims
4350 W. Ford City Dr.
Unit 305
Chicago, IL 60652-1292

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

The Huntington National Bank
c/o Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

The Property Law Group, LLC
641 E. Pershing Rd. Unit E
Chicago, IL 60653-1978

Adam Toosley
Smith, Gambrell Russell
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606-6683

Total Masonry, LLC
390 Monaco Drive
Roselle, IL 60172-1954

Ethan Trotz
Katten Muchin Rosenman
525 West Monroe Street
Chicago, IL 60661-3693

U.S. BANK NATIONAL ASSOCIATION
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Road., Suite 450
Alpharetta, GA 30004-2001

U.S. BANK NATIONAL ASSOCIATION
Robertson, Anschutz, Schneid, Crane
13010 Morris Road., Suite 450
Alpharetta, GA 30004-2001

Wells Fargo Bank, N.A.
c/o Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

City of Chicago Department of Law-Bankruptcy
121 N La Salle St.,
Suite 400
Chicago, IL 60602

Department of the Treasury
Internal Revenue Service
230 So. Dearborn St STOP 5014-CHI
Chicago, IL 60604

Adam B Hall
Manley Deas Kochalski
P.O. Box 165028
Columbus, OH 43216

(d)Charles A King
Chicago Department of Law
121 N Lasalle St
Suite 400
Chicago, IL 60602

People's Gas
PO Box 6050
Carol Stream, IL 60197

T-Mobile USA, Inc.
Lease Compliance/CH92312B
12920 SE 38th Street
Bellevue, WA 98006

(d)T-mobile USA Inc.
Lease Compliance/CH92312B
12920 SE 38th Street
Bellevue, WA 98006

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Mitchell Abrons

(u)City of Chicago

(u)Farbman Group of Chicago, LLC, LLC

(u)Ford City CH LLC

(u)Ford City Nassim LLC

(u)Ford City Realty LLC

(d)Ford City Realty LLC
525 W Monroe St Chicago. IL 60661

(u)Foresite Realty Management LLC

(u)Freeborn & Peters LLP

(d)Gregory Lapapa
4281 W 76th Street Unit C2-203
Chicago IL 60652-1380

(u)Hirzel Law, PLC

(u)Integra Realty Resources

(u)Mary L. Vaughn

(u)SPECIALIZED LOAN SERVICING LLC, as Attorne
c/o McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, 60

(u)Saul Ewing LLP

(u)Southwest Industries, Inc d/b/a Anderson E

(u)TOTAL MASONRY, LLC

(u)The Huntington National Bank

(u)Adam C Toosley

(u)US Bank Trust Company NA as Successor in I

(u)WELLS FARGO BANK, N.A.

End of Label Matrix
Mailable recipients    81
Bypassed recipients    21
Total                 102

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| Ford City Condominium Association, | ) (Subchapter V) |
| | ) |
| Debtor-in-possession. | ) Case No. 21-05193 |
| | ) |
| | ) |
| | ) Honorable Judge Deborah Thorne |
| | ) |
| | ) Hearing Date: February 26, 2025, at 1:00 |
| | ) p.m. |

**COVER SHEET FOR SECOND AND FINAL FEE APPLICATION**
**OF FREEBORN & PETERS LLP AS COUNSEL TO THE SUBCHAPTER V TRUSTEE**

**(Local Rule 5082-1(A))**

Name of Applicant:                    Freeborn & Peters LLP

Authorized to provide               William Avellone, as Subchapter V Trustee
professional services to:

Date of retention:                     September 9, 2021 *nunc pro tunc* to September 2, 2021

Period for which compensation
and reimbursement is sought:     September 1, 2021 through March 31, 2023

Amount of compensation sought
as actual, reasonable, and necessary: $243,168.00

Amount of reimbursement sought
as actual, reasonable, and necessary:  $2,658.41

This is an ____ interim  X  final application

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 12/27/21 | 9/1/21-11/30/21 | $73,408.12 | $73,408.12 | $0.00 |

