# EXHIBIT 1



**USEFUL TELEPHONE NUMBERS**  0043
Customer Service: 800-203-0684
Hearing/Speech Impaired: 800-572-5789 (TTY)
**comed.com**

February 9, 2025

Account Number: 3194210100
Service Address:
4300 W Ford Dr *Bldg
Chicago, IL 60652

## Urgent
## Final Notice Prior to Disconnection

FEB 19

Dear Ford City Condo Assoc,

Total amount due immediately $25,043.97.

Currently your electric service account is past due in the amount of $25,043.97 and your service is at risk of being disconnected on or after February 20, 2025. This notice is valid through March 18, 2025.

Failure to make a payment could result in the disconnection of your electric service. In addition to paying the entire past due balance, you may also be required to pay a security deposit and reconnection fee before service is restored.

ComEd reserves the right to verify any payment before restoring service.

To contact us regarding your account, call ComEd at 800-203-0684. If a representative is unable to assist, you may ask to speak with a supervisor. If a supervisor is unable to assist, you may contact the Consumer Services Division of the Illinois Commerce Commission at 800-524-0795. Hearing or speech impaired customers that use a TDD or TTY, can call 800-572-5789.

Sincerely,
ComEd



---

Return only this portion with your check made payable to ComEd. Please write your account number on your check.

**comed** AN EXELON COMPANY

**Pay your bill online, by phone or by mail.**
See reverse side for more info
Account # 3194210100

0000311 01 MB 0.62 **AUTO T3 0 2030 48334-238350 -C04-P00311-I1



FORD CITY CONDO ASSOC
31700 MIDDLEBELT RD STE 225
FARMINGTON HILLS, MI 48334-2383



| Total Amount Due by 2/20/25 | $25,043.97 |
|---|---|
| Payment Amount: | |

COMED
PO BOX 6111
CAROL STREAM, IL 60197-6111

3194210100000250439725512504397 0

