**Exhibit B to the Second Interim Fee Application**

| | |
|---|---|
| 3/31/2022 | Travel round trip to meet with Alderman Curtis, 2.8 hr. x 0.5 =1.4 hr; Miles 100 @ $0.585= $58.50 Tolls $4.70 Expense Total $63.20 |
| 6/10/2022 | Travel time to meeting with Alderman Derek Curtis. 2.8 hr x 0.50=1.4 hr; 6/10/22Meeting with Ald. Derek Curtis.  miles 112@$0.585=$65.52  Tolls $4.70; Total Exp $70.22 |
| 8/19/2022 | Travel to meet Related Midwest at Ford City Condominium Association to survey property, Travel 2.8hr x 0.5=1.4, 8/19/22 miles 112@ $0.625=$70.00 Tolls $2.45; Total Exp $72.45 |
| 2/9/2023 | Travel time for meeting with Ald., 60 minutes at 50%, 2/9/23 Travel meeting with Ald. 51 miles @ $0 655=$33.41, Tolls $1.7.  Total $37.11 |
| 11/14/2023 | Meeting of owners with Judge Murray 2.5 hour+ 1.8hr (travel 3.5 hr @ 50% = 1.8 hr),  104 miles @ $0.655= $68.12+$2.25 tolls = $70.37 exp |