UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   21-05193 |
| Ford City Condominium Association, | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING FIRST INTERIM FEE APPLICATION OF SMITH, GAMBRELL & RUSSELL, LLP, COUNSEL TO THE SUBCHAPTER V TRUSTEE

This matter coming before the Court on the First Interim Fee Application of Smith, Gambrell & Russell, LLP ("SGR") as counsel to William Avellone, not individually, but as the subchapter V Trustee (the "Trustee") for the bankruptcy estate of Ford City Condominium Association (the "Debtor"), requesting interim allowance and payment of compensation for the period of April 1, 2023 through November 30, 2024 (the "Application Period"):

IT IS HEREBY ORDERED:

1. The Court allows SGR, on an interim basis, compensation in the amount of $229,768.90 for the Application Period as chapter 11 administrative expenses of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code.

2. The Court allows SGR, on an interim basis, reimbursable expenses in the amount of $136.02 for the Application Period as chapter 11 administrative expenses of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code.

3. The Court authorizes payment to SGR of $229,904.92 out of the proceeds of the sale of any condominium units in accordance with Debtor's lien rights as identified in Section 9(g) of the Illinois Condominium Act, unless paid through other means.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  February 26, 2025

**Prepared by:**

Adam C. Toosley
Smith Gambrell & Russell LLP
311 S. Wacker Dr. Suite 3000
Chicago, IL 60606
312-360-6000
atoosley@sgrlaw.com