UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   21-05193 |
| Ford City Condominium Association, | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING SECOND INTERIM FEE APPLICATION FOR ALLOWANCE AND
PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR SUBCHAPTER V TRUSTEE**

This matter coming before the Court on the Second Interim Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses for William B. Avellone, not individually, but as the subchapter V Trustee (the "Trustee") for the bankruptcy estate of Ford City Condominium Association (the "Debtor"), requesting interim allowance and payment of compensation for the period of December 17, 2021 through September 30, 2024 (the "Application Period"):

IT IS HEREBY ORDERED:

1. The Court allows the Trustee, on an interim basis, compensation in the amount of $188,733.00 for the Application Period.

2. The Court allows the Trustee, on an interim basis, reimbursable expenses in the amount of $313.35 for the Application Period.

3. The Court authorizes payment to the Trustee of $189,046.35 out of the proceeds of the sale of any condominium units in accordance with Debtor's lien rights as identified in Section 9(g) of the Illinois Condominium Act, unless paid through other means.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  February 26, 2025

**Prepared by:**

Adam C. Toosley
Smith Gambrell & Russell LLP
311 S. Wacker Dr. Suite 3000
Chicago, IL 60606
312-360-6000
atoosley@sgrlaw.com