UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   21-05193 |
| Ford City Condominium Association, | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF
HIRZEL LAW, PLC AS COUNSEL TO THE SUBCHAPTER V TRUSTEE**

This matter coming before the Court on the First and Final Application of Hirzel Law, PLC ("Hirzel") as counsel to William Avellone, not individually, but as the subchapter V Trustee (the "Trustee") for the bankruptcy estate of Ford City Condominium Association (the "Debtor"), requesting final allowance and payment of compensation for the period of May 19, 2022 through August 28, 2023 (the "Application Period"):

IT IS HEREBY ORDERED:

1. The Court allows Hirzel, on a final basis, compensation in the amount of $28,770.50 for the Application Period as chapter 11 administrative expenses of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code.

2. The Court allows Hirzel, on a final basis, reimbursable expenses in the amount of $4,893.73 for the Application Period as chapter 11 administrative expenses of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code.

3. The Court authorizes payment to Hirzel of $33,664.23 out of the proceeds of the sale of any condominium units in accordance with Debtor's lien rights as identified in Section 9(g) of the Illinois Condominium Act, unless paid through other means and the amounts can be impressed as against the units as outlined in the Fee Application.

Enter: *Deborah L. Thorne*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  February 26, 2025

**Prepared by:**

Adam C. Toosley
Smith Gambrell & Russell LLP
311 S. Wacker Dr. Suite 3000
Chicago, IL 60606
312-360-6000
atoosley@sgrlaw.com