UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                              )          BK No.:    21-05193
Ford City Condominium Association        )
                                                      )          Chapter:  11
                                                      )          Honorable Deborah L. Thorne
                                                      )
                                                      )
             Debtor(s)                          )

**ORDER AUTHORIZING PAYMENT OF SECOND AND FINAL COMPENSATION AND
EXPENSES TO CRANE, SIMON, CLAR & GOODMAN**

THIS MATTER COMING TO BE HEARD upon the Motion of Scott R. Clar and the law firm of Crane, Simon, Clar & Goodman ("CSCG"), counsel for Ford City Condominium Association, Debtor herein, for allowance of second and final compensation and reimbursement of expenses to CSCG as counsel, pursuant to Sections 330 and 331 of the Bankruptcy Code; proper notice having been provided; no objections having been interposed;

IT IS HEREBY ORDERED as follows:

A)  CSCG is allowed interim compensation and reimbursement of expenses for its representation of the Debtor during the period September 10, 2021, through and including February 5, 2025 in the amounts of $17,992.00 and $865.70, respectively; and

B)     All prior allowances of interim compensation and reimbursement of expenses awarded under the First Interim Award and the Pre-Petition Retainer are approved under Section 330 of the Bankruptcy Code;

C) The Debtor and/or the Trustee are authorized to pay all sums over and above the Pre-Petition Retainer and First Interim Allowance allowed under this Order to CSCG from available funds in this estate; and

D) CSCG is allowed an administrative claim for its post-petition allowed fees and expenses.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  March 19, 2025

**Prepared by:**

DEBTOR'S COUNSEL:
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Goodman
135 S. LaSalle, #3950
Chicago, IL 60603
(312) 641-6777
sclar@cranesimon.com