UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: 21-05193 | |
| FORD CITY CONDOMINIUM ASSOCIATION, ) ) ) ) ) ) | Chapter: 11 Honorable Deborah L. Thorne | |
| Debtor(s) ) | | |

## ORDER REGARDING ADMINISTRATIVE CLAIM MOTION

This matter having come before the Court on the Joint Motion for Order Regarding Motion for Allowance and Payment of Administrative Claim [Docket No. 286], filed on October 9, 2025:

IT IS HEREBY ORDERED THAT:

1. The deadline for Ford City Realty LLC, Ford City CH LLC, and Ford City Nassim LLC to file a response to the Objection to Claim 4-1 of Ford City Realty LLC, Ford City CH LLC and Ford City Nassim LLC and to the Motion for Allowance and Payment of Administrative Claim [Doc 286] [Docket No. 392] is October 21, 2025.

Enter: /s/ Deborah L. Thorne

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: October 15, 2025

**Prepared by:**

Peter A. Siddiqui and Ethan D. Trotz
Katten Muchin Rosenman LLP
Counsel to Ford City Realty LLC, Ford City CH LLC, and
Ford City Nassim LLC