UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.:    21-05193 |
|---|---|---|
| Ford City Condominium Association, | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING SECOND INTERIM FEE APPLICATION OF SMITH, GAMBRELL & RUSSELL, LLP, COUNSEL TO THE SUBCHAPTER V TRUSTEE

This matter coming before the Court on the Second Interim Fee Application of Smith, Gambrell & Russell, LLP ("SGR") as counsel to William Avellone, not individually, but as the Subchapter V Trustee (the "Trustee") for the bankruptcy estate of Ford City Condominium Association (the "Debtor"), requesting interim allowance and payment of compensation for the period of December 1, 2024 through February 28, 2026 (the "Fee Application Period"):

IT IS HEREBY ORDERED:

1. The Court allows SGR, on an interim basis, compensation in the amount of $131,252.00 for the Fee Application Period as chapter 11 administrative expenses of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code.

2. The Court allows SGR, on an interim basis, reimbursable expenses in the amount of $115.83 for the Fee Application Period as chapter 11 administrative expenses of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code.

3. The Court authorizes payment to SGR of $131,367.83 out of the proceeds of the sale of any condominium units in accordance with Debtor's lien rights as identified in Section 9(g) of the Illinois Condominium Act, unless paid through other means.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  April 22, 2026

**Prepared by:**

Shelly A. DeRousse
Smith Gambrell & Russell LLP
155 N Wacker Dr, Ste 3000
Chicago, IL 60606
312-360-6000
sderousse@sgrlaw.com