Dated:  January 17, 2025

**WILLIAM AVELLONE THE SUBCHAPTER V TRUSTEE**

By:  /s/ Shelly A. DeRousse
    Its Counsel

Shelly A. DeRousse
Adam C. Toosley
Smith, Gambrell & Russell, LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone:  312-360-6000
Facsimile:  312-360-6520
sderousse@sgrlaw.com
atoosley@sgrlaw.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| Ford City Condominium Association, | ) (Subchapter V) |
| | ) |
| Debtor-in-possession. | ) Case No. 21-05193 |
| | ) |
| | ) |
| | ) Honorable Judge Deborah Thorne |
| | ) |
| | ) Hearing Date: February 26, 2025, at 1:00 |
| | ) p.m. |

**SECOND AND FINAL FEE APPLICATION OF**
**FREEBORN & PETERS LLP AS COUNSEL TO THE SUBCHAPTER V TRUSTEE**

Freeborn & Peters LLP ("*Freeborn*"), counsel to William Avellone (the "*Trustee*"), the subchapter V Trustee in the above-captioned case, hereby submits this application for compensation (the "*Application*") which seeks: (i) final allowance and approval of compensation in the amount of $243,168.00 for services rendered and $2,658.41 for reimbursement of expenses incurred for the period of September 1, 2021 through March 31, 2023; and (ii) payment of $245,826.41 to Freeborn, representing the compensation and expenses requested herein. In support hereof, Freeborn states as follows:

**JURISDICTION AND VENUE**

1.      The Court has jurisdiction over this matter pursuant to sections 1334 and 157(a) of title 28 of the United States Code and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois. This is a core proceeding pursuant to section 157(b)(2) of title 28 of the United States Code. Venue is proper in this district pursuant to sections 1408 and 1409 of title 28 of the United States Code.

2.      The statutory predicates for the relief requested herein are sections 330, 331, 503(b), and 507(a)(1) of title 11 of the United States Code (the "*Bankruptcy Code*"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), and Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "*Local Rules*").

**<u>BACKGROUND</u>**

1.      On April 20, 2021 (the "*Petition Date*"), Ford City Condominium Association (the "*Debtor*") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*").

2.      The Debtor filed its case as a subchapter V bankruptcy case, and as a result, William Avellone was appointed as the subchapter V trustee.

3.      On September 2, 2021 the Court entered an order removing the Debtor as debtor-in-possession and appointing the Trustee to perform the Debtor's duties under 11 U.S.C. §§ 704(a)(8) and 1106(a)(1), (2), and (6).

4.      On September 9, 2021, the Court entered an order authorizing the Trustee to employ Freeborn as his counsel retroactive to September 2, 2021 (ECF No. 142).

5.      On September 14, 2021, the Bankruptcy Court granted the application filed by the Subchapter V Trustee to employ Foresite Realty Management LLC as property manager.  Foresite Realty Management LLC is now known as Farbman Group of Chicago, LLC and the Bankruptcy Court approved that change on March 10, 2022.

6.      Three adversary proceedings have been filed in this case.  On August 27, 2021, an adversary complaint was filed against The Property Law Group, LLC by the Subchapter V Trustee. On July 21, 2022, summary judgment was granted in favor of the Trustee and against The Property Law Group, LLC is the amount of $25,125.00.

7.      On April 19, 2023, an adversary complaint was filed against former board members of the Debtor and the directors and officers' insurer, United States Liability Insurance Company. The basis of the claim was that certain of the Debtor's former officers and board members committed breaches of fiduciary duty, mismanagement, and other acts, errors, omissions, misstatements, misleading statements, neglect and breaches of duty under Illinois law and the Debtor's bylaws. On August 31, 2023, the Bankruptcy Court granted the Motion to Dismiss filed by United States Liability Insurance Company. That decision is currently being appealed to the District Court and the remainder of the adversary case has been stayed by order of the Bankruptcy Court dated October 18, 2023.

8.      On July 13, 2023, the City of Chicago filed an adversary proceeding for deconversion of the condominiums. On August 31, 2023, the Bankruptcy Court entered an order abstaining from presiding over the action, instead instructing and authorizing the City of Chicago to adjudicate that action in the Circuit Court of Cook County, Illinois. Thereafter, on September 8, 2023, the City of Chicago did, in fact, file in the Circuit Court of Cook County, Illinois seeking the appointment of a receiver and the involuntary deconversion of the Debtor.

9.      On October 24, 2024, the Court approved the Amended Plan of Reorganization for the Debtor.

10.      On February 3, 2022, the Court entered an order granting Freeborn's first interim fee application approving hourly fees and expenses for the period September 1, 2021 through November 30, 2021 totaling $73,408.12 for which Freeborn has been paid $0.00. *See* ECF No. 187.

11.      On April 1, 2023, Freeborn combined with the law firm Smith, Gambrell & Russell, LLP. Ms. DeRousse has and will continue to represent the Trustee as an attorney of Smith, Gambrell & Russell, LLP.

- 3 -

**RELIEF REQUESTED**

12.     Freeborn rendered services on behalf of the Trustee from September 1, 2021 through March 31, 2023 (the "*Fee Application Period*"), for which Freeborn seeks final approval of compensation in the amount of $243,168.00 and reimbursement of expenses in the amount of $2,658.41 for a total of $245,826.41.

13.     By this Application, Freeborn seeks an order: (1) allowing Freeborn $243,168.00 in compensation and $2,658.41 in reimbursable expenses for the Fee Application Period as chapter 11 administrative expenses of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code, and (2) authorizing payment to Freeborn of $245,826.41, representing all unpaid amounts owing to Freeborn.

14.     Freeborn has not previously sought approval of fees and expenses incurred for the period of December 1, 2021 through March 31, 2023. Freeborn's billing statements for this period, broken down by project category, are attached hereto as Group Exhibit 1.[1]

**DISCUSSION**

15.     Section 330(a) of the Bankruptcy Code provides, in pertinent part, that:

> [T]he court may award . . . reasonable compensation for actual, necessary services rendered by the . . . attorney and by any paraprofessional person . . . and . . . reimbursement for actual, necessary expenses. . . .  In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including – (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under [the Bankruptcy Code]; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and (E) whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

---

[1]     Freeborn attaches only the billing statements for December 1, 2021 through March 31, 2023 and incorporates by reference the billing statements attached to its First Interim Fee Application.

- 4 -

16.     The Seventh Circuit Court of Appeals has stated that:

> The computation of hourly fees depends on the number of hours "reasonably" expended, the hourly rate of each [professional], the calculation of the time value of money (to account for delay in payment), potential increases and decreases to account for risk and the results obtained, and a complex of other considerations under the heading of "billing judgment."

*Kirchoff v. Flynn*, 786 F.2d 320, 325 (7th Cir. 1986).  Additionally, other courts of appeal have recognized that:

> [I]t is important for the court to maintain a sense of overall proportion and not become enmeshed in meticulous analysis of every detailed facet of the professional representation.  It is easy to speculate in retrospect that the work could have been done in less time or with fewer attorneys or with an associate rather than a partner. On the other hand, it is also possible that [the client] would not have enjoyed the success it did had its counsel managed matters differently.

*Boston and Main Corp. v. Moore*, 776 F.2d 2, 10 (1st Cir. 1985) (citations omitted).

17.     In reviewing the Application, the Court should be guided by the Seventh Circuit's instruction to ascertain whether such services were rendered and billed in accordance with the established market for legal services in similar matters:

> [I]t is not the function of judges in fee litigation to determine the equivalent of the medieval just price.  It is to determine what the lawyer would receive if he was selling his services in the market rather than being paid by court order.

*In re Continental Illinois Securities Litigation*, 962 F.2d 566, 568 (7th Cir. 1992); *see Mann v. McCombs (In re McCombs)*, 751 F.2d 286, 288 (8th Cir. 1984) (section 330 "is meant to encourage high standards of professional legal practice in the bankruptcy courts. . . .  Bankruptcy courts must consider whether the fee awards are commensurate with fees for professional services in non-bankruptcy cases, thus providing sufficient economic incentive to practice in bankruptcy courts").

18.     In *Continental Securities*, the Seventh Circuit found error in the lower court's practice of: (a) placing ceilings on the hourly rates of all lawyers; (b) refusing to allow paralegal services to be compensated at market rate; (c) refusing to award a risk multiplier; (d) making large

- 5 -

across-the-board cuts in research time; (e) making large across-the-board cuts in conference time; and (f) refusing to allow attorneys to bill computerized legal research services (*e.g.*, LEXIS). *See Continental Illinois Securities Litigation*, 962 F.2d at 568-70.

19.     In evaluating the Application, the Court should consider the novelty and difficulty of the issues presented, the skill required to perform the legal services properly, the preclusion of other employment caused by Freeborn's retention in this case, the customary fees charged in similar cases, the existence of time limits under which the services were rendered, the results obtained, the experience and ability of the attorneys involved, and the amount of awards of compensation in similar cases. *See In re Alberto*, 121 B.R. 531, 534 (Bankr. N.D. Ill. 1990).

20.     Freeborn's hourly rates of compensation for those attorneys and para-professionals during the Fee Application Period range from $125 to $1,005 (though no professional having a rate of more than $695 billed on this matter). Those rates are comparable to rates charged by other practitioners having the same amount of experience, expertise, and standing for similar services in this jurisdiction. Freeborn consistently and consciously made every reasonable effort to represent the Trustee in the most economical, efficient, and practical manner possible.

21.     A summary of the compensation requested herein regarding each of Freeborn's professionals and para-professionals is set forth below:

| Timekeeper | Title | Year of Bar Admission | Rate | Hrs. | Total |
|---|---|---|---|---|---|
| Andreasen, John | Associate | 2019 | $325.00-$380.00 | 99.8 | $36,323.50 |
| Ben, Jason J. | Partner | 2003 | $450.00 | 43.1 | $19,395.00 |
| Bettenhausen, Jill M. | Paralegal | N/A | $125.00 | .7 | $87.50 |
| DeRousse, Shelly A. | Partner | 2001 | $490.00 | 230.7 | $113,043.00 |
| Janczak, Elizabeth L. | Partner | 2010 | $400.00 | 121.9 | $48,760.00 |
| Leipsitz, Harry J. | Partner | 2014 | $455.00 | .3 | $136.50 |
| Moynihan, Michael A. | Partner | 1992 | $645.00 | 13.6 | $8,772.00 |
| Peters, Jordan H. | Partner | 1972 | $695.00 | 1 | $695.00 |

| Timekeeper | Title | Year of Bar Admission | Rate | Hrs. | Total |
|---|---|---|---|---|---|
| Rower, Kirstin N. | Paralegal Clerk | N/A | $130.00-$340.00 | 4.6 | $1,228.00 |
| Schiller, Alex K. | Litigation Tech | N/A | $380.00 | .1 | $38.00 |
| Webster, Jacqueline E. | Paralegal | N/A | $255.00-$365.00 | 45.5 | $14,584.50 |
| **Grand Totals** | | | | **561.3** | **$243,168.00** |

22.     No agreement or understanding exists between Freeborn and any other person for the sharing of compensation received or to be received in connection with this case, other than as disclosed or authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and the Local Rules.

23.     Freeborn reserves the right to correct, amend, or supplement this Application, including, without limitation, to seek payment in the event this Application is not approved in full.

### SERVICES PERFORMED

24.     This Application sets forth in detail the work performed by Freeborn and the time spent during the Fee Application Period.

**A.     General                                          $106,274.00**

25.     Freeborn spent 231.4 hours at a cost of $106,274.00 on general matters. This category primarily includes time spent reviewing incoming pleadings, correspondence, and notices, preparing for and attending Court hearings on general case matters, corresponding with parties in interest concerning general case matters, communicating with the Trustee regarding the status of the Debtor's business and performing necessary administrative tasks typically associated with a Trustee representation (including performing court filings, maintaining and updating dockets, calendars, and correspondence files, and retrieving necessary documents). Time in this category also includes time relating to the Debtor's board elections, which were organized by the Trustee and his professionals, as well as general strategy meetings and services (including weekly

and biweekly meetings with the Trustee and the property management team) that cannot be classified in one discrete category, or time relating to general case administration matters. Freeborn's detailed time records for this category are attached hereto and incorporated herein as Exhibit A.

**B.     Litigation**                                              **$88,510.00**

26.     Freeborn spent 219.4 hours at a cost of $88,510.00 on litigation.  This category primarily includes time spent on litigation concerning Total Masonry's state court action, Lady Di's Bakery's state court action, Property Law Group's adversary proceeding, various administrative hearings for city ordinance violations, eviction actions to be filed against unit owners for nonpayment of assessments and the demand letters leading up to same, and other adversary proceedings.  Freeborn's detailed time records for this category are attached hereto and incorporated herein as Exhibit B.  The Court previously approved $8,108.50 for this category.

**C.     Secured Creditor Issues**                                  **$3,670.00**

27.     Freeborn spent 7.6 hours at a cost of $3,670.00 on secured creditor issues.  This category primarily includes time spent corresponding regarding Total Masonry's state court action regarding its alleged lien, but also includes time related to other liens on units claimed for taxes. Freeborn's detailed time records for this category are attached hereto and incorporated herein as Exhibit C.  The Court previously approved $2,022.00 for this category.

**D.     Freeborn Retention and Fee Applications**                  **$5,747.00**

28.     Freeborn spent 17 hours at a cost of $5,747.00 on Freeborn retention and fee application matters.  This category includes time spent preparing Freeborn's retention application and reviewing exhibits to the fee application to ensure compliance with time detail requirements.

- 8 -

Freeborn's detailed time records for this category are attached hereto and incorporated herein as Exhibit D.  The Court previously approved $2,352.50 for this category.

**E.      Other Professional Retention                           $22,695.50**

29.      Freeborn spent 46.3 hours at a cost of $22,695.50 on other professional retention matters.  This category includes services provided in connection with the Trustee's search, hiring, and retention of a property manager as well as collection counsel (Hirzel Law). This category also includes services relating to Crane Simon's fee application in connection with its representation of the Debtor and the transfer of property management to Farbman Group. Freeborn's detailed time records for this category are attached hereto and incorporated herein as Exhibit E.  The Court previously approved $14,669.50 for this category.

**F.      Plan and Disclosure Statement                          $4,159.50**

30.      Freeborn spent 11.4 hours at a cost of $4,159.50 on plan and disclosure statement issues.  This category includes time spent researching case law relating to  the deadline to file a plan and related plan issues.  Freeborn's detailed time records for this category are attached hereto and incorporated herein as Exhibit F.  The Court previously approved $2,527.50 for this category.

**G.      Executory Contracts and Unexpired Leases           $735.00**

31.      Freeborn spent 1.5 hours at a cost of $735.00 on executory contracts and unexpired leases. This category includes time spent on correspondence concerning a bakery lease. Freeborn's detailed time records for this category are attached hereto and incorporated herein as Exhibit G. The Court previously approved $49.00 for this category.

**H.      Asset Sales                                            $1,855.00**

32.      Freeborn spent 4.3 hours at a cost of $1,855.00 on communications regarding a potential sale of the Debtor's assets.  Freeborn's detailed time records for this category are attached

hereto and incorporated herein as <u>Exhibit H</u>.  The Court previously approved $1,855.00 for this category.

**I.      Schedules and Reports                                    $7,733.00**

33.      Freeborn spent 19.30 hours at a cost of $7,733.00 on schedules and reports. This category primarily includes time spent preparing, reviewing, and filing the Debtor's monthly operating reports.  Freeborn's detailed time records for this category are attached hereto and incorporated herein as <u>Exhibit I</u>.  The Court previously approved $2,101.50 for this category.

**J.      Client Communications and Meetings            $1,519.00**

34.      Freeborn spent 3.1 hours at a cost of $1,519.00 on client communications and meetings.  Freeborn's detailed time records for this category are attached hereto and incorporated herein as <u>Exhibit J</u>.

**<u>REASONABLE EXPENSES INCURRED</u>**

35.      Expenses during the Fee Application Period were incurred in the following categories:

(a)      <u>Transportation</u>:  Freeborn incurred expenses totaling $9.96 relating to transportation costs for attending administrative hearings in state court.  The Court previously approved $9.96 for this category.

(b)      <u>Teleconferencing Expenses</u>:  Freeborn incurred expenses in the amount of $34.45 for teleconferencing fees.  Where multiple outside parties participate in a telephone conference, Freeborn used an outside teleconferencing provider in order to efficiently conduct teleconferences.  The Court previously approved $17.26 for this category.

(c)     Postage: Freeborn incurred expenses totaling $992.88 relating to postage in connection with the election of the Debtor's board of directors as well as on demand letters. The Court previously approved $771.90 for this category.

(d)     Recorder of Deeds:  Freeborn incurred expenses totaling $11.50 to obtain copies of recorded documents related to the Debtor from the Cook County Recorder of Deeds.

(e)     Service of Subpoenas: Freeborn incurred expenses totaling $1,490.00 to related to service of subpoenas for a Rule 2004 examination and to Fifth Third Bank.

(f)     Subpoena Cost: Freeborn incurred expenses totaling $119.62 related to a payment to Fifth Third Bank to obtain records sought by subpoena.

36.     Freeborn's detailed expense records for this category are attached hereto and incorporated herein as Exhibit K.  All expenses incurred were ordinary and necessary expenses. All expenses billed to the Trustee were billed in the same manner as Freeborn bills non-bankruptcy clients.

37.     Freeborn does not bill its clients or seek compensation in this Application for certain overhead expenses, such as local and long-distance telephone calls, secretarial services, and facsimile transmissions.  Such expenses are factored into Freeborn's hourly rates.  Freeborn has not included certain other charges described herein in its overhead because it has determined that it is fairer to its smaller clients who use proportionately less of these services to have these expenses billed separately.

**BENEFIT TO THE ESTATE**

38.     Freeborn has remained active on all matters in its representation of the Trustee as counsel during this case.  Freeborn submits that the services set forth herein benefitted the Debtor's estate and its creditors by ensuring that the Debtor's assets were properly preserved, administered,

and that they gained the highest value under the circumstances in order to maximize the potential recovery for general unsecured creditors.

**<u>NOTICE</u>**

39.     Twenty-one days' notice of this Application has been provided to: (i) the U.S. Trustee; (ii) all counsel of record; and (iii) all entities entitled to notice pursuant to Bankruptcy Rule 2002.

**WHEREFORE**, Freeborn respectfully requests that the Court enter an order:

(a)     allowing Freeborn, on a final basis, $243,168.00 in compensation for the Fee Application Period as chapter 11 administrative expenses of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code;

(b)     allowing Freeborn, on a final basis, $2,658.41 in reimbursable expenses for the Fee Application Period as chapter 11 administrative expenses of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code;

(c)     in accordance with the confirmed plan, authorizing payment to Freeborn of $245,826.41 out of the proceeds of the sale of any condominium units in accordance with Debtor's lien rights as identified in Section 9(g) of the Illinois Condominium Act, unless paid through other means; and

(d)     granting such other and further relief as the Court deems just and proper.

Dated:  January 17, 2025

**WILLIAM AVELLONE THE SUBCHAPTER V TRUSTEE**

By: /s/ Shelly A. DeRousse
    Its Counsel

Shelly A. DeRousse
Elizabeth L. Janczak
Adam C. Toosley
Smith, Gambrell & Russell, LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone:  312-360-6000
Facsimile:  312-360-6520
sderousse@sgrlaw.com
ejanczak@sgrlaw.com
atoosley@sgrlaw.com

- 13 -